# In the United States Court of Federal Claims

No. 95-468C

(Filed: July 31, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

## ORDER

Pursuant to Rule 59(b), the Court requests Defendant to respond to Plaintiff's July 6, 2006 Motion for Reconsideration within ten days from the date of this Order, on or before August 10, 2006. In particular, Defendant should address Plaintiff's suggestion that, if any discovery is to occur after the close of the discovery deadline, Defendant should be required to respond to Plaintiff's requests for admissions. Defendant should indicate whether it has any objection to responding to Plaintiff's requests for admissions, other than the fact that the discovery deadline has passed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge