# In the United States Court of Federal Claims

No. 95-468C

(Filed: August 10, 2006)

*************************************** *
ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************** *

ORDER

Upon review of Plaintiff's July 6, 2006 motion for reconsideration of the Court's June 22, 2006 Order, and Defendant's response thereto, Plaintiff's motion is hereby DENIED. Plaintiff shall provide true and correct copies of the referenced documents to Defendant within 30 calendar days from the date of this Order. The Court's June 22, 2006 Order, page 2, third paragraph, last sentence, is corrected to state "Plaintiff opposes this motion because it comes 4-1/2 years after the close of discovery, and Plaintiff believes the documents are not relevant to the issues in the case."

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge