# In the United States Court of Federal Claims

No. 95-468C

(Filed: August 25, 2006)

| | |
|---|---|
| ***************************************** | * |
| | * |
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

ORDER

On Thursday, September 7, 2006, at 10:00 AM, the Court will conduct a pretrial conference with counsel for the parties in the Mastin G. White Conference Room, 7th Floor, National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for the parties should submit to the Court, either jointly or separately, a proposed agenda of items they believe should be addressed at the conference not later than 5:00 PM on Wednesday, September 5, 2006. The proposed agenda(s) should include the identity of the persons who are expected to attend the conference. If the agendas are separately filed, a copy of the party's proposed agenda should be provided to opposing counsel at the time it is submitted to the Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge