IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S MOTION FOR CLARIFICATION**

Plaintiff, Astoria Federal Savings & Loan Association, does not oppose the Motion by the Department of Justice for Clarification of the Court's August 22, 2006 Opinion and Order. As Astoria stated during briefing and argument of the Department's Motion for Summary Judgment, Astoria recognizes that its claim for cost of replacement capital would be barred under decisions of the Federal Circuit which are binding on this Court. Astoria, therefore, does not object to entry of an order granting the Department summary judgment on this claim.

s/Frank J. Eisenhart
Frank J. Eisenhart
Tara R. Kelly
Dechert LLP
1775 I Street, NW
Washington, DC 20006
Tel.: 202.261.3306
Fax: 202.261.3333

Attorney for Plaintiff Astoria Federal Savings and Loan Association

August 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2006, a copy of the foregoing Plaintiff's Response to Defendant's Motion for Clarification was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Frank J. Eisenhart
Frank J. Eisenhart