IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 95-468C<br>(Judge Thomas C. Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO HOLD STATUS CONFERENCE ON THE RECORD**

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the status conference scheduled for September 7, 2006, be on the record.

Given that various pre-trial issues and trial scheduling may be addressed and resolved during this status conference, we respectfully request that a court reporter be scheduled to record the conference. This is particularly so given the complexity of these proceedings. Furthermore, a written record will enable defense counsel of record's supervisors to review the statements made by the Court and by the parties' representatives at the conference. Additionally, Department of Justice policy is that court proceedings generally should be open and on the record unless there is a reason for confidentiality. In short, the parties and the Court will be well served by having a record of the proceedings on September 7, 2006.

For the foregoing reasons, we respectfully request that the Court grant our motion to hold the status conference on the record.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

/s/ William F. Ryan

WILLIAM F. RYAN
Assistant Director

/s/ John H. Roberson

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax (202) 514-8640

OF COUNSEL:
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

August 25, 2006

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2006, a copy of the foregoing "DEFENDANT'S MOTION TO HOLD STATUS CONFERENCE ON THE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson