# In the United States Court of Federal Claims

No. 95-468C

(Filed: August 28, 2006)

```
**************************************** *
                                         *
ASTORIA FEDERAL SAVINGS & LOAN           *
ASSOCIATION,                             *
                                         *
                      Plaintiff,         *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                      Defendant.         *
                                         *
**************************************** *
```

## CLARIFICATION ORDER

Defendant has filed a motion for clarification of the Court's August 22, 2006 Opinion and Order to which Plaintiff does not object. As agreed by the parties, the Court hereby deletes the sentence on page 8 of the Opinion and Order that stated "The same is true for Plaintiff's cost of goodwill replacement, contained in a model presented by another expert, Dr. Christopher James." With this revision, the second full paragraph on page 8 of the Opinion and Order now states as follows:

> On the "wounded bank" claims, Defendant again contends that they are based on speculation and unreasonable assumptions, while Plaintiff vigorously asserts that Dr. Kaplan's assumptions are reasonable. The outcome of these claims must be determined on the evidence presented at trial. The Court must evaluate the testimony, and assess the theories and assumptions of the expert witnesses before reaching a conclusion on the facts. See Hodosh, 786 F.2d at 1143.

The Court sua sponte corrects the citation on page 2, footnote 2 of the Opinion and Order to read "United States v. Winstar Corp., 518 U.S. 839 (1996)."

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge