# In the United States Court of Federal Claims

No. 95-468C

(Filed: August 28, 2006)

****************************************** *
*
ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

By motion dated August 25, 2006, Defendant has requested that the September 7, 2006 pretrial conference in this case be held on the record and open to the public. The Court is willing to accommodate Defendant's request. Accordingly, the Court's August 25, 2006 Order is amended to provide that the pretrial conference will be held in open Court, and that a reporter will be arranged to record the proceedings. In all other respects, the August 25, 2006 Order remains as stated.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge