**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**DEFENDANT'S NOTICE OF FILING OF MASTER ORDER CONCERNING "DE BENE ESSE" DEPOSITIONS IN THE *WINSTAR*-RELATED CASES**

Pursuant to the Court's request, defendant, the United States, respectfully submits the annexed Master Order Concerning "De Bene Esse" Depositions in the Winstar-Related Cases dated May 14, 1997.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

/s/ William F. Ryan

WILLIAM F. RYAN
Assistant Director

/s/ John H. Roberson

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

September 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF MASTER ORDER CONCERNING "DE BENE ESSE" DEPOSITIONS IN THE WINSTAR-RELATED CASES " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson