IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**PLAINTIFF'S LIST OF WITNESSES UNABLE TO TESTIFY**
**AND**
**PLAINTIFF'S LIST OF WITNESSES TO SUBPOENA**

Plaintiff Astoria Federal Savings & Loan Association hereby submits the two following lists, consistent with the Court's September 19, 2006 Pretrial Order: a) A list of the persons whose testimony will be introduced by deposition because the witness is deceased or unable to attend or testify because of age, illness; and b) A list of the witnesses who reside more than 100 miles from Washington, D.C. whom plaintiff proposes to subpoena.

**A. Plaintiff's Witnesses Whose Testimony Will Be Introduced By Deposition**

1. **Thomas Dixon Lovely.** Mr. Lovely was the Chairman of Fidelity New York at the time of its merger with Suburbia in 1984 and for several years thereafter. A thorough deposition was taken of him by the Department of Justice on July 10 and 11, 2000. Astoria seeks leave to use portions of that deposition at trial in lieu of live testimony by Mr. Lovely. Mr. Lovely is now 78 years old and has been retired for thirteen years. He currently suffers from severe balance problems, has difficulty walking, and falls

frequently. His doctor has advised him to avoid travel as much as possible. Mr. Lovely presently has little recollection of the events at issue in this litigation, and he does not believe any amount of preparation would cause him to remember these matters as well as he did in 2000. Mr. Lovely and his wife live in Marco Island, Florida. In addition to Mr. Lovely's own health problems, Mrs. Lovely is currently recovering from a broken hip, and Mr. Lovely is reluctant to leave her for any significant period of time.

2. **Andrew P. Kane**. Mr. Kane was the Chairman of Suburbia Federal Savings and Loan Association during the period leading up to and including its merger with Fidelity in 1984. He retired shortly after that merger, and he is now deceased. Mr. Kane's deposition was taken by the Department of Justice on July 27, 2000. Astoria may introduce portions of Mr. Kane's deposition at trial.

3. **Christopher Quackenbush**. Mr. Quackenbush was the head of Mergers and Acquisitions at Sandler O'Nell Partners, and he provided investment banking advice to Astoria in connection with the Fidelity merger. Mr. Quackenbush was killed in the terrorist attack on the World Trade Center on September 11, 2001. His deposition was taken by the Department of Justice on August 14, 2000. Astoria may introduce portions of Mr. Quackenbush's deposition at trial.

## B. Plaintiff's Witnesses Who Reside More Than 100 Miles From Washington, D.C.

1. **Robert Albanese**. Mr. Albanese is currently the Regional Director of the OTS Northeast Region, based in Jersey City, New Jersey. Mr. Albanese was the supervisory agent for Fidelity in the years immediately prior to FIRREA (as an employee of the

Federal Home Loan Bank Board), and in the years immediately subsequent to FIRREA (as an employee of the OTS). He has knowledge of Fidelity's operations both pre and pos-FIRREA and of the effect on Fidelity of the loss of its supervisory goodwill. Astoria seeks leave to issue a subpoena to Mr. Albanese.

2. **Brent Beesley**. Mr. Beesley lives in Salt Lake City, Utah and is the Chairman of the Board of Heritage Bank in Salt Lake City, Utah. From 1981 to 1983, Mr. Besley was Director of the Federal Savings and Loan Insurance Corporation. Mr. Besley has knowledge of the savings and loan industry in the late 1970s and early 1980s. He also has knowledge of the operations of the FSLIC and its policies and practices with respect to institutions (such as Suburbia) which were capital deficient and were matters of supervisory concern. Astoria is willing to use the common deposition given by Mr. Beesley in 1999. However, the Court has indicated it prefers to hear Mr. Beesley's testimony live, so Astoria seeks leave to issue a subpoena to Mr. Beesley should that be necessary.

3. **Angelo Vigna**. Mr. Vigna is currently a Managing Director of Sandler O'Neill & Partners, based in New York City. Mr. Vigna was the supervisory agent for Suburbia and authored the S Memorandum to the FHLBB recommending Suburbia's acquisition by Fidelity. Mr. Vigna was subsequently involved in the supervision of Fidelity post-merger. After the passage of FIRREA, Mr. Vigna became the Director of the Northeast Region of the OTS. He was involved in the approval of Fidelity's Capital Plan and has knowledge concerning Fidelity's operation under that plan. Astoria seeks leave to issue a subpoena to Mr. Vigna should that be necessary.

4. **Richard D. Pratt**. Mr. Pratt lives and works in Salt Lake City, Utah. From 1981 to 1983, Mr. Pratt was Chairman of the Federal Home Loan Bank Board. Mr. Pratt has knowledge of the savings and loan industry in the late 1970s and early 1980s. He also has knowledge of the FHLBB's policies and practices with respect to institutions (such as Suburbia) which were capital deficient and were matters of supervisory concern. Astoria seeks leave to issue a subpoena to Mr. Pratt should that be necessary.

Frank J. Eisenhart
Counsel of Record
Tara R. Kelly
Dechert LLP
1775 I Street, NW
Washington, DC 20006
Attorneys for Plaintiff
Astoria Federal Savings and
Loan Association

November 29, 2006

CERTIFICATE OF SERVICE

I certify that on November 29, 2006, I caused a true and correct copy of **Plaintiff's List Of Witnesses Unable To Testify and Plaintiff's List Of Witnesses To Subpoena** to be served by electronic mail and first-class mail, postage prepaid, upon the following:

John H. Roberson, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Mr. Roberson is Attorney of Record for the Defendant.

Frank J. Eisenhart