# In the United States Court of Federal Claims

No. 95-468C

(Filed: November 29, 2006)

```
*************************************** *
                                        *
ASTORIA FEDERAL SAVINGS & LOAN,         *
                                        *
                  Plaintiff,            *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                  Defendant.            *
                                        *
*************************************** *
```

ORDER

Pursuant to RCFC 45(b)(2), the Court hereby authorizes the service of trial subpoenas upon any witness, identified by the parties in their respective November 29, 2006 witness lists, who resides more than 100 miles from the place of trial in Washington, D.C. Upon the request of either counsel, and in appropriate circumstances, the Court will permit the trial testimony of witnesses by video conference from a suitable location near their place of residence.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge