**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 95-468C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF AN ADDITIONAL PERSON**
**<u>WHOSE TESTIMONY WILL BE INTRODUCED BY DEPOSITION TRANSCRIPT</u>**

Pursuant to the Court's order dated September 19, 2006, defendant, the United States, respectfully provides notice of the name of an additional person whose testimony will be introduced by deposition transcript. We provide this notice now because we only became aware on December 6, 2006, through our own independent research and without any communication from plaintiff, that the individual whose testimony we seek to introduce by deposition transcript, Henry Drewitz, is deceased. It is our understanding that Mr. Drewitz died on August 31, 2006. Mr. Drewitz was the president of plaintiff, Astoria Federal Savings and Loan Association, from 1974 until 1989, and he was chairman of its board from 1975 until 1997. Accordingly, his deposition contains relevant information that we intend to introduce through his deposition transcript.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

/s/ William F. Ryan by Jeanne E. Davidson

WILLIAM F. RYAN
Assistant Director

/s/ John H. Roberson

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

December 7, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF AN ADDITIONAL PERSON WHOSE TESTIMONY WILL BE INTRODUCED BY DEPOSITION TRANSCRIPT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson