# APPENDIX D

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------------x

ASTORIA FEDERAL SAVINGS & LOAN, ASSOCIATION,

COPY

Plaintiff,

No. 95-468 C

-against- (Chief Judge Smith)

UNITED STATES,

Defendant.

-----------------------------------x

May 23, 2000

9:47 a.m.

Videotaped Deposition of HENRY DREWITZ, taken by Defendant, pursuant to subpoena, at the offices of Astoria Federal Savings & Loan Association, One Astoria Plaza, Lake Success, New York, before Tracy Eckhoff, a Shorthand Reporter and Notary Public within and for the State of New York.

Drewitz

A. I don't recall that I've seen it before. This could be the first time.

Q. It's a business plan prepared by Kaplan Associates for the board of directors of Astoria Federal Savings & Loan. Do you remember receiving this, sir?

A. Truthfully, Dan, I don't recall seeing this before.

Q. Do you remember if this was prepared in connection with a conversion by Astoria from a mutual to a stock form of organization?

A. I'm sure it was.

Q. Okay. Do you remember why Astoria converted to a stock institution in 1993?

A. That's a good way to grow.

Q. How is it a good way to grow?

A. Well, first of all, you can attract new capital in the sale of stock, and sometimes -- in fact, many times it can give you better opportunities to -- if you were looking for mergers. So many institutions have converted to stock. Astoria was not a pioneer in the conversion race, as you probably know. We were almost Johnny-come-latelies.

Drewitz

Q. Were a lot of the thrifts converting to stock?
A. Yes.
Q. In 1993?
A. Yeah.
Q. Why was that?
A. Better investment possibilities, raising capital, attracting better-qualified personnel by offering some stock incentives, you know.
Q. Do you remember a presentation by Kaplan Associates at all in connection with the conversion from a mutual to a stock form of organization?
A. It might sound strange, but I don't.
Q. Do you know anybody from Kaplan Associates?
A. Not a worsen -- not a person.
Q. Not a person --
A. Nobody.
Q. -- okay.
Had Astoria discussed converting to a stock form before 1993?
A. Yes. As a matter of fact, even during

Drewitz

my tenure as the president, we at the board level just spoke about it casually, and the decision of the directors at that time was to retain our status as a mutual institution.

Q. Why did you decide to do that?

A. I'd say in hindsight it probably was a mistake. We should have converted earlier.

Q. Why is that?

A. Well, we probably would have had more opportunities to raise capital to be in the -- in the -- let's say in the forefront of a well-run capitalized stock association.

Q. Now, Astoria was never poorly capitalized --

A. No, it was not.

Q. -- or thinly capitalized?

A. We were always very well capitalized. But, you know, it gives us opportunities in an acquisition as stock to a stock is always an easier deal than trying to work out a deal with us as a stock and somebody else as a mutual. So it's better to do it that way.

Q. Okay. Do you remember why Astoria decided to do it in 1993 as opposed to previous

Drewitz

years?

A. I think George Engelke might had more -- better ammunition than I did. I was sort of leaning on the fence on conversion, and -- but after giving it -- you know, you're reading about what's happening in the industry and these trade publications. It seems to me that going to stock was the way to -- was the way to fly. And although I voted for staying -- maintaining our mutual status, if it I had to do it all over again, I would have voted otherwise.

Q. So you voted against --

THE VIDEO OPERATOR: I'm sorry. Can we go off the record for one second?

MR. McCLAIN: Sure.

MR. EISENHART: Sure.

THE VIDEO OPERATOR: Going off the record. The time now is 1:12.

(A recess was taken.)

THE VIDEO OPERATOR: Back on the record. The time now is 1:13.

MR. EISENHART: The video operator has informed us that he may have lost the audio feed in the middle of the last question.

Drewitz

We're therefore going to ask the court reporter if she would read back on the record the last question and Mr. Drewitz's answer.

(Requested portion of record read.)

Q. So you did not vote in favor of converting from a mutual to a stock, sir, in 1993?

A. The initial discussion that we had at the board level -- and George Engelke was not a director at the time -- the decision was to maintain our status as a mutual. And as I said, in hindsight, I -- if I had to do it all over again, I would have voted for converting it to a stock.

MR. EISENHART: Mr. McClain, I think there was a disconnect between you and the witness on that. You were talking about 1993. I think he was referring to the prior time they had considered it.

MR. McCLAIN: I think that's right.

Q. Mr. Drewitz, I thought we had -- didn't we agree that Astoria did convert from a mutual to a stock in 1993?

Drewitz

A. Yes.

Q. Okay.

MR. EISENHART: And did you vote for the conversion at the time?

THE WITNESS: Yes. Absolutely.

Q. Okay. At that point you thought conversion was a good thing?

A. Absolutely.

Q. Okay. I'll ask you to take a look at the exhibit in front of you, sir. It's marked D-5, and if you could, look at the Roman numeral I, page 2.

A. Page 2.

Q. It's actually identified as Roman numeral I 2 at the bottom?

A. Oh, Roman numeral I, okay. Let's see.

MR. EISENHART: It's 301.

THE WITNESS: I see.

MR. McCLAIN: Yes. Thank you.

Q. I'd like you to look -- read the sentence that begins at the very top of that page. In fact, it begins on the sentence -- or the page prior to that page.

MR. EISENHART: Beginning with the

Drewitz

words "the association's."

Q. Correct, beginning the words "the associations."

A. Yeah, I got it.

Q. If you can, read the rest of that paragraph which runs onto the following page.

A. I'm ending here the reading where it says "improving operating efficiency." Is that as far as you want me to go?

Q. Yes, sir. Thank you.

A. Okay.

Q. Now, that passage you just read, it talks about management seeking to fulfill goals by pursuing the following strategies, and then it goes through five different strategies that you just read, and it ends in operating efficiency, correct? Actually, it's improving operating efficiency. Is that an accurate statement of management strategies at that time, 1993?

A. Just repeat that again.

Q. Is that an accurate statement?

A. I would say so, yes.

Q. Do you know if management had any other strategies that aren't listed on this page