**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,**<br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 95-468C**<br>**(Judge Wheeler)** |

**DEFENDANT'S MOTION FOR LEAVE TO REVISE BY SUPPLEMENTAL UPDATE THE EXPERT WITNESS REPORT OF DR. DAVID P. ROCHESTER**

Defendant, the United States, respectfully requests leave to submit to plaintiff a supplemental update of the expert witness report of Dr. David P. Rochester.

Since the January 17, 2002 date of his expert witness report, Dr. Rochester obtained and reviewed publicly-available financial information for the period since 2001 concerning the plaintiff. He similarly obtained updated market price data relevant to his opinion. Applying his franchise valuation approach to this updated information leads to a revised figure for the benefit plaintiff received from the Suburbia acquisition. The updated information and its application is discussed in two pages in the supplemental update set forth in Exhibit 1 to this motion. Exhibits attached to the supplemental update summarize this data and Dr. Rochester's updated calculation of the benefit conferred upon plaintiff. We are producing to plaintiff the source material from which the updated data considered was obtained by Dr. Rochester.

Previously, we consented to plaintiff's September 12, 2003 revision of Dr. Kaplan's report. We consulted with plaintiff's counsel concerning this motion, and offered to make Dr. Rochester available for a deposition, as Dr. Kaplan was when plaintiff submitted revisions to

his report. We also offered to consent to the parties being permitted to revise their Appendix A submissions if (and limited to the extent) necessitated by the scheduling of such a deposition. Plaintiff's counsel advised us that he does not object to our update on the grounds of the timeliness of our update, but he does object, as a general matter, to the relevance of Dr. Rochester's opinion to plaintiff's damage claims.

We respectfully submit that Dr. Rochester's supplemental update to his report will be helpful to the Court and the parties, in disclosing the impact of additional information considered by Dr. Rochester after his 2002 opinion.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

/s/ JEANNE E. DAVIDSON
Acting Director

/s/ John H. Roberson
by /s/ Brian A. Mizoguchi
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

ARLENE PIANKO GRONER
ELIZABETH HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR
Trial Attorneys
Department of Justice

February 8, 2007

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 8th day of February, 2007, a copy of the foregoing DEFENDANT'S MOTION FOR LEAVE TO REVISE BY SUPPLEMENTAL UPDATE THE EXPERT WITNESS REPORT OF DR. DAVID P. ROCHESTER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brian A. Mizoguchi
Brian A. Mizoguchi

**EXHIBIT 1**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION (As Successor to Fidelity New York F.S.B.) | | |
| Plaintiff, | | No. 95-468C |
| *v.* | | |
| THE UNITED STATES, | | |
| Defendant. | | |

# <u>Supplemental Update to Expert Witness Report of Dr. David P. Rochester – February 8, 2007</u>

<u>UPDATED ANALYSIS OF THE VALUE OF SUBURBIA TO FIDELITY</u>[1]

1. Since the date of my earlier expert report dated January 17, 2002, I have obtained and reviewed updated publicly-available financial information concerning Astoria Financial Corporation and its wholly-owned subsidiary, Astoria Federal Savings and Loan Association, as well as relevant updated market pricing data, that permit an update to my previous conclusions. In this Report, I have derived an update of the estimated value of Suburbia. My calculation of an updated value of Suburbia further corroborates, but does not change, my earlier conclusions, which remain relevant for the time period as of 2001. Based upon the updated financial information and data now available, and using the same methodology used in my earlier report, I have calculated a deposit base valuation or residual value of Suburbia that increases to $211.6 million.

2. I have filed this Report for the purpose of updating my estimate of Suburbia's deposit base valuation to 2006. In my earlier report, I estimated Suburbia's deposit base

[1] A description of my credentials and qualifications, also updated, is presented in Exhibit 1. An updated list of documents considered for my earlier expert report and this supplemental update is presented in Exhibit 2.

valuation as of 2001. My earlier valuation was based on available pricing data for large New York thrift acquisitions between 1999 and 2001, and based on Suburbia's branch deposit levels at June 30, 2001. My updated calculation of Suburbia's estimated deposit base valuation is based on available pricing data through September 30, 2006, and based on Suburbia's branch deposit levels at June 30, 2006 (see Exhibits 3 and 4). This updated calculation, however, involves no new methodology, premises or type of analysis from that involved in my earlier report. As in my earlier report, I have derived a deposit base valuation that represents a reasonable estimate of Suburbia's residual value to Astoria.

3. My calculation of residual value is derived by determining the average or median tangible book premium to core deposits (tangible book premium/core deposits) ratio recorded on recent whole thrift acquisitions in the State of New York[2]. In order to reflect an updated representative sampling of thrift acquisitions in New York, I have analyzed data on transactions announced during 1999 through 2006. In this updated analysis, I multiplied such median tangible book premium/core deposits ratio by Suburbia's branch deposit levels at June 30, 2006, to derive a deposit base valuation for Suburbia.

4. Based on current publicly-available pricing data for large New York thrift acquisition transactions between 1999 – 2006, I have derived a median tangible book premium to core deposits ratio of 17.5 percent (see Exhibit 5). Based on applying a 17.5 percent median tangible book premium / core deposits ratio for recent New York whole thrift acquisitions to Suburbia's branch core deposit levels of $1.209 billion at June 30, 2006, a deposit base valuation or residual value of **$211.6 million** for Suburbia, as of 2006, would be indicated[3] (see Exhibit 6).

---

[2] The tangible book premium to core deposits (tangible book premium/core deposits) ratio is derived by (i) subtracting an institution's tangible book value per share from its acquisition price per share and (ii) dividing this figure by the institution's core deposits per share. (Core deposits are commonly defined as deposit accounts with balances not greater than $100,000.) This ratio is a frequently used benchmark to measure the level of premium an acquiror is willing to pay for a target institution's retail deposit franchise and is an indicator of the value of such franchise to an acquiror. Therefore, the ratio is also identified as the "franchise premium to core deposits" ratio. Astoria has recognized the importance of this type of ratio to investors when considering the value of its banking franchise and has disclosed a similar valuation ratio measurement in certain investor presentations (i.e. "Implied Deposit Premium" ratio used in a comparative table titled "Valuation Considerations" in Form 8-K dated October 26, 2004). Astoria's approach to banking franchise valuation using a deposit-based metric corroborates my valuation approach.

[3] Based on available data for Astoria, I estimated that core deposits equaled 73 percent of Suburbia's total deposits at June 30, 2006 (or $1.657 billion [see Exhibit 4] times 73% equals $1.209 billion)

* * * * *

My work is ongoing and any opinions are subject to revision based on new information (including new reports or testimony by Plaintiff's experts), which subsequently may be provided to, or obtained by me.

