IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, Plaintiff, | ) | No. 95-468C (Judge Thomas C. Wheeler) |
| v. | ) | |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S MOTION TO PRESENT DEPOSITION TESTIMONY AT TRIAL**

Plaintiff Astoria Federal Savings & Loan Association hereby moves to present as part of its case in chief at trial the following deposition testimony:

| | |
|---|---|
| **Andrew Kane, Jr.** (7/27/00) | Page 16, Line 3 – Page 17, Line 17<br>Page 20, Line 11 – Page 22, Line 3<br>Page 36, Line 25 – Page 38, Line 17<br>Page 39, Line 13 – Page 40, Line 15<br>Page 63, Line 12 – Page 64, Line 16<br>Page 108, Line 10 – Page 110, Line 14<br>Page 115, Line 3 – Line 17 |
| **Christopher Quackenbush** (8/7/00) | Page 9, Line 18 – Page 10, Line 17<br>Page 21, Line 4 – Line 11<br>Page 28, Line 6 – Page 29, Line 21 |

Mr. Kane and Mr. Quackenbush are deceased.

/s/ Frank J. Eisenhart
Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I Street, NW
Washington, DC 20006
202.261.3306
202.261.3333 (Fax)

Attorneys for Plaintiff
Astoria Federal Savings and
Loan Association

February 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2007, a copy of the foregoing **Plaintiff's Motion to Present Deposition Testimony at Trial** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart
Frank J. Eisenhart