# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | No. 95-468C<br>(Judge Thomas C. Wheeler) |

## PLAINTIFF'S MOTION TO PRESENT THE TRIAL TESTIMONY OF BRUNO GRECO BY VIDEO CONFERENCE

Plaintiff Astoria Federal Savings & Loan Association moves pursuant to the Court's November 29, 2006 Order for leave to present the testimony of Bruno Greco at trial by remote video conference feed from a location near his home in Garden City, New York. In support of its Motion, Plaintiff states:

1. Mr. Greco is the former Chief Operating Officer and President of Fidelity New York, F.S.B. He was an officer of Fidelity at the time of its merger with Suburbia Federal Savings & Loan Association in 1984 through his resignation from Fidelity in 1990. As set forth in Plaintiff's Witness List, Plaintiff plans to present testimony from Mr. Greco on a number of issues important to this case.

2. Mr. Greco is currently 80 years old. He is retired, and he lives in Garden City, New York. He is willing to appear and present testimony in this case, however, he asks that he be permitted to do so by remote video conference feed from a location in or around Garden City.

3. Mr. Greco is in poor health. He suffers from chronic anemia, for which he is under active treatment by a hematologist. He requires periodic hospitalization for transfusions. He also has kidney problems and has had several cardiac episodes. His medical condition leaves him unable to travel, and he has, in fact, not traveled out of the area in which he lives for the past two years. His doctor has also advised him against traveling.

4. Plaintiff's counsel has tentatively arranged to use the facilities of a law firm in Garden City for Mr. Greco's testimony. One of the lawyers in this firm is known to Mr. Greco, and the office is only a few minutes from his home. Mr. Greco would feel comfortable traveling to that office to give his testimony.

WHEREFORE, Plaintiff Astoria Federal Savings & Loan Association moves for leave to present the testimony of Bruno Greco at trial by remote video conference feed from a location in or near Garden City, New York.

Respectfully submitted,

/s/ Frank J. Eisenhart
Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I St., N.W.
Washington, DC 20006
202.261.3306
202.261.3333 (Fax)

Attorneys for Plaintiff
Astoria Federal Savings and Loan
Association

February 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, a copy of the foregoing **Plaintiff's Motion to Present the Trial Testimony of Bruno Greco by Video Conference** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart
Frank J. Eisenhart