IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**PLAINTIFF'S MOTION TO PRESENT THE TRIAL TESTIMONY OF THOMAS DIXON LOVELY BY VIDEO CONFERENCE**

Plaintiff Astoria Federal Savings & Loan Association moves pursuant to the Court's November 29, 2006 Order for leave to present the testimony of Thomas Dixon Lovely at trial by remote video conference feed from a location near his home in Marco Island, Florida. In support of its motion Plaintiff states the following.

1. Thomas Dixon Lovely was the former Chairman of Fidelity New York, F.S.B. He served in that position at the time of Fidelity's merger with Suburbia Federal Savings and Loan Association in 1984 through his retirement in 1992. As discussed in detail in Plaintiff's Witness List, Plaintiff intends to present Mr. Lovely's testimony at trial on a number of issues of importance to this case.

2. Mr. Lovely will be 78 years old when this case goes to trial. He is retired and lives with his wife in Marco Island, Florida. Although they also have a home on Long Island, Mr. Lovely and his wife both have limited mobility and can more easily get about in their Florida residence, because it is on one level.

3. Mr. Lovely has difficulty walking and sometimes has to use a cane. He suffers from balance problems, and he falls frequently. Mr. Lovely's doctor has advised him to avoid travel as much as possible. In addition to Mr. Lovely's own health problems, his wife is recovering from a broken hip and her mobility is still restricted. Mr. Lovely is responsible for her care and is reluctant to leave her for any significant period of time.

4. Should the Court grant leave for Mr. Lovely to testify via remote video conference feed, Plaintiff's counsel will arrange for suitable facilities for Mr. Lovely's testimony in Marco Island or in Naples, which is about 20 minutes away.

WHEREFORE, Plaintiff Astoria Federal Savings and Loan Association moves for leave to present at trial the testimony of Thomas Dixon Lovely by remote video conference feed from a location near his residence in Marco Island, Florida.

Respectfully submitted,

/s/ Frank J. Eisenhart

Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I Street, NW
Washington, DC 20006
202.261.3306
202.261,3333 (Fax)

Attorneys for Plaintiff
Astoria Federal Savings and
Loan Association

February 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, a copy of the foregoing **Plaintiff's Motion to Present the Trial Testimony of Thomas Dixon Lovely by Video Conference** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart
Frank J. Eisenhart