# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, Plaintiff | |
| v. | No. 95-468C (Judge Thomas C. Wheeler) |
| THE UNITED STATES, Defendant | |

## PLAINTIFF'S MOTION TO PRESENT THE TRIAL TESTIMONY OF DR. RICHARD T. PRATT BY VIDEO CONFERENCE

Plaintiff Astoria Federal Savings & Loan Association moves pursuant to the Court's November 29, 2006 Order for leave to present the testimony of Dr. Richard T. Pratt at trial by remote video conference feed from a location near his home in Salt Lake City, Utah. In support of its Motion, Plaintiff states:

1. Dr. Pratt served as Chairman of the Federal Home Loan Bank Board from 1981 until his resignation in June, 1983. As set forth in Plaintiff's Witness List, Plaintiff plans to present testimony from Dr. Pratt on a number of issues important to this case.

2. On January 4, 2007, Dr. Pratt sent to the Court the letter attached as Exhibit 1 to this Motion. In his letter, Dr. Pratt sets forth various reasons why he should not be required to testify in this case. Astoria's counsel has subsequently spoken to Dr. Pratt, and explained to him the nature of the testimony Plaintiff seeks to obtain from him. This testimony concerns matters which occurred during Dr. Pratt's tenure as Bank Board Chairman. Dr. Pratt has agreed to accept a subpoena and to give his testimony in this case provided that his physical limitations can be accommodated.

3. As set forth in his letter to the Court, Dr. Pratt will be 70 years old at the time of trial. He has had two total hip replacements that restrict his mobility, and he finds travel to be difficult. He has also suffered a spinal disc rupture which makes it difficult for him to walk and stand for extended periods. He finds walking through airports to be difficult.

4. Plaintiff's counsel is willing to make arrangements to present Dr. Pratt's trial testimony through a video conference feed from a location in Salt Lake City. Plaintiff's counsel is also prepared to time the presentation of Dr. Pratt's testimony in such a way as to eliminate the 4-day conflict he describes in his January 4, 2007 letter.

WHEREFORE, Plaintiff Astoria Federal Savings & Loan Association moves for leave to present the testimony of Dr. Richard T. Pratt at trial by remote video conference feed from a location in Salt Lake City, Utah.

Respectfully submitted,

/s/ Frank J. Eisenhart
Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I St., N.W.
Washington, DC 20006
202.261.3306
202.261.3333 (Fax)

Attorneys for Plaintiff
Astoria Federal Savings and Loan
Association

February 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, a copy of the foregoing **Plaintiff's Motion to Present the Trial Testimony of Dr. Richard T. Pratt by Video Conference** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart
Frank J. Eisenhart

Case 1:95-cv-00468-TCW Document 160 Filed 01/05/2007 Page 1 of 2

ORIGINAL

*Richard T. Pratt*
*1694 South Mohawk Way*
*Salt Lake City, UT 84108*
*(801) 467-1817*

FILED
JAN 5 2007
U.S. COURT OF FEDERAL CLAIMS

→ By Leave of the Judge

January 4, 2007

Honorable Thomas C. Wheeler
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Dear Judge Wheeler:

**RE: Astoria Federal Savings & Loan Association**
**No. 95-468C**

My name is Richard Pratt and I reside in Salt Lake City, Utah. I have been advised by the parties that I will be subpoenaed in the captioned case. I would respectfully request that for the following reasons, you quash these subpoenas. I believe that the following facts support my request.

1. I have no present knowledge of this institution, nor any of the facts regarding this case.
2. While serving as Chairman of the Federal Home Loan Bank Board from early 1981 until June of 1983, I did not decide the application of Astoria Savings, which has led to the litigation. The application in question was approved the year following my resignation.
3. Since June of 1983, I have had no regulatory responsibilities regarding financial institutions. I have never served as an executive or employee of any savings and loan association.
4. To the best of my knowledge, it appears that while the parties purport to be calling me as a fact witness, given my lack of factual knowledge, they are by their own admission, actually seeking to use me as an expert witness regarding "knowledge about the savings and loan industry in the late 1970s and early 1980s" and "knowledge of the FHLBB's policies and practices with respect to institutions (such as Suburbia)..." Using the subpoena power to obtain expert witness testimony under the guise of a fact witness is inappropriate.
5. Neither party has made any attempt to determine what knowledge I have of this case.

160

6. I will be 70 years old at the time this trial is held, and I find extensive travel difficult.
7. I have had two total hip replacements that restrict my mobility.
8. Two years ago, I suffered a spinal disc rupture which has compromised my ability to walk and stand for an extended period. I find the walks required through airports to be difficult.
9. I have two substantial conflicting responsibilities: one on April 17th, and the other over the four-day period from April 24th to April 27th. These obligations have been on my calendar for over one year and if I am unavailable to attend to these, it would cause me substantial personal harm and financial sacrifice.

I hope that you will consider and look favorably upon my request. I would be happy to set aside a day for my deposition by the parties in Salt Lake City so that it could be used at trial in lieu of my attending. However, under the circumstances, a private citizen with no relevant facts to contribute to this dispute, I find it to be unnecessarily burdensome and a misuse of my time to be compelled to fly across the country to participate in this proceeding.

Thank you for your consideration.

Sincerely,

Richard T. Pratt

cc: John H. Roberson, Esquire
Trial Division
Commercial Litigation Branch
Civil Division
Classification Unit, 8th Floor
1101 L Street, NW
Washington , D.C. 20530

Frank Eisenhart
Deckert Price LLP
1775 I Street, NW
Washington, D.C. 20006