IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 95-468 C (Judge Wheeler) |

**PLAINTIFF'S FINAL WITNESS LIST**

Plaintiff Astoria Federal Savings and Loan Association intends to call the following witnesses at the trial of this case:

**Robert Albanese**
Director, Northeast Region
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ 07311

Mr. Albanese was a Supervisory Agent at the Federal Home Loan Bank of New York from the mid 1970s until he joined OTS at its formation in 1989. Mr. Albanese was Supervisory Agent for both Fidelity and Suburbia during the 1980s. He will testify about efforts made to resolve the troubled Suburbia and about alternatives available to the regulators for such a resolution, about regulatory concerns over Fidelity's commercial real estate lending and steps taken to curtail it, about changes in management at Fidelity, about changes in Fidelity's investment portfolio, about the impact of FIRREA on Fidelity, about Fidelity's operation under the Capital Plan and about Fidelity's conversion and public offering. Mr. Albanese is currently a Government official and is being represented by the Department of Justice. Leave will be sought

to call him as on cross-examination. His initial examination is expected to last approximately 4 hours.

**H. Brent Beesley**
1492 Kristianna Circle
Salt Lake City, UT 84103

Mr. Beesley was the Director of the Federal Savings & Loan Insurance Corporation (FSLIC) from 1981 to 1983. Mr. Beesley will testify about the problems that faced the savings and loan industry in the early 1980s, the role the FSLIC played in monitoring and resolving troubled thrift institutions, the FSLIC's policies and practices with respect to continued operation of seriously troubled thrift institutions, the tools available to the FSLIC to assist and resolve troubled thrift institutions, and the procedures followed by the FSLIC in seeking and securing permission to resolve a failed or failing thrift institution. Mr. Beesley's direct examination is expected to take approximately 4 hours.

**Vito Caporusso**
21 Sherry Lane
Hauppage, NY 11788

Mr. Caporusso was in charge of consumer lending at Fidelity during the period of time, post-FIRREA, when Fidelity was forced to operate under its Capital Plan. Mr. Caporusso will testify about the importance of consumer lending to Fidelity, how the Capital Plan impacted Fidelity's consumer lending operations, how it impacted other aspects of the Bank's operations, and how it severely limited Fidelity's growth opportunities. Mr. Caporusso's direct examination is expected to take approximately 2 hours.

**Carlos Fiol**
Manager, Risk Analysis Section
Franchise and Asset Marketing Branch
Division of Resolutions and Receiverships
Federal Deposit Insurance Corporation
1776 F Street, NW
Washington, DC 20006

Mr. Fiol was employed by the FSLIC in 1984 as an analyst in its Analysis and Evaluation Division. Mr. Fiol will explain the requirements within the FSLIC for certain analyses in connection with a proposed supervisory merger and will testify about his analytical work in connection with the Fidelity/Suburbia merger, including his preparation of a Merger Analysis, a Viability Analysis and a Liquidation Analysis. Mr. Fiol will also testify about his calculation of a liquidation cost for Suburbia and his calculation of other costs of assistance. Mr. Fiol is currently a Government official and is being represented by the Department of Justice. He will testify pursuant to a subpoena, and leave will be sought to call him as on cross-examination. His initial examination is expected to last approximately 4 hours.

**Bruno Greco**
492 Boulevard Place
Garden City, NY 11530

Mr. Greco was Chief Operating Officer and President of Fidelity before resigning in 1990. Mr. Greco will testify about the Suburbia merger, post-merger operation of Fidelity, real estate lending by Fidelity, the effects of FIRREA on Fidelity, and operation of Fidelity under the Capital Plan. Mr. Greco's direct examination is expected to last 2 to 3 hours. Because of Mr. Greco's age and state of health, Astoria has moved to present his testimony by remote video feed from a location near his home.

