# In the United States Court of Federal Claims

No. 95-468C

(Filed: February 21, 2007)

******************************************** *

ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

******************************************** *

ORDER

On February 20, 2007, Defendant filed a motion to compel Plaintiff's compliance with RCFC Appendix A § VI, paragraph 16, requiring counsel to indicate on pretrial exhibit lists those exhibits that counsel "expects" to offer at trial and those that counsel "may" offer if the need arises. The Court's September 19, 2006 Pretrial Order, however, does not require the parties to designate the exhibits in such manner, and does not refer to Appendix A § VI, paragraph 16. The Court's rules provide in Appendix A, § I, paragraph 2 that "a judge may modify these procedures as appropriate," and the Pretrial Order in this case reflects the exercise of such discretion. Defendant's motion to compel Plaintiff's compliance with Appendix A § VI, paragraph 16 therefore is DENIED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge