# In the United States Court of Federal Claims

No. 95-468C

(Filed: February 21, 2007)

*************************************** *
*
ASTORIA FEDERAL SAVINGS & LOAN *
ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

## ORDER REGARDING VIDEO TRIAL TESTIMONY

On February 13, 2007, Plaintiff filed motions for leave to present the trial testimony of Mr. Bruno Greco, Mr. Thomas Dixon Lovely, and Dr. Richard T. Pratt from remote video conference facilities located near the witnesses' homes. Plaintiff's counsel requested this accommodation because of the witnesses' advanced age, limited mobility, and inability to travel. In its response, Defendant does not object to the use of remote video testimony during trial, but requests Plaintiff to meet certain conditions to allow Defendant's counsel to be present at the video conference facility to question the witnesses. Defendant further requested in the case of Dr. Pratt that the Court preclude Plaintiff from eliciting testimony beyond the scope of his employment as Chairman of the Federal Home Loan Bank Board.

For good cause shown, Plaintiff's motions are hereby GRANTED. Defendant's requests for the Court to set conditions for the remote video testimony are DENIED. Defendant's counsel need not be present at the video conference facility to examine the witness. Both counsel may question the witness from the courtroom via video conferencing. Exhibits needed for examination may be sent to the witness in advance of the testimony.

Defendant's request that the Court limit in some fashion the testimony of Dr. Pratt in advance of trial is DENIED without prejudice. If objections persist at trial, the Court will rule upon such objections at that time upon learning the knowledge of the witness and the purpose for which the testimony is offered.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge