**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**<u>DEFENDANT'S EXHIBIT LIST</u>**

Defendant, the United States, respectfully identifies the exhibits we intend to offer at trial other than those to be used for impeachment or rebuttal. Pursuant to the Order dated September 19, 2006, we have not included on our exhibit list the exhibits listed by plaintiff, Astoria Federal Savings & Loan Association ("Astoria") on February 15, 2007, and hereby incorporate those exhibits by reference. We reserve the right to offer into evidence any exhibit listed on plaintiff's exhibit list or on the attached list of exhibits and to supplement or amend the attached list in accordance with the Rules and Orders of this Court to rebut or address testimony offered by plaintiff.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer by Jeanne E. Davidson
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

Trial Attorneys

March 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2007, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson