IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 95-468C (Judge Thomas C. Wheeler) |

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO PLAINTIFF'S MOTION IN LIMINE TO BAR EVIDENCE OF THE OTS INVESTIGATION OF BRUNO GRECO AND THOMAS DIXON LOVELY AND THEIR VOLUNTARY SETTLEMENT WITH OTS**

Plaintiff Astoria Federal Savings & Loan Association filed it motion to preclude certain evidence with respect to witnesses Bruno Greco and Thomas Dixon Lovely on March 14, 2007. The Department of Justice filed its Final Witness List, Exhibit List and Memorandum of Contentions of Fact and Law the following day. Plaintiff seeks to supplement its Motion simply

to point out that the Department does intend to go forward with the presentation of the evidence Plaintiff seeks to exclude.

/s/ Frank J. Eisenhart

Frank J. Eisenhart
Counsel of Record
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I Street, NW
Washington, DC 20006

Attorneys for Plaintiff
Astoria Federal Savings and
Loan Association

March 22, 2007

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, a copy of the foregoing **Motion for Leave To File Supplement to Plaintiff's Motion In Limine To Bar Evidence Of The OTS Investigation of Bruno Greco and Thomas Dixon Lovely and Their Voluntary Settlement with OTS** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart

March 22, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, Plaintiff, | ) | No. 95-468C |
| v. | ) | (Judge Thomas C. Wheeler) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**SUPPLEMENT TO PLAINTIFF'S MOTION IN LIMINE TO BAR EVIDENCE OF THE OTS INVESTIGATION OF BRUNO GRECO AND THOMAS DIXON LOVELY AND THEIR VOLUNTARY SETTLEMENT WITH OTS**

On March 15, 2007, the Department of Justice served its Final Witness List, its Exhibit List and its Memorandum of Contentions of Fact and Law. Although it is not apparent from the Department's descriptions of the proposed trial testimony of Messrs. Greco and Lovely, Mr. Roberson has confirmed in a telephone conversation with Astoria's counsel that the Department does intend to question these two witnesses concerning the OTS investigation and their voluntary settlements with OTS. The Department has made reference to the investigation and settlements

in its Memorandum, and it has included the settlement documents in its Exhibit List. Mr. Roberson said that the Department intends to oppose Plaintiff's Motion in Limine.

/s/ Frank J. Eisenhart
Frank J. Eisenhart
Counsel of Record
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I Street, NW
Washington, DC 20006

Attorneys for Plaintiff
Astoria Federal Savings and
Loan Association

March 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, a copy of the foregoing **Supplement to Plaintiff's Motion In Limine To Bar Evidence Of The OTS Investigation of Bruno Greco and Thomas Dixon Lovely and Their Voluntary Settlement with OTS** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart