**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 95-468C** |
| | ) | **(Judge Thomas C. Wheeler)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED COPY OF OUR MOTION TO PRESENT DEPOSITION TESTIMONY AT TRIAL**

Defendant, the United States, respectfully requests leave to file a corrected copy of our motion to present deposition testimony at trial, which we originally filed on March 15, 2007. We seek leave to file a corrected copy merely for the purpose of annexing the Exhibits A-C, referenced in our filing. These exhibits contain the actual deposition transcripts cited in our original filing but which were inadvertently not included in our filing. We apologize for our error. We make no other changes to our March 15, 2007, filing. We have consulted with plaintiff's counsel and they do not oppose our motion.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

March 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED COPY OF OUR MOTION TO PRESENT DEPOSITION TESTIMONY AT TRIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson