**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 95-468C**
**(Judge Thomas C. Wheeler)**

**DEFENDANT'S CORRECTED MOTION FOR LEAVE TO PRESENT DEPOSITION TESTIMONY AT TRIAL**

Defendant, the United States, respectfully requests leave to present at trial the deposition testimony designated below of Henry Drewitz, Andrew Kane, Jr., and Christopher Quackenbush obtained during the fact discovery period in this case. We seek leave to submit these deposition passages because Messrs. Drewitz, Kane, and Quackenbush are deceased and the subject matter of their testimony concerns important and relevant information concerning the damage claims of plaintiff, Astoria Federal Savings and Loan Association ("Astoria").

**A. The Designations From The Testimony Of Henry Drewitz**

Mr. Drewitz was the president of Astoria from 1974 until 1989, and he was chairman of its board from 1975 until 1997. We request leave to present the following testimony from Mr. Drewitz obtained in this case on May 23, 2000: 3:7-10; 7:3-8; 8:21-25; 11:19-12:5; 13:13-15; 21:10-24:11; 24:19-25:8; 29:11-18; 54:13-17; 62:4-64:7; 73:6-75:19; 86:4-6; 90:4-91:15; 92:6-93:15; 96:2-19; 98:7-17; 99:25-102:3; 107:8-108:20; 110:22-111:10; 112:19-113:13; 116:2-

11; 116:23-118:12; 122:12-123:15; 139:15-21. We have annexed these transcript designations as Exhibit A.

**B. The Designations From The Testimony Of Andrew Kane**

Mr. Kane was the chairman of the board and chief executive officer of Suburbia Federal Savings and Loan Association at the time of its acquisition by Fidelity, New York, FA ("Fidelity") in 1984. We request leave to present the following testimony from Mr. Kane obtained in this case on July 27, 2000: 9:3-10:1; 11:4-23; 16:11-17:17; 18:20-20:2; 20:11-21:8; 21:25-22:17; 24:17-25:13; 33:16-35:3; 35:8-19; 40:16-41:25; 48:12-49:7; 49:23-50:12; 51:19-52:3; 52:21-54:4; 56:20-57:15; 59:6-18; 64:2-13; 64:20-66:9; 79:24-80:17; 82:6-16; 83:13-21; 89:2-9; 91:14-94:15; 97:20-99:12; 100:16-101:9; 105:22-106:9; 107:20-108:5; 109:16-110:7; 113:21-24; 114:13-16; 114:23-115:17. We have annexed these transcript designations as Exhibit B.

**C. The Designations From The Testimony Of Christopher Quackenbush**

Mr. Quackenbush was a partner at the investment banking firm, Sandler O'Neill and Partners, and he advised Astoria with respect to its acquisition of Fidelity. We request leave to present the following testimony from Mr. Quackenbush obtained in this case on August 7, 2000: 9:18-10:21; 12:12-13:20 15:22-16:5; 16:14-25; 17:16-20:6; 20:23-21:11; 24:7-19; 28:6-29:8; 40:7-21; 41:1-16; 43:10-13; 64:12-17; 64:25-65:11; 68:2-69:14; 69:20-70:15; 70:19-71:3; 77:24-79:4. We have annexed these transcript designations as Exhibit C.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

March 28, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO PRESENT DEPOSITION TESTIMONY AT TRIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson