**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 95-468C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ADDENDUM TO**
**PLAINTIFF'S MOTION FOR LEAVE**
**TO AMEND ITS EXHIBIT LIST**

Counsel for Defendant has informed Astoria's counsel in a telephone conversation this evening that the Defendant only partially objects to Astoria's request to add the Pratt exhibits to its Exhibit List. The Department objects to only six of the thirty exhibits (Exhibits 1, 6, 8, 21, 22 and 29). Astoria is willing to withdraw its request with respect to these six exhibits, and the Department has no objection to Astoria's motion as so amended. As amended, therefore, Astoria moves for leave to add to its Exhibit List Pratt Deposition Exhibits 2 through 5, 7, 9 through 20, 23 through 28 and 30.

Astoria also wishes to correct a misstatement made in its motion. Dr. Pratt declined the offer of the Department of Justice to represent him at his common deposition. So, although two Department of Justice lawyers were present at his common deposition, they were there in their capacity as attorneys for the United States, not as attorneys for Dr. Pratt.

Respectfully submitted,

s/ Frank J. Eisenhart
Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I St., N.W.
Washington, DC 20006
202.261.3306
202.261.3333 (Fax)

*Attorneys for Plaintiff*
*Astoria Federal Savings & Loan Association*

March 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, a copy of the foregoing **Addendum to Plaintiff's Motion for Leave to Amend Its Exhibit List** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Frank J. Eisenhart
Frank Eisenhart