IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**DEFENDANT'S OBJECTIONS TO THE EXHIBITS IDENTIFIED BY PLAINTIFF**

Defendant, the United States, respectfully identifies its objections to the trial exhibits identified by plaintiff, Astoria Federal Savings & Loan Association.

We reserve our right to object to any exhibit upon grounds of relevance, Federal Rules of Evidence ("FRE") 401/402; hearsay, FRE 802; and foundation, FRE 901, to the extent these issues are raised by the manner in which the exhibit is used at trial. We also reserve all our rights under the Master Stipulation that governs this case, including our right to object upon authenticity grounds to exhibits that include handwritten notes.

In addition to these general objections, we have identified on the attached list our objections to specific exhibits according to the following general categories: authenticity, FRE 901/902; composite, FRE 403; hearsay, FRE 802 and incompleteness, FRE 403.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

Trial Attorneys

April 2, 2007

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 23 | A |
| 25 | A |
| 32 | I |
| 41 | A, C, H |
| 44 | I |
| 48 | H |
| 51 | A |
| 53 | A |
| 54 | A |
| 64 | I |
| 68 | A, C |
| 69 | I |
| 72 | A, I |
| 73 | H |
| 84 | A, I |
| 88 | I |
| 98 | A |
| 100 | A, C |
| 103 | A, C |
| 104 | I |
| 107 | I |
| 110 | I |
| 114 | A, C |
| 118 | A, C |
| 127 | A, C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 130 | A |
| 140 | A, C |
| 141 | A, I |
| 143 | A, C |
| 149 | A |
| 152 | A, C |
| 158 | A, C |
| 160 | I |
| 161 | C |
| 164 | A, C |
| 170 | I |
| 171 | A, C |
| 176 | A, C, H |
| 178 | I |
| 181 | A, I |
| 190 | A |
| 191 | I |
| 192 | A, C |
| 197 | A |
| 215 | I |
| 218 | A, C |
| 221 | C |
| 244 | H |
| 248 | C |
| 258 | C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 278 | A, C |
| 282 | C |
| 294 | A, C |
| 297 | A |
| 302 | A |
| 304 | A, C |
| 306 | A, C |
| 307 | A, C |
| 308 | C |
| 316 | A, C |
| 317 | I |
| 321 | A, C |
| 322 | A, C |
| 324 | A, C |
| 325 | A, C |
| 328 | A, C |
| 330 | A |
| 331 | A, C |
| 332 | A |
| 334 | A |
| 336 | A, C |
| 339 | I |
| 340 | A, C |
| 343 | A |
| 345 | A, C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 348 | A, C |
| 350 | A |
| 353 | A, C |
| 354 | A, C |
| 357 | I |
| 358 | A, C |
| 361 | A, C |
| 362 | A |
| 364 | A, C |
| 366 | I |
| 368 | A, C |
| 369 | I |
| 371 | A, C |
| 372 | A, C |
| 373 | A, C |
| 376 | A, C |
| 377 | A, C |
| 378 | A, H |
| 379 | A, C |
| 380 | A |
| 381 | A, C |
| 382 | A, C |
| 386 | A, C |
| 388 | A |
| 389 | A |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 393 | A, C |
| 395 | A |
| 396 | A |
| 397 | A |
| 398 | A, C |
| 401 | A, C |
| 402 | A, C |
| 403 | A |
| 405 | A, C |
| 408 | A, C, H |
| 410 | A, C |
| 411 | A, C |
| 415 | A, C |
| 416 | I |
| 417 | A, C |
| 418 | A, C |
| 419 | A, C |
| 421 | A, C, H |
| 424 | A, C |
| 426 | A, C |
| 429 | A, C |
| 432 | A, C |
| 433 | A |
| 435 | A, C |
| 438 | A, C, H |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

## Defendant's List of Objections
## To Plaintiff's Exhibits

| PX Exhibit # | Objection Codes * |
|---|---|
| 445 | A |
| 450 | A, C |
| 451 | A, C |
| 453 | I |
| 454 | A, I, H |
| 455 | A, C |
| 458 | A, C, H |
| 463 | A, C |
| 467 | C, I |
| 469 | C |
| 471 | C |
| 472 | A, C |
| 473 | A, C |
| 474 | A, C |
| 475 | A, H, I |
| 477 | A, C, H |
| 478 | A, C, H |
| 480 | A, C |
| 483 | A, C, H |
| 484 | A, C, H |
| 488 | A, C |
| 490 | A, I |
| 491 | A, I |
| 494 | A, C |
| 498 | A, C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections
To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 507 | A, C |
| 513 | A, C |
| 515 | A, C |
| 517 | A |
| 518 | A, I |
| 523 | A, C, H |
| 524 | I |
| 530 | I |
| 531 | A |
| 532 | A |
| 537 | A, C |
| 538 | C |
| 548 | A, C |
| 552 | H, I |
| 558 | A, C |
| 563 | C |
| 565 | A, C |
| 567 | A |
| 569 | A |
| 570 | I |
| 573 | A, C, H |
| 576 | A |
| 578 | H |
| 586 | A |
| 588 | A |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 613 | H |
| 614 | A |
| 617 | A, C, H |
| 621 | H |
| 630 | A, C, H |
| 634 | A, C, H |
| 636 | F, H |
| 640 | A, C |
| 642 | A |
| 646 | A |
| 647 | A, C |
| 649 | I |
| 651 | I |
| 652 | A, C |
| 655 | A, C |
| 657 | A, C, H |
| 660 | A, C |
| 662 | A, C |
| 663 | A, C |
| 667 | A, C |
| 672 | C |
| 673 | C |
| 675 | A |
| 676 | C |
| 681 | A, C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

