# In the United States Court of Federal Claims

No. 95-468C

(Filed: April 9, 2007)

****************************************** *
*
ASTORIA FEDERAL SAVINGS & LOAN *
ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On April 9, 2007, counsel for the parties contacted the Court to request approval to submit at trial the deposition testimony of former Fidelity Bank President Bruno Greco rather than have Mr. Greco testify in person. In a letter Plaintiff's counsel received during the week of April 2, 2007, Mr. Greco's physician stated that a courtroom appearance would pose an undue health risk to Mr. Greco, who is over 80 years old and in failing health.

For good cause shown, and with the concurrence of both parties, Mr. Greco's deposition testimony may be presented during the trial in lieu of live testimony.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge