# In the United States Court of Federal Claims

No. 95-468C

(Filed: April 12, 2007)

```
****************************************** *
                                           *
ASTORIA FEDERAL SAVINGS & LOAN             *
ASSOCIATION,                               *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

The Court has before it Plaintiff's March 29, 2007 addendum to its Motion for Leave to Amend its Exhibit List. Plaintiff seeks to add to its list of trial exhibits certain documents used in the December 2, 1998 common deposition of Dr. Richard Pratt, Chairman of the Federal Home Loan Bank Board from 1980 to 1983. Defendant has not filed a response to this motion, but Plaintiff states that Defendant does not object to the admission of Pratt Deposition Exhibits 2 through 5, 7, 9 through 20, 23 through 28 and 30.

For good cause shown, Plaintiff's motion to admit these exhibits is GRANTED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge