# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

## DEFENDANT'S MOTION TO AMEND ITS EXHIBIT LIST

Defendant, the United States, respectfully seeks leave to amend its exhibit list to address issues raised by the plaintiff in its objections to our exhibit list.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

Trial Attorneys

April 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2007, a copy of the foregoing "Defendant's Motion To Amend Its Exhibit List " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson