# EXHIBIT 1

Dechert LLP

1775 I Street, N.W.
Washington, DC 20006-2401
+1 202 261 3300 Main
+1 202 261 3333 Fax
www.dechert.com

CRAIG G. FALLS

craig.falls@dechert.com
+1 202 261 3373 Direct
+1 202 261 3333 Fax

April 30, 2007

**VIA E-MAIL AND HAND DELIVERY**

John H. Roberson, Esq.
U.S. Department of Justice
Civil Division – Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, D.C. 20530

Re: *Astoria Federal Savings & Loan Association v. United States*, No. 95-468C

Dear John:

Pursuant to the Court's Pretrial Order of September 19, 2006, we are providing you with two paper copies and a compact disc containing a PDF file of Plaintiff's Exhibits PDX 2-PDX 107. We intend to use these exhibits in our examination of Dr. Donald M. Kaplan on Thursday, May 03, 2007.

This letter will also be transmitted to you via e-mail with an electronic copy of the exhibits attached.

If you have any questions about the exhibits, please call Frank Eisenhart at (202) 261-3306 or me at (202) 261-3373.

Best regards,

Craig G. Falls

Enclosures

# Fidelity's Total Assets
## December 1979 to December 1994 (Millions)




*Source: Fidelity Thrift Financial Reports (PX 1321)*

PDX 4

# Interest Rates on One and Ten Year Treasury Securities and 30-Year Mortgages, 1977-1994




*Source: Federal Reserve Board of Governors, Statistical Release H.15, Selected Interest Rates; Federal Home Loan Mortgage Corporation (www.freddiemac.com)*

PDX 6

# Thrift Industry Earnings Traditionally Have Been Sensitive to Interest Rates

(OTS-Regulated Thrift Industry Net Income 1977 to 1994 (Millions))




*Source: OTS Fact Book (PX 1322)*

PDX 7

# Fidelity's Earnings, Like Those of the Thrift Industry, Were Affected by Interest Rates (Thousands)




*Source: Fidelity Thrift Financial Reports (PX 1321)*

PDX 8