# Summary of Damages
## (Millions)

| | Independent Fidelity No Merger | With Astoria Merger |
|---|---|---|
| Lost Profits: | | |
| Lost Profits on Forgone Assets 1989-1994 | 17.973 | 17.973 |
| Lost Profits on Forgone Assets 1995-2014 | 40.604 | 97.162 |
| Loss from Premature Sale of FHLMC Stock | 10.863 | 10.863 |
| Wounded Bank Costs | 1.432 | 1.432 |
| Total | $ 70.872 | $ 127.430 |

| | |
|---|---|
| Restitution: | |
| Avoided Liquidation Costs (Net) | $ 128.259 |
| Wounded Bank Costs | 1.432 |
| Total | $ 129.691 |
| Reliance: | |
| Investment in Suburbia (Net) | $ 140.416 |
| Wounded Bank Costs | 1.432 |
| Total | $ 141.848 |

*Source: Kaplan Report Exhibits 17 (revised), 18, 22 (PX 1314)*

PDX 9

# Suburbia's Capital Position Fell by $87 Million in Four Years (As of March 31, In Millions)




*Source: Suburbia Consolidated Financial Statements, 1980-1984 (PX 1286-1290)*

PDX 16

# Reconcilation of Suburbia's Net Worth
# Under Generally Accepted and Regulatory Accounting Standards
# March 31, 1984 (Thousands)

| | | Amount |
|---|---|---|
| 1 | Book Value Deficit Calculated Following GAAP | (57,679) |
| 2 | Deferred Losses on the Sales of Loans and Securities | 44,531 |
| 3 | Appraised Equity Capital | 5,078 |
| 4 | Net Worth Certificates | 9,525 |
| 5 | Miscellaneous Differences Between Suburbia's Books and GAAP | 1,876 |
| 6 | Regulatory Capital Reported to the FHLBB as of March 31, 1984 | 3,331 |
| 7 | Approximate Minimum Regulatory Net Worth Requirement as of March 31, 1984 | 19,200 |
| 8 | Net Worth Deficit Under Regulatory Accounting | (15,869) |
| 9 | Net Worth Deficit Under GAAP Accounting | (76,879) |

Notes:

*Lines 1, 2, 4 from Suburbia Consolidated Financial Statements (PX 1290)*
*Line 5 from Suburbia Consolidated Financial Statements (PX 1290 at 11)*
*Lines 3, 6 from March 31, 1984 Suburbia Thrift Financial Report (PX 1316)*
*Lines 7 equals 3% of total liabilities reported to the FHLBB as of March 31, 1984 (PX 1316)*

*Source: Suburbia Consolidated Financial Statements, March 31, 1984 (PX 1290); Surburbia Thrift Financial Report, March 31, 1984 (PX 1316)*

PDX 19

# Accounting for the Suburbia Acquisition
# Pro Forma as of March 31, 1984 (Thousands)

| | | Suburbia GAAP Book Value | Purchase Accounting Adjustments | Suburbia GAAP Market Value | Fidelity Book Value | Fidelity Plus Suburbia at Market Value | Plus: Contractual Benefits | Fidelity After Merger |
|---|---|---|---|---|---|---|---|---|
| | | (a) | (b) | (c)= a + b | (d) | (e) = c + d | (f) | (g) = e + f |
| 1 | Loans Receivable | 504,114 | (102,414) | 401,700 | 245,055 | 646,755 | - | 646,755 |
| 2 | Mortgage-Backed Securities | 20,355 | - | 20,355 | 70,499 | 90,854 | | 90,854 |
| 3 | Investments | 38,157 | - | 38,157 | 105,700 | 143,857 | 16,000 | 159,857 |
| 4 | FSLIC Capital Note | - | - | - | - | - | 9,175 | 9,175 |
| 5 | Goodwill | - | 160,093 | 160,093 | 24,309 | 184,402 | - | 184,402 |
| 6 | Other Assets | 23,529 | - | 23,529 | 23,826 | 47,355 | - | 47,355 |
| 7 | Total Assets | 586,155 | 57,679 | 643,834 | 469,389 | 1,113,223 | 25,175 | 1,138,398 |
| 8 | Deposits | 601,614 | - | 601,614 | 368,664 | 970,278 | - | 970,278 |
| 9 | Borrowed Money | 29,242 | - | 29,242 | 69,161 | 98,403 | - | 98,403 |
| 10 | Other Liabilities | 12,979 | - | 12,979 | 11,364 | 24,343 | - | 24,343 |
| 11 | Total Liabilities | 643,834 | - | 643,834 | 449,189 | 1,093,023 | - | 1,093,023 |
| 12 | FSLIC Net Worth Certificate | - | | | - | - | 9,175 | 9,175 |
| 13 | Retained Earnings | (57,679) | 57,679 | - | 20,200 | 20,200 | 16,000 | 36,200 |
| 14 | Total Net Worth (Capital) | (57,679) | - | | 20,200 | 20,200 | 25,175 | 45,375 |
| 15 | Total Liabilities and Net Worth | 586,155 | - | 643,834 | 469,389 | 1,113,223 | 25,175 | 1,138,398 |
| 16 | Capital Ratio (line 14/11) | -8.96% | | 0.00% | 4.50% | 1.85% | | 4.15% |

*Notes:*

*(b) Represents the net impact of the final purchase accounting adjustments determined after the acquisition was completed; no mark to market analysis of Suburbia as of March 31, 1984 was ever performed. Net purchase accounting adjustments of $102.414 million, shown in row 2 of column b, represent the difference between the final goodwill figure and the net worth deficit as of March 31, 1984.*

*Source:Suburbia Consolidated Financial Statements (PX 1290); Fidelity Thrift Financial Report (PX 1317), KPMG Workpapers (PX 569), (PX 1247 at KPMG 007084)*

PDX 22

# Suburbia Federal Savings and Loan Association
## Purchase Accounting Adjustments as of October 31, 1984
## (Thousands)

| | | Historical Amounts | Accounting Debit | Accounting Credit | Adjusted Amounts |
|---|---|---|---|---|---|
| 1 | First Mortgage Loans | 593,914 | 2,581 | 105,476 | 491,018 |
| 2 | Other Loans | 8,819 | - | - | 8,819 |
| 3 | Investments | 46,246 | - | 1,222 | 45,024 |
| 4 | Office Property and Equipment | 11,910 | - | - | 11,910 |
| 5 | Other assets | 23,309 | - | 1,128 | 22,181 |
| 6 | Deferred Losses | 43,788 | - | 43,788 | - |
| 7 | Goodwill | - | 162,037 | 2,581 | 159,457 |
| 8 | Total Assets | 727,987 | 164,618 | 154,196 | 738,409 |
| 9 | Deposits | 628,046 | - | 811 | 628,857 |
| 10 | FHLB Advances | 69,325 | - | 610 | 69,935 |
| 11 | Other Borrowed Money | 13,900 | - | - | 13,900 |
| 12 | Other Liabilities | 16,497 | - | 45 | 16,542 |
| 13 | Appraised Equity Capital | 5,012 | 5,012 | - | - |
| 14 | Net Worth Certificates | 9,175 | - | - | 9,175 |
| 15 | Net Worth | (13,968) | - | 13,968 | - |
| 16 | Total Liabilities | 727,987 | 169,630 | 169,630 | 738,409 |

Reconcilation to final goodwill amount:

| | |
|---|---|
| Goodwill from above | 159,457 |
| Add: Profits booked on Shoreham (PX 569 at KPMG 001667) | 300 |
| Add: Unrecoverable NYS facilities tax (PX 569 at KPMG 001667) | 337 |
| Final Goodwill Amount | 160,093 |

*Notes: (1) Deducting the deferred losses of $43.788 million (line 6) from deficit net worth of $13.968 (line 15) produces a book value deficit of $57.756 million.*
*(2) The addition of the appraised equity capital (line 13) and the net worth certificates (line 14) to the net worth deficit (line 15) produces a small positive RAP net worth of $0.219 million, exclusive of certain minor differences between RAP and GAAP income recognition.*

*Source: KPMG Audit Workpapers (PX 1247 at KPMG 007084, PX 569 at KPMG 001667)*

PDX 23

# Fidelity's Tangible Capital
# December 1984 to 1994 (Millions)




Source: *Fidelity Thrift Financial Reports (PX 1321)*

PDX 29