# Fidelity's Asset Growth Exceeded the Government's Projections (Millions)




*Source: Fidelity Thrift Financial Reports (PX 1321), Viability Analysis of September 6, 1984 (PX 210)*

PDX 30

# Fidelity's Earnings Exceeded the Government's Projections (Thousands)




*Source: Fidelity Thrift Financial Reports (PX 1321), Viability Analysis of September 6, 1984 (PX 210)*

PDX 31

# Fidelity's Capital Ratios Exceeded the Government's Projections




*Source: Fidelity Thrift Financial Reports (PX 1321); Viability Analysis of September 6, 1984 (PX 210)*

PDX 32

# Profitability - Net Income to Avg Assets, Fidelity Compared to All FSLIC-Regulated S&Ls, 1979-1988




| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fidelity | 0.66% | 0.36% | 0.09% | 0.72% | 1.37% | 0.87% | 1.82% | 1.46% | 0.51% | 0.51% | 0.88% |
| All S&Ls | 0.69% | 0.14% | -0.74% | -0.63% | 0.26% | 0.12% | 0.38% | 0.05% | -0.60% | -1.00% | -0.54% |

*Source: Fidelity Thrift Financial Reports (PX 1321); OTS Fact Book (PX 1322)*

PDX 33

# Financial Condition - Net Worth to Liabilities, Fidelity Compared to All FSLIC-Regulated S&Ls, 1979-1988




| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fidelity | 6.40% | 6.31% | 5.44% | 3.76% | 4.45% | 4.12% | 5.69% | 6.58% | 6.23% | 5.55% |
| All S&Ls | 5.70% | 5.36% | 4.23% | 3.73% | 4.22% | 2.83% | 3.27% | 3.56% | 2.97% | 3.62% |

*Source: Fidelity Thrift Financial Reports (PX 1321); Fidelity Internal Financial Reports, 1984 to 1988 (PX 306, 361, 386, 421, 463); OTS Fact Book (PX 1322)*

PDX 34

# Fidelity's Post-Acquisition Growth
# December 31, 1984 to 1988 (Millions)

## Total Assets




## Tangible Assets




## Deposit And Borrowing Growth




## Mortgage-Backed Securities (All Types)




PDX 35

Source: *Fidelity Thrift Financial Reports (PX 1321)*