# Impact of FIRREA on Fidelity's Regulatory Capital Calculated Pro Forma As of March 31, 1989 (Millions)




*Source: Fidelity Consolidated Financial Statements as of March 31, 1989 (PX 476 at 1 and 22]*

PDX 41

# Impact of FIRREA on Fidelity's Regulatory Capital Calculated Pro Forma As of March 31, 1989 (Thousands)

| *Line* | | 31-Mar-89 Audit |
|---|---|---|
| | **Pre-FIRREA Regulatory Capital:** | |
| *1* | Net Worth Under GAAP (per balance sheet, after restatement of Suburbia goodwill) | 54,994 |
| *2* | Additional Non-GAAP Contractual Supervisory Goodwill from Suburbia | 50,438 |
| *3* | Net Worth Certificates from Suburbia | 5,123 |
| *4* | General Valuation Allowances | 3,887 |
| *5* | Other Regulatory Items (deferred losses, loan fees and discounts) | 6,471 |
| *6* | Total Regulatory Capital | 120,913 |
| *7* | Regulatory Capital Requirement as of March 31, 1989 | 64,229 |
| *8* | Excess (Deficit) Pre-FIRREA Capital | 56,684 |
| | **OTS FIRREA Tangible Capital Requirement:** | |
| *9* | Net Worth Under GAAP | 54,994 |
| *10* | Less: GAAP Supervisory Goodwill (Suburbia & Dollar) | (100,591) |
| *11* | Tangible Capital (Deficit) | (45,597) |
| *12* | Tangible Capital Requirement (1.5% tangible assets) | 27,537 |
| *13* | Excess (Deficit) FIRREA Tangible Capital | (73,134) |
| | **OTS FIRREA Core Capital Requirement:** | |
| *14* | Tangible Capital (Deficit) | (45,597) |
| *15* | Plus: Qualifying Supervisory Goodwill (up to 1.5% tangible assets) | 27,537 |
| *16* | Total Core Capital (Deficit) | (18,060) |
| *17* | Core Capital Requirement (3% of tangible assets) | 55,074 |
| *18* | Excess (Deficit) FIRREA Core Capital (Deficit) | (73,134) |

*Source: Fidelity Consolidated Financial Statements as of March 31, 1989 (PX 476 at 1 and 22)*

PDX 42

# Fidelity's Regulatory Capital But For the Breach Calculated Pro Forma as of March 31, 1989 (Millions)




*Source: Fidelity Consolidated Financial Statements as of March 31, 1989 (PX 476 at 1 and 22]*

PDX 43

# Fidelity's Non-Breached Regulatory Capital Calculated Pro Forma as of March 31, 1989 (Thousands)

| *Line* | | 31-Mar-89 Breached | 31-Mar-89 But For |
|---|---|---|---|
| | **OTS FIRREA Tangible Capital Requirement:** | | |
| 1 | Net Worth Under GAAP (per balance sheet, after restatement of Suburbia goodwill) | 54,994 | 54,994 |
| 2 | Additional Contractual Supervisory Goodwill from Suburbia | - | 50,438 |
| 3 | Net Worth Certificates from Suburbia | - | 5,123 |
| 4 | Less: GAAP Supervisory Goodwill (Suburbia & Dollar) | (100,591) | (20,007) |
| 5 | Tangible Capital | (45,597) | 90,548 |
| 6 | Tangible Capital Requirement 1.5% tangible assets) | 27,537 | 28,746 |
| 7 | Excess (Deficit) Tangible Capital | (73,134) | 61,802 |
| 8 | Tangible Capital Ratio | -2.48% | 4.72% |
| | **OTS FIRREA Core Capital Requirement:** | | |
| 9 | Tangible Capital Surplus (Deficit) | (45,597) | 90,548 |
| 10 | Plus: Qualifying Supervisory Goodwill (up to 1.5% tangible assets) | 27,537 | 20,007 |
| 11 | Total Core Capital | (18,060) | 110,555 |
| 12 | Core Capital Requirement (3% of tangible assets) | 55,074 | 57,491 |
| 13 | Core Capital Surplus (Deficit) | (73,134) | 53,064 |
| 14 | Core Capital Ratio | -0.98% | 5.77% |
| | **OTS FIRREA Risk-Based Capital Requirement:** | | |
| 15 | Core Capital | (18,060) | 110,555 |
| 16 | Plus: General Valuation Allowances (if tangible capital is positive) | - | 3,887 |
| 17 | Total Risk-Based Capital | (18,060) | 114,442 |
| 18 | Risk-Based Capital Requirement (6.4% of risk-weighted assets) | 58,745 | 61,324 |
| 19 | Risk-Based Capital Surplus (Deficit) | (76,805) | 53,118 |
| 20 | Risk-Based Capital Ratio | -1.97% | 11.94% |

*Note: (18) Assumes risk-weighted assets were equal to 50% of unweighted total tangible assets; at 3/31/90 the ratio was 48%*

*Source: Fidelity Consolidated Financial Statements as of March 31, 1989 (PX 476 at 1 and 22]*

PDX 44

# Immediate Impact of FIRREA on Fidelity's Core Capital Absent the Breach December 31, 1989 (Millions)

| *Line* | | Amount | Amount Lost Immediately | Comment |
|---|---|---|---|---|
| *1* | Pre-FIRREA Regulatory Capital | $ 136.828 | | Calculated as $34.207 divided by 25% |
| 2 | Loan Discounts Recognized Prematurely under RAP | 2.266 | $ 2.266 | Not permanently lost; fully recognized under GAAP |
| 3 | Loan Fees Recognized Prematurely under RAP | 1.086 | 1.086 | Not permanently lost; fully recognized under GAAP |
| 4 | General Valuation Allowances | 4.010 | 4.010 | Counted toward the risk-based capital requirement |
| 5 | Deferred Loan Losses | 2.851 | 2.851 | Eliminated immediately instead of over the following 4 years |
| 6 | Net Worth Certificates | 4.664 | - | Contractual; in December 1990, Fidelity received a cash buyout for $3.0 million, plus $0.7 million of interest forgiveness |
| 7 | Dollar Federal Goodwill | 19.330 | - | Includable in core capital pursuant to the phase-out through 1994 |
| 8 | Total | $ 34.207 | $ 10.213 | |
| 9 | Percent of Regulatory Capital | 25% | 7% | |

*Source: Defendant's Memorandum of Contentions of Fact and Law, March 15, 2007*

PDX 45

# Absent the Breach, Most of the Dollar Federal Goodwill Would Have Counted as Core and Risk-Based Capital Through 1994 (Dollar Amounts in Millions)

| | As of | For the Year Ended | | | | |
|---|---|---|---|---|---|---|
| | Dec-89 | Dec-90 | Dec-91 | Dec-92 | Dec-93 | Dec-94 |
| **No Asset Growth 1989-1994:** | | | | | | |
| Tangible Assets | 1,847 | 1,847 | 1,847 | 1,847 | 1,847 | 1,847 |
| Maximum SGW Includable in Core Capital: | | | | | | |
| Percent of Tangible Assets | 1.500% | 1.500% | 1.500% | 1.000% | 0.750% | 0.375% |
| Maximum Amount | 28 | 28 | 28 | 18 | 14 | 7 |
| Dollar Federal Goodwill Outstanding (1) | 19 | 18 | 17 | 16 | 15 | 14 |
| Dollar Federal Goodwill Deducted from Capital | - | - | - | - | (2) | (8) |
| **But For Asset Growth 1989-1994:** | | | | | | |
| Non-breached Tangible Assets | 1,919 | 2,077 | 2,248 | 2,433 | 2,634 | 2,542 |
| Maximum SGW Includable in Core Capital: | | | | | | |
| Percent of Tangible Assets | 1.500% | 1.500% | 1.500% | 1.000% | 0.750% | 0.375% |
| Maximum Amount | 29 | 31 | 34 | 24 | 20 | 10 |
| Dollar Federal Goodwill Outstanding (1) | 19 | 18 | 17 | 16 | 15 | 14 |
| Dollar Federal Goodwill Deducted from Capital | - | - | - | - | - | (5) |

*(1) Based on starting balance of $19,326,203 and 20-year amortization factor of $978,827 per year, that reflected the 20-year FIRREA amortization requirement (KPMG 1990 Work Papers, PX 576 at KPMG 001676)*

*Source: Kaplan Report, Exhibit 9 (Revised), (PX 1314); KPMG 1990 Workpaper (PX 576)*

PDX 46