# Fidelity's Regulatory Capital
# As of December 31, 1989 (Thousands)

| *Line* | | Amount | Ratio |
|---|---|---|---|
| | **OTS FIRREA Tangible Capital Requirement:** | | |
| *1* | Net Worth Under GAAP | 63,316 | 3.46% |
| *2* | Less: GAAP Supervisory Goodwill | (93,002) | -5.08% |
| *3* | Tangible Capital (Deficit) | (29,686) | -1.62% |
| *4* | Tangible Capital Requirement | 27,456 | 1.50% |
| *5* | Excess (Deficit) Tangible Capital | (57,142) | -3.12% |
| | **OTS FIRREA Core Capital Requirement:** | | |
| *6* | Tangible Capital (Deficit) | (29,686) | -1.62% |
| *7* | Plus: Qualifying Supervisory Goodwill | 27,456 | 1.50% |
| *8* | Total Core Capital (Deficit) | (2,230) | -0.12% |
| *9* | Core Capital Requirement | 54,912 | 3.00% |
| *10* | Core Capital (Deficit) | (57,142) | -3.12% |
| | **OTS FIRREA Risk-Based Capital Requirement:** | | |
| *11* | Core Capital (Deficit) | (2,230) | -0.24% |
| *12* | Plus: Supplementary Capital | - | 0.00% |
| *13* | Plus: Qualifying Supervisory Goodwill | - | 0.00% |
| *14* | Total Risk-Based Capital (Deficit) | (2,230) | -0.24% |
| *15* | Risk-Based Capital Requirement | 59,271 | 6.40% |
| *16* | Risk-Based Capital (Deficit) | (61,501) | -6.64% |

*Note:*
*Line 12 - Fidelity initially was not eligible to count general valuation allowances as supplementary risk-based capital because it had negative core capital.*

*Source: Capital Restoration Plan (PX 534 at AST0705451)*

PDX 51

# Projected and Required Levels of the Tangible Component of Core Capital (Percent of Assets)




*Source: Capital Restoration Plan (PX 534)*

PDX 52




*Source: Fidelity Thrift Financial Reports (PX 1321); OTS Fact Book (PX1322 ); Fidelity's capital ratio at 12/31/89 is as of 3/31/90*

PDX 53

# Fidelity's Core Capital Ratio Compared to All U.S. Thrifts As of December 31, 1989 to 1994




Source: *Fidelity Thrift Financial Reports (PX 1321); OTS Fact Book (PX1322 ); Fidelity's capital ratio at 12/31/89 is as of 3/31/90*

PDX 54

# Fidelity's FIRREA Capital Ratios Compared to All U.S. Thrifts
# As of December 31, 1989 to December 31, 1994

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 |
|---|---|---|---|---|---|---|
| Tangible Capital: | | | | | | |
| Fidelity | -1.50% | -0.77% | 0.16% | 1.45% | 4.90% | 5.23% |
| All Thrifts | 3.11% | 3.94% | 4.99% | 6.21% | 6.88% | 7.08% |
| Core Capital: | | | | | | |
| Fidelity | 0.00% | 0.73% | 1.66% | 2.45% | 5.46% | 5.60% |
| All Thrifts | 3.83% | 4.27% | 5.27% | 6.43% | 7.08% | 7.12% |
| Risk-Based Capital: | | | | | | |
| Fidelity | -0.01% | 2.62% | 5.25% | 7.78% | 18.26% | 18.95% |
| All Thrifts | 7.19% | 8.49% | 10.16% | 13.28% | 14.64% | 14.79% |

Source: *Fidelity Thrift Financial Reports (PX 1321); OTS Fact Book (PX 1322); Fidelity's capital ratio at 12/31/89 is as of 3/31/90*

PDX 55

# Profitability - Net Income to Average Assets, 1989 to 1993, Fidelity Compared to All Thrifts




*Source: Fidelity Thrift Financial Reports (PX 1321); OTS Fact Book (PX 1322)*

PDX 56