Respectfully submitted,

David P. Rochester

David P. Rochester

Date: 2/8/07

# EXHIBIT 1

**Resume of**
**Dr. David P. Rochester**

**Capital Resources**

# DAVID P. ROCHESTER

**OFFICE ADDRESS**
Capital Resources Group, Inc.
The Atrium - Suite 19
11250 Roger Bacon Drive
Reston, VA 20190

**CONTACT**
(703) 464-9055
(703) 464-9276 direct
(703) 464-9058 fax
dpr@capr.com

## I. EXPERIENCE

**CAPITAL RESOURCES GROUP, INC.** January 1991 to Present
***Chairman and Chief Executive Officer***

Capital Resources Group, Inc. provides investment banking and financial consulting services to financial institutions and other companies nationally. Capital Resources, Inc. is a wholly owned securities subsidiary that has operated as a NASD registered broker dealer.

Directs firm's strategic planning and corporate finance activities and is a frequent speaker on industry programs in these areas. Actively involved in merger and acquisition situations including addressing regulatory issues such as anti-competitive defenses. Serves as advisor to boards of directors and senior management. Leads firm's liaison before various regulatory agencies including the Office of Comptroller of the Currency, Federal Deposit Insurance Corporation, the Securities and Exchange Commission, the Federal Reserve Board, Office of Thrift Supervision, and various state banking departments. Provides expert analyses and testimony on financial, valuation and economic issues.

**ALDIE CAPITAL, INC.** August 1996 to Present
***Chairman and Chief Executive Officer***

Aldie Capital is an investment manager that specializes in asset management and serves as general manager of a hedge fund specializing in the financial services industry.

**FINANCIAL STRATEGY GROUP, INC.** September 1983 to December 1990
***Co-Founder, Chairman and Chief Executive Officer***
Washington, DC

A national financial and management consulting firm serving financial institutions and mortgage banking companies. Directed all consulting activities for the firm including regulatory matters and representing clients before various banking regulatory agencies including the Office of Thrift Supervision, Federal Deposit Insurance Corporation, the Securities and Exchange Commission and the Federal Reserve Board.

**GEORGE WASHINGTON UNIVERSITY** September 1983 to May 1984
***Visiting Associate Professor of Finance***
Washington, DC

**KAPLAN SMITH AND ASSOCIATES, INC.** April 1980 to September 1983
***Senior Vice President***
Washington, DC

A financial consulting firm specializing in financial institutions.

**FEDERAL SAVINGS AND LOAN INSURANCE CORP.** August 1977 to March 1980
***Senior Financial Economist***
Washington, DC

Headed research studies and policy issues affecting financial institutions generally and federally insured savings associations in particular.

**GEORGE MASON UNIVERSITY, GEORGE WASHINGTON UNIVERSITY AND VIRGINIA TECH.** 1977 - 1981
***Various Positions as Finance Professor***

**FEDERAL HOME LOAN BANK BOARD** August 1976 to August 1977
**Office of Economic Research**
***Visiting Research Scholar***
Washington, DC

**UNIVERSITY OF ALABAMA** September 1973 to August 1976
**Department of Finance, Economics, and Legal Studies**
**College of Commerce and Business Administration**
***Assistant Professor of Finance***
Tuscaloosa, AL

**UNIVERSITY OF GEORGIA** September 1972 to June 1973
**Department of Banking and Finance, College of Business Administration**
***Instructor of Banking and Finance***
Athens, GA

**U.S. ARMY, CORPS OF ENGINEERS** 1974 - 1982
***Captain, Active Duty and Reserves***

## II. EDUCATION

| Degree | University | Major | Minor | Year |
|---|---|---|---|---|
| Ph.D. | University of Georgia | Finance | Economics | 1974 |
| M.E. | N.C. State University | Economics | Statistics | 1970 |
| B.A. | Clemson University | Economics | Mathematics | 1968 |

## III. SCHOLARLY CONTRIBUTIONS

### A. Journal Articles

*"For Thrifts, Bigger Doesn't Necessarily Mean Better", co-authored,* Journal of Retail Banking, Vol. 12, No. 2, Summer 1990.

*"Operating Performance Benefits: The Savings and Loan Experience," co-authored,* Financial Review, Vol. 22, no. 1, February 1987.

*"A Risk-Based Deposit Insurance System," co-authored,* The Journal of Insurance: Issues and Practices, Vol. IX, no. 2, June 1986.

*"An Analysis of Mergers Between Savings and Loan Associations in the United States," co-authored,* Journal of Applied Economics, Vol. 14, no. 6, December 1982.

*"Housing Demand and Mortgage Finance for the 1980's: The Role of Savings and Loan Associations,"* Housing and Society, Vol. 7, no. 3, 1980.

*"Seasonality in Individual Common Stock: Alternative Test Techniques and Implications for Market Efficiency," co-authored,* Journal of Economics and Business, Fall 1980.

*"Savings and Loan Reserves: An Analysis of Capital Adequacy,"* Federal Home Loan Bank Board Journal, December 1979.

*"Savings and Loan Reserve Requirements: An Analysis and Review,"* Federal Home Loan Bank Board Journal, October 1979.

*"Further Evidence on Seasonal Adjustment of Time Series Data," co-authored,* Journal of Financial and Quantitative Analysis, March 1978.

*"Seasonality in Short-Term Interest Rates,"* Midsouth Annuals, June 1977.

*"Corporate Financial Policies: Debt Versus Equity,"* Journal of Finance, dissertation abstract, June 1975.

### B. Monographs, Etc.

Development and Implementation of a Risk-Sensitive, Variable Rate Insurance Premium, *Performed for the Federal Savings and Loan Insurance Corporation, Washington: 1982. Served as project director and primary author for Kaplan Smith and Associates, Inc.*

Increasing the Ability of Small and Medium-Sized Thrift Institutions to Take Advantage of Other Borrowings, *Performed for the Federal Home Loan Bank Board, Washington: 1981. Served as project director and primary author for Kaplan Smith & Associates, Inc.*

Mergers Involving Savings and Loan Associations: Implications For Future Activity and Antitrust Issues, *Performed for the Federal Home Loan Bank Board, Washington, 1981. Served as project director and primary author for Kaplan Smith & Associates, Inc.*

An Analysis of the Capital Requirements and Position of the Savings and Loan Industry, *Working Paper, Federal Savings and Loan Insurance Corporation, 1980.*

An Evaluation of the Federal Insurance Reserve and Net Worth Condition of the Savings and Loan Industry: 1978, *Working Paper, Federal Savings and Loan Insurance Corporation.*

*"Determinants of Secondary Mortgage Market Activities of Savings and Loan Associations," co-authored*, Office of Economic Research, Federal Home Loan Bank Board, 1979.

Analysis of Federal Insurance Reserve and Net Worth Condition of the Savings and Loan Industry: 1977, *Insurance Division, Federal Savings and Loan Insurance Corporation, 1978.*

*"National Survey of Current Alternative Mortgage Instruments Activity," co-authored,* in Alternative Mortgage Instruments Research Study, *Federal Home Loan Bank Board, November 1977.*

Compustat Information Retrieval Programs, *co-authored, Center for Business Research, University of Georgia, 1972.*

## C. Professional Paper Presentations

*"New Evidence on Synergy in Merging Savings and Loan Associations," co-authored. Presented at Southern Finance Association's annual meeting in November 1981.*

*"A Risk-Based Deposit Insurance System: The Case for Savings and Loan Associations," co-authored. Presented at the Eastern Finance Association's annual meeting in April 1981.*

*"Merging Savings and Loan Associations: An Analysis of the Performance Benefits," co-authored. Presented at the Financial Management Association's annual meeting in November 1980.*

*"Asset Diversification by Savings and Loan Associations: Implications for Expanded Asset Empowerments," co-authored. Presented at the Financial Management Association's annual meeting in November 1980.*

*"Market Efficiency and Seasonal Movements in Stock Prices." Presented at Southern Finance Association's November 1977 meeting.*

*"Dynamic Demand Analyses for Residential Electricity." Presented at the Operations Research-Management Science (ORSA/TIMS) Association's May 1977 meeting.*

*"Determinants of Secondary Market Activity by Savings and Loan Associations." Presented at the American Real Estate and Urban Economics Association's May 1977 meeting.*

*"Seasonality in Selected Short-Term Interest Rates." Presented at the Midsouth Academy of Economists in April 1976.*

*"Short-Run Variations in Financial Markets." Presented at the Operations Research-Management Science (ORSA/TIMS) meeting in November 1975.*

*"An Ex-Post Evaluation of Portfolio Selection Models." Presented at the ORSA/TIMS meeting in October 1974 (co-authored).*

*"Corporate Financial Policies: Debt Versus Equity." Presented at the Financial Management Association's annual meeting in October 1974.*

## IV. EXPERT WITNESS

Consultant and expert witness for various federal and state court cases on behalf of the defendant regarding valuation and finance industry matters during the last six years.

- Astoria Federal Savings & Loan Association, v. United States, No. 95468C (2001-2007)
  *Expert Report filed, Deposition and anticipated trial testimony.*

- Bluebonnet Savings Bank v. United States, No. 154-95-532C (2003)
  *Expert Consultant*

- First Federal Lincoln Bank, v. United States, No. 154-95-518C (2001-2006)
  *Expert Report filed, Deposition and trial testimony.*

- First Federal Savings & Loan Association of Rochester, v. United States, No. 154-95-517C (2001-2004)
  *Expert Report filed, Deposition and trial testimony.*

- Harris Financial, M.H.C. v. United States Fidelity and Guaranty Company
  U.S. District Court for the Middle District of Pennsylvania (1999-2000)
  *Expert Report and Deposition. Case settled out of court.*

- Long Island Savings Bank, FSB, et al v. United States, No.92-517C (1999-2005)
  *Expert Report filed, Deposition and trial testimony.*

- PalFed, Inc. and Palmetto Federal Savings Bank of South Carolina, v. United States, No. 154-95-496C (2001-2002)
  *Expert Report filed and Deposition.*

- Standard Federal Bank, v. United States, No. 154-95-478C (2001-2002)
  *Expert Report filed and Deposition.*

## V. SERVICE/ACTIVITIES

Seminar participant and speaker on numerous occasions with boards of directors of financial institutions, America's Community Bankers, various State Banker's Associations, the Mortgage Banker's Association of America and other affiliated professional groups.

Journal Referee for:

Journal of Financial Research
American Real Estate and Urban Economics Journal
Journal of Economics and Business

Lecturer in Graduate School for Savings Institution Management at the University of Texas-Austin (1991 - 1994).

Conference and Seminar Participation

Discussant for numerous papers at professional meetings.
Chairman for various sessions at professional and trade group meetings.

Member, Board of Directors, Concord Savings Association, MD, 1987-1989.
Member, Board of Directors, WorldWideWord, Inc., 2000-Present.

## VI. HONORS AND AWARDS

- Alpha-Ace Award for Outstanding Service, Federal Home Loan Bank Board, 1978.
- Visiting Research Scholar, Federal Home Loan Bank Board, 1976-77.
- Kellogg Fellow - Funded by Kellogg Foundation through North Carolina State University, 1968-70.

## VII. PROFESSIONAL ORGANIZATION MEMBERSHIP

Honorary Society Memberships
Omicron Delta Epsilon
Beta Gamma Sigma
Financial Management Association

# Exhibit 2
## Astoria Federal Savings and Loan Association
## v. United States of America
## List of Documents Considered by Dr. David P. Rochester

| **Document** | **Bates Range** |
|---|---|
| Complaint No. 95-468C filed on July 21, 1995 in U.S. Court of Federal Claims | |
| Fidelity New York F.S.B. Subscription Offering Circular dated March 24, 1993 | PAA031 2419 through 2568 |
| Conversion Valuation Appraisal Report of Kaplan Associates Inc. dated January 25, 1993 | AA1001 0120 through 0256 |
| Conversion Valuation Appraisal update of Kaplan Associates Inc. dated April 22, 1993 | AA1001 0257 through 0295 |
| Expert Witness Report of Dr. Donald M. Kaplan dated June 29, 2001 | No Bates Number |
| Fidelity New York, F.S.B. Capital Compliance Plan dated January 1990 | PAA052 2690 through 2879 |
| OTS Conditional Approval of Capital Plan Letter May 1990 | PAA012 0234 through 0246 |
| Proposed Merger Plan of Fidelity New York and Suburbia Federal | PAA047 0481 through 0590 |
| FHLB of N. Y. Accounting Letter Dated February 8, 1985 Re: Suburbia Merger | KAP000 3726-191 |
| Fidelity/Suburbia Pro Forma Balance Sheet June 30, 1984 | WOL315 0014 |
| Fidelity/Suburbia Actual Earnings 1979-1984 | WOL315 0015 through 0016 |
| Fidelity/Suburbia Projected Pro Forma Earnings | WOL315 0017 |
| Suburbia Quarterly Financial Report June 30, 1984 | WOL315 0333 through 0339 |
| Fidelity New York Financial Report December 31, 1985 | PAA007 1982 through 2021 |
| Fidelity New York F.S.B. Consolidated Audited Financial Statements: | |
| March 31, 1987 and 1986 | PAA036 1470 through 1500 |
| March 31, 1988 and 1987 | PAA036 9065 through 0997 |
| March 31, 1989 and 1988 | PAA036 0091 through 0130 |
| March 31, 1990 and 1989 | WON730 0122 through 0158 |
| Fidelity New York 1993 Annual Report | AA4001 0345 through 0389 |
| FHLBB November 5, 1984 Forbearance Letter RE: Suburbia Merger | |

# Exhibit 2

## Astoria Federal Savings and Loan Association
## v. United States of America
## List of Documents Considered by Dr. David P. Rochester

| Document | Bates Range |
|---|---|
| Fidelity New York 1989 Three Year Business plan dated, October 1988 | WON725 1133 through 1174 |
| Fidelity New York Form 8- K July 12, 1994 | WON749 2308 through 2419 |
| Fidelity New York Definitive Proxy Statement of October 1994 | PAA054 0902 through 0996 |
| Astoria Financial Corporation 1995 Annual Report | WON727 1073 through 1141 |
| Astoria Financial Corporation 1996 Annual Report | PAA083 1300 through 1378 |
| Issues Memorandum to FHLBB from Peter O. Stearns Director, FSLIC, October 15, 1984 Re: FSLIC Assisted Merger of Suburbia | AA 0000177 through 181 |
| FHLB of New York October 1987 Report of Examination of Fidelity | PAA006 0287 through 0369 |
| FHLB of New York August 12, 1988 Exam Letter to Fidelity | OAA005 1461 through 1469 |
| OTS November 1989 Report of Examination of Fidelity | PAA066 0788 through 0892 |
| Fidelity Letter and Enclosures to OTS dated August 17, 1990 Re: November 1989 Report of Examination | PAA006 0431 through 0572 |
| Deposition of George L. Engelke, Jr., August 1, 2000 | |
| Deposition of Thomas Dixon Lovely, July 10, 2000 | |
| Deposition of Thomas Dixon Lovely, July 11, 2000 | |
| Deposition of Thomas V. Powderly, July 20, 2000 | |
| Deposition Transcript of Trent R. Feldman 8/16/00 | |
| Deposition Transcript of Peter M. Finn 6/12/00 | |
| Deposition Transcript of Bruno Greco 8/10/00 | |
| Deposition Transcript of Andrew Kane, Jr. 7/27/00 | |
| Deposition Transcript of Frederick Meyer 7/24/00 | |
| Deposition Transcript of Christopher Quackenbush 8/7/00 | |

# Exhibit 2
## Astoria Federal Savings and Loan Association
## v. United States of America
## List of Documents Considered by Dr. David P. Rochester

| Document | Bates Range |
|---|---|
| Deposition Transcript of Monte N. Redman<br>6/22/00 | |
| Deposition Transcript of Richard Shapiro<br>8/14/00 | |
| Deposition Transcript of Michael Spaid<br>8/15/00 | |
| Deposition Transcript of Roger Teurfs<br>8/11/00 | |
| B. Greco letter to A. Vigna<br>10/30/89 | AST033008-9 |
| Statement of Condition, Fidelity New York, F.A.<br>December 31, 1985 | PAA007 1982 : 1983 |
| Monthly Financial Report, Fidelity FS&LA<br>Month Ending: 12/31/1985 | PAA007 1984 : 1985 |
| Financial Information Presentation of<br>Suburbia FS&LA As of 4/30/1984:<br>Cost of Liquidation | WOF047 1209 |
| Memorandum to Michael Spaid from<br>Carlos M. Fiol, September 6, 1984<br>Re: Viability Analysis | WOF047 1211 : 1212 |
| FHLBB Quarterly Financial Report, Suburbia<br>As of June 30, 1984 | WOL315 0333 : 0339 |
| FHLBB Quarterly Financial Report, Fidelity<br>As of June 30, 1984 | OAA005 0719 : 0725 |
| Fidelity Thrift Financial Report,<br>September 1989 | WON722 0259 : 0269 |
| Fidelity Thrift Financial Report,<br>December 1989 | WON722 0247 : 0258 |
| Fidelity Thrift Financial Report,<br>January 1990 | WON743 0522 : 0538 |
| Fidelity Thrift Financial Report,<br>February 1990 | WON743 0505 : 0521 |
| Fidelity Thrift Financial Report,<br>March 1990 | AST013038 : AST013074 |

# Exhibit 2

## Astoria Federal Savings and Loan Association
## v. United States of America
## List of Documents Considered by Dr. David P. Rochester

| Document | Bates Range |
|---|---|
| W. C. Ferguson & Company – Branch Source database extract | |
| SNL Securities Inc. – Branch Migration database extract | |
| SNL DataSource | |
| Veirbanc, Inc. Thrift Financial Report Database | |
| | |

| |
|---|
| ***Additional Documents Considered for Update of February 8, 2007:*** |
| Astoria Financial Corporation Form 8-K Report, dated October 26, 2004 (Includes October 27, 2004 Investor Presentation) |
| Astoria Financial Corporation Form 8-K Report, dated January 31, 2007 (Includes December 31, 2006 Investor Presentation) |
| FDIC databases: Summary of Deposits, Institution Directory, and Call & Thrift Financial Reports (See FDIC website - http://www.fdic.gov/quicklinks/analysts.html) |
| SNL Financial, LLC – SNL DataSource and SNL Interactive database extracts |
| |

# Exhibit 3
# Astoria Federal Savings and Loan Association
# Branch Deposits Acquired from Fidelity (1980-2006)
# June 1980 - June 1992

| Office Address | Branch Zip Code | Current Branch Status (1) | Jun-80 ($000s) | Jun-81 ($000s) | Jun-82 ($000s) | Jun-83 ($000s) | Feb-84 ($000s) | Jun-84 ($000s) | Jun-89 (2) ($000s) | Jun-90 ($000s) | Jun-91 ($000s) | Jun-92 ($000s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fidelity New York, FA** | | | | | | | | | | | | |
| **New York County (Manhattan)** | | | | | | | | | | | | |
| 2025 Broadway | 10023 | C | 6,098 | 7,005 | 8,843 | 14,034 | 16,250 | 17,621 | 46,866 | 42,811 | 41,966 | 44,110 |
| 353 West 57Th Street | 10023 | C | 13,815 | 14,187 | 14,281 | 20,618 | 24,400 | 23,881 | - | - | - | - |
| **Nassau County** | | | | | | | | | | | | |
| 155 Jericho Tpke | 11001 | A | 78,841 | 84,039 | 94,694 | 111,942 | 120,843 | 124,157 | 166,244 | 151,700 | 151,598 | 154,280 |
| 1585 Dutch Broadway | 11003 | A | 12,648 | 13,594 | 15,896 | 22,929 | 25,078 | 27,357 | 46,706 | 47,014 | 47,080 | 50,108 |
| 260 Glen Head Rd | 11545 | C | 11,805 | 14,021 | 15,469 | 19,749 | 22,214 | 24,113 | 44,188 | 42,866 | 48,690 | 48,181 |
| 363 Hempstead Ave | 11565 | A | 28,046 | 27,019 | 27,594 | 34,486 | 37,653 | 38,127 | 55,215 | 55,862 | 55,443 | 57,011 |
| 711 Franklin Ave | 11010 | A | 24,125 | 26,964 | 32,633 | 37,902 | 39,613 | 40,413 | 56,128 | 57,443 | 60,086 | 62,946 |
| 99 Covert Ave | 11001 | A | 55,784 | 59,163 | 65,539 | 78,167 | 82,825 | 85,294 | 116,257 | 115,884 | 115,727 | 115,786 |
| **Suburbia Federal Savings & Loan Assn.** | | | | | | | | | | | | |
| **Nassau County** | | | | | | | | | | | | |
| 1000 Franklin Ave (or 1150 Franklin) | 11530 | A | 149,969 | 145,409 | 145,574 | 147,497 | 147,155 | 150,195 | 175,364 | 162,707 | 162,055 | 172,497 |
| 1622 Hempstead Tpke | 11554 | A | 18,998 | 21,181 | 24,342 | 25,328 | 26,630 | 27,622 | 41,389 | 42,887 | 42,602 | 45,333 |
| 52 Manetto Hill Mall | 11803 | A | 25,230 | 25,887 | 29,605 | 29,325 | 31,722 | 32,917 | 48,478 | 46,492 | 48,770 | 51,469 |
| 360 Merrick Rd | 11563 | A | 119,381 | 114,851 | 120,042 | 122,954 | 122,126 | 123,553 | 132,663 | 131,100 | 132,894 | 135,486 |
| 464 Atlantic Ave | 11518 | A | 28,332 | 31,112 | 38,134 | 41,305 | 42,094 | 44,978 | 55,644 | 59,285 | 63,498 | 64,623 |
| 490 Hempstead Tpke | 11552 | A | 23,710 | 24,112 | 25,225 | 25,918 | 26,072 | 27,077 | 39,861 | 39,427 | 39,958 | 42,327 |
| 600 Northern Blvd (or 650 Northern) | 11021 | C | 16,356 | 17,188 | 18,756 | 14,843 | 13,686 | 14,334 | 17,897 | 16,880 | 17,790 | 20,687 |
| **Suffolk County** | | | | | | | | | | | | |
| 1015 Rt 112 | 11776 | A | 16,516 | 19,934 | 22,954 | 24,038 | 26,289 | 27,490 | 42,201 | 41,218 | 42,147 | 44,379 |
| 1880 Middle Country Rd | 11961 | A | 13,437 | 17,503 | 18,415 | 18,859 | 20,211 | 20,907 | 35,414 | 35,673 | 37,139 | 38,225 |
| 33 Main St (or 1 Main St.) | 11754 | A | 50,375 | 48,622 | 52,698 | 53,820 | 55,324 | 57,239 | 72,690 | 73,721 | 75,603 | 79,703 |
| 361 Sunrise Hwy (or 392 W Sunrise) | 11772 | A | 23,003 | 24,773 | 29,878 | 33,843 | 35,413 | 35,868 | 53,892 | 51,713 | 50,844 | 50,600 |
| 320 Walt Whitman Rd | 11746 | A | 63,185 | 57,790 | 57,278 | 55,215 | 54,895 | 55,842 | 60,876 | 58,833 | 63,147 | 64,606 |
| Fidelity Deposits | | | 231,162 | 245,992 | 274,949 | 339,827 | 368,876 | 380,963 | 531,604 (2) | 513,580 | 520,590 | 532,422 |
| Suburbia Deposits | | | 548,492 | 548,362 | 582,901 | 592,945 | 601,617 | 618,022 | 776,369 | 759,936 | 776,447 | 809,935 |
| Fidelity + Suburbia Deposits | | | $ 779,654 | $ 794,354 | $ 857,850 | $ 932,772 | $ 970,493 | $ 998,985 | $ 1,307,973 (2) | $ 1,273,516 | $ 1,297,037 | $ 1,342,357 |
| *Number of Open Branches* | | | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 |
| Fidelity Deposits / Total Deposits | | | 29.65% | 30.97% | 32.05% | 36.43% | 38.01% | 38.14% | 40.64% (2) | 40.33% | 40.14% | 39.66% |
| Suburbia Deposits / Total Deposits | | | 70.35% | 69.03% | 67.95% | 63.57% | 61.99% | 61.86% | 59.36% (2) | 59.67% | 59.86% | 60.34% |

***Footnotes:***

(1) A = Active; C = Closed

(2) Fidelity's deposit total for Jun-89, as well as total deposits and related percentages, have been revised in this update based on corrections to the source data.

***Sources of Data:***

1980-1984 Proposed Merger Plan - Fidelity New York + Suburbia Federal Savings & Loan Association (TX 3148, PAA090 0189 - PAA090 0190)
June, 1984 Office of Thrift Supervision - Branch Office Survey System
1989-1993 W.C. Ferguson & Company - BranchSource database extract
1994-2000 SNL Securities, Inc. - Branch Migration database extract
2001-2005 SNL Branch DataSource
FDIC Summary of Deposits (http://www.fdic.gov/quicklinks/analysts.html)
Veribanc, Inc. Thrift Financial Report Database, 10/19/98

# Exhibit 3
# Astoria Federal Savings and Loan Association
# Branch Deposits Acquired from Fidelity (1980-2006)
# June 1993 - June 2001

| Office Address | Branch Zip Code | Current Branch Status *(1)* | Jun-93 ($000s) | Jun-94 ($000s) | Jun-95 ($000s) | Jun-96 ($000s) | Jun-97 ($000s) | Jun-98 ($000s) | Jun-99 ($000s) | Jun-00 ($000s) | Jun-01 ($000s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fidelity New York, FA** | | | | | | | | | | | |
| **New York County (Manhattan)** | | | | | | | | | | | |
| 2025 Broadway | 10023 | C | 34,323 | - | - | - | - | - | - | - | - |
| 353 West 57Th Street | 10023 | C | - | - | - | - | - | - | - | - | - |
| **Nassau County** | | | | | | | | | | | |
| 155 Jericho Tpke | 11001 | A | 141,610 | 132,819 | 118,538 | 119,731 | 119,310 | 124,470 | 123,768 | 134,736 | 149,068 |
| 1585 Dutch Broadway | 11003 | A | 48,736 | 45,338 | 42,481 | 46,557 | 48,897 | 50,734 | 53,383 | 58,305 | 63,513 |
| 260 Glen Head Rd | 11545 | C | 43,494 | 40,796 | 33,873 | 33,294 | 35,560 | 37,497 | 42,387 | 45,535 | - |
| 363 Hempstead Ave | 11565 | A | 52,902 | 49,816 | 45,636 | 47,513 | 52,086 | 53,600 | 57,723 | 63,741 | 70,606 |
| 711 Franklin Ave | 11010 | A | 59,989 | 57,070 | 51,930 | 56,214 | 61,868 | 62,520 | 65,645 | 71,729 | 81,203 |
| 99 Covert Ave | 11001 | A | 107,068 | 100,557 | 92,749 | 92,658 | 93,792 | 100,357 | 104,056 | 107,123 | 113,928 |
| **Suburbia Federal Savings & Loan Assn.** | | | | | | | | | | | |
| **Nassau County** | | | | | | | | | | | |
| 1000 Franklin Ave (or 1150 Franklin) | 11530 | A | 154,972 | 154,790 | 126,422 | 123,850 | 122,753 | 130,603 | 170,227 | 161,767 | 164,253 |
| 1622 Hempstead Tpke | 11554 | A | 43,014 | 40,061 | 38,482 | 52,318 | 60,418 | 61,825 | 68,740 | 80,274 | 93,182 |
| 52 Manetto Hill Mall | 11803 | A | 48,733 | 45,767 | 37,670 | 49,730 | 58,449 | 63,712 | 70,365 | 86,633 | 107,275 |
| 360 Merrick Rd | 11563 | A | 127,824 | 122,533 | 112,499 | 118,525 | 125,503 | 125,291 | 122,974 | 128,560 | 131,387 |
| 464 Atlantic Ave | 11518 | A | 60,978 | 57,084 | 52,689 | 61,103 | 67,549 | 68,124 | 68,845 | 75,295 | 83,362 |
| 490 Hempstead Tpke | 11552 | A | 41,780 | 39,924 | 37,290 | 41,659 | 45,120 | 48,191 | 52,096 | 57,508 | 64,206 |
| 600 Northern Blvd (or 650 Northern) | 11021 | C | 17,966 | 16,568 | 13,858 | 12,645 | | | | | |
| **Suffolk County** | | | | | | | | | | | |
| 1015 Rt 112 | 11776 | A | 41,673 | 39,103 | 36,539 | 46,921 | 55,684 | 54,420 | 122,265 | 126,084 | 140,152 |
| 1880 Middle Country Rd | 11961 | A | 37,591 | 36,505 | 36,452 | 47,644 | 57,815 | 59,782 | 63,457 | 70,003 | 75,721 |
| 33 Main St (or 1 Main St.) | 11754 | A | 76,343 | 73,961 | 69,136 | 79,772 | 85,585 | 86,890 | 92,259 | 103,967 | 120,128 |
| 361 Sunrise Hwy (or 392 W Sunrise) | 11772 | A | 47,015 | 44,710 | 42,855 | 58,377 | 66,744 | 68,223 | 72,012 | 79,498 | 91,613 |
| 320 Walt Whitman Rd | 11746 | A | 60,352 | 56,795 | 50,501 | 60,809 | 67,397 | 66,012 | 71,194 | 85,632 | 96,352 |
| Fidelity Deposits | | | 488,122 | 426,396 | 385,207 | 395,967 | 411,513 | 429,178 | 446,962 | 481,169 | 478,318 |
| Suburbia Deposits | | | 758,241 | 727,801 | 654,393 | 753,353 | 813,017 | 833,073 | 974,434 | 1,055,221 | 1,167,631 |
| Fidelity + Suburbia Deposits | | | $ 1,246,363 | $ 1,154,197 | $ 1,039,600 | $ 1,149,320 | $ 1,224,530 | $ 1,262,251 | $ 1,421,396 | $ 1,536,390 | $ 1,645,949 |
| *Number of Open Branches* | | | 19 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 16 |
| Fidelity Deposits / Total Deposits | | | 39.16% | 36.94% | 37.05% | 34.45% | 33.61% | 34.00% | 31.45% | 31.32% | 29.06% |
| Suburbia Deposits / Total Deposits | | | 60.84% | 63.06% | 62.95% | 65.55% | 66.39% | 66.00% | 68.55% | 68.68% | 70.94% |

***Footnotes:***

(1) A = Active; C = Closed

***Sources of Data:***

1980-1984 Proposed Merger Plan - Fidelity New York + Suburbia Federal Savings & Loan Association (TX 3148, PAA090 0189 - PAA090 0190)
June, 1984 Office of Thrift Supervision - Branch Office Survey System
1989-1993 W.C. Ferguson & Company - BranchSource database extract
1994-2000 SNL Securities, Inc. - Branch Migration database extract
2001-2005 SNL Branch DataSource
FDIC Summary of Deposits (http://www.fdic.gov/quicklinks/analysts.html)
Veribanc, Inc. Thrift Financial Report Database, 10/19/98

# Exhibit 3
# Astoria Federal Savings and Loan Association
# Branch Deposits Acquired from Fidelity (1980-2006)
# June 2001 - June 2006

| Office Address | Branch Zip Code | Current Branch Status *(1)* | Jun-01 ($000s) | Jun-02 ($000s) | Jun-03 ($000s) | Jun-04 ($000s) | Jun-05 ($000s) | Jun-06 ($000s) |
|---|---|---|---|---|---|---|---|---|
| **Fidelity New York, FA** | | | | | | | | |
| **New York County (Manhattan)** | | | | | | | | |
| 2025 Broadway | 10023 | C | - | - | - | - | - | - |
| 353 West 57Th Street | 10023 | C | - | - | - | - | - | - |
| **Nassau County** | | | | | | | | |
| 155 Jericho Tpke | 11001 | A | 149,068 | 166,993 | 167,858 | 190,343 | 207,137 | 202,445 |
| 1585 Dutch Broadway | 11003 | A | 63,513 | 69,854 | 67,859 | 73,589 | 77,139 | 77,953 |
| 260 Glen Head Rd | 11545 | C | - | - | - | - | - | - |
| 363 Hempstead Ave | 11565 | A | 70,606 | 80,533 | 84,316 | 89,249 | 90,065 | 98,732 |
| 711 Franklin Ave | 11010 | A | 81,203 | 92,659 | 92,986 | 98,211 | 100,093 | 103,954 |
| 99 Covert Ave | 11001 | A | 113,928 | 124,753 | 124,338 | 128,880 | 134,762 | 138,870 |
| **Suburbia Federal Savings & Loan Assn.** | | | | | | | | |
| **Nassau County** | | | | | | | | |
| 1000 Franklin Ave (or 1150 Franklin) | 11530 | A | 164,253 | 170,488 | 164,888 | 177,062 | 183,119 | 190,492 |
| 1622 Hempstead Tpke | 11554 | A | 93,182 | 106,736 | 106,441 | 118,053 | 144,246 | 156,237 |
| 52 Manetto Hill Mall | 11803 | A | 107,275 | 129,650 | 129,307 | 163,136 | 199,497 | 209,540 |
| 360 Merrick Rd | 11563 | A | 131,387 | 138,601 | 129,801 | 141,070 | 154,279 | 164,335 |
| 464 Atlantic Ave | 11518 | A | 83,362 | 85,798 | 86,309 | 92,028 | 92,743 | 96,224 |
| 490 Hempstead Tpke | 11552 | A | 64,206 | 73,181 | 73,050 | 79,949 | 87,217 | 93,982 |
| 600 Northern Blvd (or 650 Northern) | 11021 | C | | | | | | |
| **Suffolk County** | | | | | | | | |
| 1015 Rt 112 | 11776 | A | 140,152 | 147,308 | 153,049 | 167,511 | 181,181 | 192,434 |
| 1880 Middle Country Rd | 11961 | A | 75,721 | 85,676 | 88,101 | 92,296 | 90,682 | 95,194 |
| 33 Main St (or 1 Main St.) | 11754 | A | 120,128 | 129,762 | 134,511 | 159,010 | 186,042 | 192,535 |
| 361 Sunrise Hwy (or 392 W Sunrise) | 11772 | A | 91,613 | 99,429 | 95,267 | 104,702 | 113,962 | 123,027 |
| 320 Walt Whitman Rd | 11746 | A | 96,352 | 105,331 | 107,809 | 125,452 | 140,624 | 142,544 |
| Fidelity Deposits | | | 478,318 | 534,792 | 537,357 | 580,272 | 609,196 | 621,954 |
| Suburbia Deposits | | | 1,167,631 | 1,271,960 | 1,268,533 | 1,420,269 | 1,573,592 | 1,656,544 |
| Fidelity + Suburbia Deposits | | | $ 1,645,949 | $ 1,806,752 | $ 1,805,890 | $ 2,000,541 | $ 2,182,788 | $ 2,278,498 |
| *Number of Open Branches* | | | 16 | 16 | 16 | 16 | 16 | 16 |
| Fidelity Deposits / Total Deposits | | | 29.06% | 29.60% | 29.76% | 29.01% | 27.91% | 27.30% |
| Suburbia Deposits / Total Deposits | | | 70.94% | 70.40% | 70.24% | 70.99% | 72.09% | 72.70% |

***Footnotes:***

(1) A = Active; C = Closed

***Sources of Data:***

1980-1984 Proposed Merger Plan - Fidelity New York + Suburbia Federal Savings & Loan Association (TX 3148, PAA090 0189 - PAA090 0190)
June, 1984 Office of Thrift Supervision - Branch Office Survey System
1989-1993 W.C. Ferguson & Company - BranchSource database extract
1994-2000 SNL Securities, Inc. - Branch Migration database extract
2001-2005 SNL Branch DataSource
FDIC Summary of Deposits (http://www.fdic.gov/quicklinks/analysts.html)
Veribanc, Inc. Thrift Financial Report Database, 10/19/98

# Exhibit 4
# Comparative Deposit Balances

| | Deposits at June 30, 1984 ($Millions) | % | Deposits at June 30, 1994 ($Millions) | % | Deposits at June 30, 2001 ($Millions) | % | Deposits at June 30, 2006 ($Millions) | % |
|---|---|---|---|---|---|---|---|---|
| Fidelity | 381.4 | 38.2 | 426.4 | 36.9 | 478.3 | 29.1 | 622.0 | 27.3 |
| Suburbia | 618.0 | 61.8 | 727.8 | 63.1 | 1,167.6 | 70.9 | 1,656.5 | 72.7 |
| | 999.4 | | 1,154.2 | | 1,645.9 | | 2,278.5 | |

Sources: June 30, 1984, 1994 and 2001 data is contained in Rochester Expert Report dated January 17, 2002, para. 18 (TX507);
Suburbia's June 1984 Quarterly Thrift Financial Report (TX 3218)
Fidelity's June 1984 Quarterly Thrift Financial Report (TX 3219)
SNL Securities, Inc. – Branch Migration Database Extract
FDIC - Summary of Deposits database (http://www.fdic.gov/quicklinks/analysts.html)

# Exhibit 5
## Whole Thrift Institution Mergers and Acquisitions in New York
## 1999-2006 (1, 2)

| Target Name | Target State | Buyer Name | Deal Value ($M) | Target Assets ($000) | Target Deposits ($000) | P/ B (%) | Price/ TB (%) | Tangible Book Premium / Core Dep (%) | Anncd Date |
|---|---|---|---|---|---|---|---|---|---|
| ES&L Bancorp, Inc. | NY | Community Bank System Inc. | 39.5 | 210,883 | 140,793 | 178.18 | 178.20 | **18.56** | 4/20/2006 |
| Sound Federal Bancorp, Inc. | NY | Hudson City Bancorp Inc. | 265.3 | 1,149,326 | 969,702 | 198.75 | 222.88 | **20.75** | 2/8/2006 |
| Atlantic Liberty Financial Corp | NY | Flushing Financial Corp. | 41.5 | 177,111 | 104,650 | 140.04 | 140.06 | **17.70** | 12/20/2005 |
| Independence Community Bank Corp. | NY | Sovereign Bancorp Inc. | 3591.2 | 18,500,360 | 10,503,254 | 152.45 | 346.25 | **46.86** | 10/24/2005 |
| Great Lakes Bancorp, Inc. | NY | Bay View Capital Corp. | 67.7 | 745,003 | 590,866 | 172.50 | 172.50 | **6.10** | 10/26/2005 |
| Hudson River Bancorp, Inc. | NY | First Niagara Finl Group | 611.1 | 2,579,259 | 1,811,693 | 198.13 | 266.90 | **23.72** | 4/1/2004 |
| GreenPoint Financial Corp. | NY | North Fork Bancorp. | 6396.3 | 22,985,000 | 12,546,000 | 297.53 | 378.90 | **42.84** | 2/15/2004 |
| Warwick Community Bancorp, Inc. | NY | Provident Bancorp Inc. | 154.3 | 759,996 | 487,572 | 198.43 | 206.08 | **17.70** | 3/15/2004 |
| Liberty Bancshares Inc. | NY | Prosperity Bancshares Inc. | 42 | 193,210 | 176,374 | 268.46 | 268.46 | **20.89** | 4/26/2004 |
| Staten Island Bancorp, Inc. | NY | Independence Comm. Bank Corp. | 1474.4 | 7,554,089 | 3,855,593 | 223.75 | 245.19 | **34.96** | 11/24/2003 |
| Troy Financial Corporation | NY | First Niagara Finl Group | 348.2 | 1,247,755 | 925,427 | 212.45 | 266.12 | **26.13** | 8/10/2003 |
| Roslyn Bancorp, Inc. | NY | New York Community Bancorp | 1578.5 | 10,881,506 | 6,118,239 | 289.94 | 290.36 | **19.68** | 6/27/2003 |
| Finger Lakes Bancorp, Inc. | NY | First Niagara Finl Group (MHC) | 67.1 | 387,818 | 265,063 | 170.94 | 170.94 | **13.92** | 7/22/2002 |
| Yonkers Financial Corporation | NY | National Bank of Greece, SA | 69.6 | 571,093 | 389,523 | 151.75 | 151.75 | **9.07** | 11/14/2001 |
| Ambanc Holding Co., Inc. | NY | Hudson River Bancorp | 99.8 | 711,095 | 493,043 | 125.44 | 137.20 | **6.78** | 9/4/2001 |
| Dime Bancorp, Incorporated | NY | Washington Mutual Inc. | 5167.5 | 27,050,041 | 14,593,669 | 300.77 | 428.45 | **33.54** | 6/25/2001 |
| Cohoes Bancorp Inc. | NY | Hudson River Bancorp | 160.7 | 739,335 | 497,632 | 124.84 | 125.89 | **8.28** | 11/24/2000 |
| GSB Financial Corporation | NY | Berkshire Bancorp Inc. | 41.8 | 186,866 | 108,987 | 140.89 | 140.89 | **13.10** | 8/16/2000 |
| Haven Bancorp, Inc. | NY | Queens County Bancorp Inc. | 186.5 | 2,965,912 | 2,150,944 | 169.07 | 171.33 | **4.53** | 6/27/2000 |
| Catskill Financial Corporation | NY | Troy Financial Corp. | 89.9 | 346,102 | 221,545 | 153.23 | 153.23 | **17.09** | 6/8/2000 |
| Peekskill Financial Corporation | NY | Sound Federal Bancorp (MHC) | 41.6 | 207,166 | 150,013 | 150.79 | 150.79 | **11.12** | 2/17/2000 |
| CNY Financial Corp. | NY | Niagara Bancorp Inc. (MHC) | 87.9 | 296,294 | 196,413 | 130.03 | 130.03 | **11.20** | 12/29/1999 |
| Reliance Bancorp, Inc. | NY | North Fork Bancorporation, Inc. | 354.4 | 2,451,773 | 1,549,419 | 199.06 | 291.37 | **17.25** | 8/30/1999 |
| JSB Financial, Inc. | NY | North Fork Bancorporation, Inc. | 592.6 | 1,613,148 | 1,119,444 | 153.86 | 153.86 | **23.56** | 8/16/1999 |
| SFS Bancorp, Inc. | NY | Hudson River Bancorp, Inc. | 31.8 | 178,167 | 150,578 | 128.45 | 128.45 | **6.00** | 5/17/1999 |
| Skaneateles Bancorp Inc. | NY | BSB Bancorp, Inc. | 42.5 | 271,527 | 227,584 | 215.19 | 219.94 | **11.45** | 1/25/1999 |

| | Deal Value ($M) | Target Assets ($000) | Target Deposits ($000) | P/ B (%) | Price/ TB (%) | Tangible Book Premium / Core Dep (%) |
|---|---|---|---|---|---|---|
| ***Aggregates for 2002 - 2006 (2)*** | | | | | | |
| **Average:** | **1,129.0** | **5,182,409** | **2,961,171** | **207.81** | **242.53** | **23.83** |
| **Median:** | **265.3** | **1,149,326** | **925,427** | **198.43** | **245.19** | **20.75** |
| **Count:** | **13** | | | | | |
| ***Aggregates for 1999 - 2001*** | | | | | | |
| **Average:** | **535.9** | **2,891,425** | **1,680,676** | **164.87** | **183.32** | **13.31** |
| **Median:** | **89.9** | **571,093** | **389,523** | **151.75** | **151.75** | **11.20** |
| **Count:** | **13** | | | | | |
| ***Combined Aggregates for 1999 - 2006 (2)*** | | | | | | |
| **Average:** | **832.5** | **4,036,917** | **2,320,924** | **186.34** | **212.92** | **18.57** |
| **Median:** | **127.1** | **742,169** | **495,338** | **171.72** | **175.35** | **17.48** |
| **Count:** | **26** | | | | | |

***Footnote:*** ***(1)*** Deal Values greater than $25 million.
***(2)*** Based on available data through September 30, 2006.

***Source:*** SNL Financial LLC - DataSource and Interactive databases (database extracts via SNLxl addin for Microsoft Excel)

# Exhibit 6
# Estimated Values for Suburbia (Updated)

| Valuation Approach | Period | Valuation Benchmark | Suburbia's Estimated Value (Dollars in Millions) |
|---|---|---|---|
| No. 1 | July 1994 | Fidelity's Acquisition Price | $100.3 (1) |
| No. 2A | Expert Report (2001) | Median Tangible Book Premium/Core Deposits Ratio on 1999-2001 Acquisitions | $123.0 (2) |
| No. 2B | Current (2006) | Median Tangible Book Premium/Core Deposits Ratio on 1999-2006 Acquisitions | $211.6 (3) |

| | | | | | |
|---|---|---|---|---|---|
| (1) | Valuation Approach No. 1: | $167.1 Mil (Fidelity's acquisition price) | X | 60% | = $100.3 Mil (Value) |
| (2) | Valuation Approach No. 2A: | **11.2%** (Median tangible book premium/core deposits) | X | $1.098 Bil | = **$123.0 Mil** (Value) |
| (3) | Valuation Approach No. 2B: | **17.5%** (Median tangible book premium/core deposits) | X | $1.209 Bil | = **$211.6 Mil** (Value) |

*Notes: 1. In Fidelity's acquisition by Astoria, shareholders of Fidelity received an acquisition price per share of $29.00, which represented a 152% increase from Fidelity's conversion value of $11.50 per share.

2. Suburbia's core deposits were estimated to equal 94% of total deposits of $1.168 Bil at June 30, 2001.

3. Suburbia's core deposits were estimated to equal 73% of total deposits of $1.657 Bil at June 30, 2006.

Sources: Valuations No. 1 and 2A are disclosed in Rochester Expert Report, para. 28 (TX507)
Per FDIC Institution Directory, at 6/30/2006, Astoria's Core (Retail) Deposits = $9.648 Bil and Total Deposits = $13.272 Bil. [$9.648 / $13.272 = 73%]