**Dr. Donald Kaplan**
6634 Paxton Road
Rockville, MD 20852-3659

Dr. Kaplan is Plaintiff's Expert Witness on damages. Dr. Kaplan will testify about various ways of measuring the damages caused to Fidelity by Defendant's admitted breach of contract and the compensation owed to Fidelity for the taking of Fidelity's property by the Defendant. Specifically, Dr. Kaplan will calculate the profits Fidelity could have earned in a "but for" world had its capital not been taken from it, Fidelity's restitution damages, Fidelity's "wounded bank" damages, and other losses as outlined in his report. Dr. Kaplan's direct examination is expected to last approximately 10 to 12 hours.

**Thomas Dixon Lovely**
1780 Addison Court
Marco Island, FL 34145

Mr. Lovely was the Chairman of Fidelity New York, F.S.B. at the time of the Fidelity/Suburbia merger and for a number of years thereafter. Mr. Lovely will testify about Fidelity's merger with Suburbia, operation of Fidelity post-merger, the effects of FIRREA on Fidelity, and operation of Fidelity under the Capital Plan. Mr. Lovely's direct examination is expected to take 2 to 3 hours. Because of his age and physical limitations, Plaintiff has moved to present Mr. Lovely's testimony by remote video conference feed from a location near his home.

**Thomas Powderly**
83 Hunt Drive
Jericho, NY 11753

Mr. Powderly joined Fidelity New York, F.S.B. in 1986 as manager of its real estate division. Mr. Powderly later became President of Fidelity and succeeded Mr. Lovely as the Chairman of Fidelity. Mr. Powderly was the Chairman of Fidelity at the time of the Fidelity/Astoria merger in 1994. Mr. Powderly will testify about the state of Fidelity's commercial real estate lending portfolio at the time of his hiring, subsequent measures he took to manage those loans, resolve problem loans, and reduce Fidelity's participation in commercial real estate lending, Fidelity's Business Plans, its anticipation of FIRREA's "punitive" treatment of supervisory goodwill, the impact FIRREA had on Fidelity, including the loss of its ability to count supervisory goodwill as capital for regulatory purposes, the development of Fidelity's Capital Plan, Fidelity's operation under that Capital Plan in an extremely hostile regulatory environment, Fidelity's conversion to stock form and its initial public offering, Fidelity's emergence from operation under the Capital Plan and management's assessment at that time of Fidelity's strength and competitiveness, management's decision to sell Fidelity, and the merger between Astoria and Fidelity. Mr. Powderly's direct examination is expected to take approximately 6 hours.

**Dr. Richard T. Pratt**
1694 South Mohawk Way
Salt Lake City, UT 84108

Dr. Pratt was Chairman of the Federal Home Loan Bank Board from 1981 through 1983. He will testify concerning conditions in the savings and loan industry during the years he was Chairman, about regulatory issues facing the Bank Board during those years, about legislative and regulatory changes in the industry during those years and about the economic climate of those years as it affected the industry. Dr. Pratt's direct examination is expected to take approximately 4 hours. Due to his age and physical condition, Plaintiff will seek leave to present Dr. Pratt's testimony by remote video feed from a location near his home.

**Michael Spaid**
Manager, Closings and Deposit Claims Unit
Receivership Operations Branch
Division of Resolutions and Receiverships
Federal Deposit Insurance Corporation
1776 F Street, NW
Washington, DC 20006

Mr. Spaid joined the FSLIC's Mergers and Acquisitions Division in 1984 as a financial analyst but assumed greater responsibility in the case of the Fidelity/Suburbia merger because his Supervisor was on leave at the time. Mr. Spaid will testify generally about the Fidelity/Suburbia merger, including efforts to market Suburbia, review and approval of merger proposals, negotiation and review of transaction documents, the terms and conditions of the merger agreement, the accounting for the merger, analyses done in support of the merger, requirements to cost out alternatives to any proposal, liquidation as an alternative, the cost of liquidation, the approval process, and the approval of the Fidelity/Suburbia merger. Mr. Spaid is currently a Government official and is being represented by the Department of Justice. Leave will be sought

to call him as on cross-examination. His initial examination is expected to last approximately 4 hours.

**Roger Teurfs**
7 Partridge Lane
P.O. Box 477
St. James, NY 11780

Mr. Teurfs was a partner in Price Waterhouse (later KPMG), which was the accounting firm for both Fidelity and Suburbia. Mr. Teurfs was the Price Waterhouse engagement partner for Fidelity at the time of the Fidelity/Suburbia merger and for a number of years subsequent to that merger. Mr. Teurfs will explain the accounting treatment of the goodwill generated in the Fidelity/Suburbia merger, the nature of supervisory goodwill and its treatment under both GAAP and RAP accounting, the process of amortization of supervisory goodwill and the financial implications of that process for the institution, the consequences from an accounting standpoint of FIRREA's treatment of supervisory goodwill, and the writeoff of its supervisory goodwill by Fidelity. Mt. Teurfs' direct examination is expected to take approximately 4 hours.

**Angelo Vigna**
Managing Director
Sandler O'Neill & Partner
919 Third Avenue
6th Floor
New York, NY 10022

Mr. Vigna was a Supervisory Agent at the Federal Home Loan Bank of New York in the early 1980's and through the passage of FIRREA in 1989. Following the passage of FIRREA, Mr. Vigna became the Northeast Regional Director of the Office of Thrift Supervision, which replaced the Federal Home Loan Bank Board as the federal regulator of thrift institutions. Mr.

Vigna will testify about the nature of supervision of thrift institutions by the Federal Home Loan Bank of New York, the supervision of Suburbia, efforts to find a buyer for Suburbia, the Fidelity/Suburbia merger, the post-merger supervision of Fidelity, the effects of FIRREA on Fidelity, approval of Fidelity's Capital Plan, Fidelity's operations under the Capital Plan, Fidelity's successful completion of its Capital Plan, Fidelity's conversion to stock form and public offering of stock, and Fidelity's acquisition by Astoria. Mr. Vigna is a former Government official and is being represented by the Department of Justice. Mr. Vigna will be testifying pursuant to a subpoena, and leave will be sought to call him as on cross-examination. His initial examination is expected to last approximately 6 hours.

**William E. Wesp**
135 Boat Street
Portsmouth, NH

Mr. Wesp joined Fidelity in 1986 as Manager of Investment Operations. He subsequently served as Fidelity's Chief Financial Officer and later as its Chief Operating Officer and President. Mr. Wesp will testify about Fidelity's asset and liability structure at the time he joined the institution and the changes he made to those structures, Fidelity's shift in emphasis from individual mortgage loans to mortgage backed securities, Fidelity's investment in Freddie Mac stock, Fidelity's sale of appreciated securities, its home equity portfolio and other appreciated assets to raise capital, Fidelity's anticipation of FIRREA and the measures it instituted in anticipation of that legislation, Fidelity's Business Plans, the effect of FIRREA on Fidelity, preparation of Fidelity's Capital Plan, operation of Fidelity under the Capital Plan in an extremely harsh regulatory environment, amortization of goodwill from the Suburbia merger, Fidelity's conversion to stock form and its initial public offering, the modest success of

Fidelity's public offering relative to those of peer institutions, Fidelity's competitive strength after its public offering, Fidelity's assessment of its potential cause of action against the Government, and the sale of Fidelity to Astoria. Mr. Wesp's direct examination is expected to take approximately 8 hours.

Respectfully submitted,

s/ Frank J. Eisenhart by s/ Tara R. Kelly
Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I Street, NW
Washington, DC 20006
202.261.3300
202.261.3333 (Fax)

Attorneys for Plaintiff
Astoria Federal Savings and
Loan Association

February 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, a copy of the foregoing **Plaintiff's Final Witness List** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara R. Kelly
Tara R. Kelly