# Defendant's List of Objections
# To Plaintiff's Exhibits

| PX Exhibit # | Objection Codes * |
|---|---|
| 688 | H |
| 691 | A, C |
| 693 | A, C, H |
| 701 | A, C |
| 702 | A, C |
| 708 | I |
| 712 | A |
| 713 | A |
| 715 | A |
| 717 | A |
| 718 | A |
| 724 | A. C |
| 727 | A, H |
| 729 | A, C, H |
| 731 | H |
| 737 | A, C |
| 747 | A, C |
| 757 | A |
| 758 | H |
| 761 | A |
| 764 | A, C |
| 769 | A, C |
| 772 | C |
| 778 | I |
| 784 | C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 794 | A |
| 796 | A, C |
| 798 | C, I |
| 800 | A, I |
| 804 | A, C |
| 806 | I |
| 811 | A |
| 817 | C |
| 820 | A, C |
| 824 | I |
| 827 | A, C |
| 828 | A, C |
| 832 | A |
| 840 | A, C |
| 842 | A |
| 853 | A, C |
| 863 | A, C |
| 872 | A, C, H |
| 873 | A, C |
| 878 | C |
| 879 | C |
| 880 | A, C |
| 883 | A |
| 885 | A, C |
| 892 | A, C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 901 | A, C |
| 902 | A, C |
| 910 | A, C |
| 916 | A, C |
| 919 | A, C, H |
| 920 | A, C |
| 930 | A, C, H |
| 931 | A, C |
| 943 | A, C |
| 946 | A, C |
| 947 | A, C |
| 952 | A |
| 955 | A, C |
| 961 | A, C |
| 967 | A, C, H |
| 968 | A, C |
| 971 | A |
| 975 | A, C |
| 993 | A |
| 996 | A, C |
| 999 | I |
| 1005 | A, C |
| 1007 | A, I |
| 1009 | C |
| 1012 | A |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 1016 | A, C |
| 1017 | A, C, H |
| 1021 | A, C |
| 1022 | A, C, H |
| 1025 | A, C |
| 1026 | A, C |
| 1028 | A, C |
| 1030 | I |
| 1031 | A, C |
| 1033 | A, C |
| 1035 | A, C, H |
| 1039 | A, C |
| 1041 | A, C |
| 1043 | C |
| 1045 | A, C |
| 1053 | A, C |
| 1056 | A, C |
| 1058 | A, C |
| 1060 | I |
| 1061 | A, C, H |
| 1066 | A, I |
| 1067 | A |
| 1071 | A, C, H |
| 1072 | C |
| 1075 | A |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 1078 | A, C |
| 1081 | A, C |
| 1082 | A |
| 1083 | I |
| 1085 | A, C |
| 1089 | A, C |
| 1091 | A, I |
| 1092 | I |
| 1115 | H |
| 1118 | A, C |
| 1125 | H |
| 1126 | A, C |
| 1140 | A, C |
| 1142 | A |
| 1146 | I |
| 1151 | A |
| 1162 | A, C |
| 1168 | C |
| 1177 | A, C |
| 1180 | A |
| 1187 | C |
| 1188 | A |
| 1190 | I |
| 1199 | A |
| 1200 | A, C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 1206 | I |
| 1211 | A |
| 1212 | A |
| 1214 | A |
| 1225 | A, C |
| 1233 | A |
| 1234 | A |
| 1237 | C |
| 1241 | C |
| 1242 | C |
| 1243 | C |
| 1244 | A |
| 1246 | A |
| 1248 | C |
| 1253 | A |
| 1254 | A |
| 1255 | A |
| 1256 | A |
| 1257 | A |
| 1258 | A |
| 1259 | A |
| 1260 | A |
| 1261 | A |
| 1262 | A |
| 1263 | A |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**Defendant's List of Objections**
**To Plaintiff's Exhibits**

| PX Exhibit # | Objection Codes * |
|---|---|
| 1264 | A |
| 1265 | I |
| 1266 | A |
| 1267 | A |
| 1268 | A |
| 1269 | C |
| 1270 | C |
| 1271 | C |
| 1272 | A, C |
| 1275 | I |
| 1282 | I |
| 1292 | I |
| 1293 | I |
| 1296 | A |
| 1300 | I |
| 1301 | A |
| 1302 | A |
| 1307 | A |
| 1308 | A, I |
| 1314 | H |
| 1326 | A |
| 1328 | H |
| 1330 | A, C |
| 1331 | A, C |

**Objection Codes: A - Authenticity, C - Composite, H - Hearsay, and I - Incompleteness.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April 2007, a copy of the foregoing "DEFENDANT'S OBJECTIONS TO THE EXHIBITS IDENTIFIED BY PLAINTIFF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson