# Asset Quality - Fidelity Compared to all Thrifts 1989 to 1993 (Dollar Amounts in Millions)

(Troubled Assets as a Percentage of Total Assets, Fidelity versus All U.S. at Dec. 31)




*Troubled Assets consist of accrual and non-accrual loans 90 days or more past due and real estate acquired through foreclosure*

*Source: Fidelity 1993 Annual Report (PX 1048 at 20); 9/30/94 10Q (PX 1148 at 14); OTS 1998 Fact Book (PX 1322, Table 5.1). Fidelity ratios for 1989-1991 are as of March 31, 1990-1992; 1994 data are as of September 30, 1994*

PDX 57

# Post-Conversion Operations

- Fidelity resumed growing its asset base following the conversion, but had no meaningful cushion above FDICIA well-capitalized standard, limiting operating and strategic options
  - Absent the breach, Fidelity would have had higher capital, higher earnings, and more choices
- Fidelity entered into preliminary discussions to acquire a New York thrift, but was limited in what it could offer by its financial condition
  - Absent the breach, Fidelity would have been viable as an acquirer of other thrifts or branch offices
- Fidelity assessed its longer-term strategic options and elected to enter into negotiations to be acquired as the best strategy to maximize stockholder value
  - The conversion proceeds did not fully mitigate the loss of supervisory goodwill
- On July 13, 1994, Fidelity agreed to be acquired by Astoria Financial Corporation for $29 per share in cash
  - Absent the breach, Fidelity would have been an even more attractive acquisition candidate, but would have had the ability to do so when it chose and on more favorable terms
  - Absent the breach, Fidelity might be still be operating as an independent company

PDX 59

# Fidelity's Projected Non-Breached Growth Rates
# 1988 Three Year Plan, Updated Jan 17, 1989
# (Millions)

| | Total Assets | Total Assets Quarterly Growth Rate | Goodwill & Regulatory Intangibles | Tangible Assets | Tangible Assets Quarterly Growth Rate |
|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) = (a) - (c) | (e) |
| Dec-88 | 2,020 | | 154 | 1,866 | |
| Mar-89 | 2,039 | 0.96% | 152 | 1,887 | 1.12% |
| Jun-89 | 2,084 | 2.21% | 151 | 1,934 | 2.47% |
| Sep-89 | 2,111 | 1.28% | 149 | 1,962 | 1.45% |
| Dec-89 | 2,109 | -0.08% | 148 | 1,962 | -0.01% |
| Mar-90 | 2,149 | 1.88% | 146 | 2,003 | 2.10% |
| Jun-90 | 2,197 | 2.26% | 144 | 2,053 | 2.50% |
| Sep-90 | 2,245 | 2.15% | 143 | 2,102 | 2.38% |
| Dec-90 | 2,298 | 2.36% | 141 | 2,156 | 2.60% |
| Mar-91 | 2,347 | 2.13% | 140 | 2,207 | 2.34% |
| Jun-91 | 2,398 | 2.20% | 138 | 2,260 | 2.40% |
| Sep-91 | 2,451 | 2.21% | 137 | 2,314 | 2.41% |
| Dec-91 | 2,503 | 2.10% | 135 | 2,367 | 2.29% |
| Annual Growth Rates: | | | | | |
| 1989 | | 4.42% | | | 5.10% |
| 1990 | | 8.94% | | | 9.92% |
| 1991 | | 8.92% | | | 9.78% |
| 1989-1991 (compound annual) | | 7.41% | | | 8.25% |

*Note:*
(c) Regulatory accounting, includes capital credit and 30-year amortization

*Source: Fidelity New York Budget Model (PX 463 at AST0703570-87)*

PDX 65

# Composition of Earning Assets 1988 to 1994 (Millions)




*Source: Fidelity Consolidated Financial Statements 1988-1994 (PX 476, 707, 887, 949, DX 1199, PX 1323); Investment Committee Report Schedules 1988-1994*

PDX 67

# Composition of Funding Sources 1988 to 1994 (Millions)




*Source: Fidelity Consolidated Financial Statements, 1988-1994 (PX 476, 707, 887, 949, DX 1199, PX 1323)*

PDX 68

# Fidelity New York, FSB
## Wholesale Spreads - All MBS Less All Borrowings

| | Yield on All MBS(a) | Cost of All Borrowings(b) | Yield-Cost Spread |
|---|---|---|---|
| 12 Mths ended Mar. 1990 (c) | 8.79% | 9.09% | -0.30% |
| 12 Mths ended Mar. 1991 | 9.13% | 8.26% | 0.87% |
| 12 Mths ended Mar. 1992 | 8.15% | 6.34% | 1.81% |
| 9 Mths ended Dec. 1992 | 6.56% | 5.20% | 1.36% |
| 12 Mths ended Dec. 1993 | 5.56% | 4.71% | 0.85% |
| 9 Mths ended Sep. 1994 | 5.38% | 4.60% | 0.78% |
| 3 Mths ended Dec. 1994 | 5.82% | 5.51% | 0.31% |
| Average Spread(d) | | | 0.91% |

*Notes:*

*(a) Interest income, including amortization of premiums and discounts on all types of mortgage-backed securities, fixed and adjustable rate, divided by the monthly average balances of such securities outstanding during the periods. Excludes gains or losses on the sale of securities.*

*(b) Interest expense on all types of borrowings, short-term repurchase agreements, short and long-term FHLB advances, and other borrowings outstanding divided by the monthly average balances of such borrowings outstanding during the periods.*

*(c) Yields and costs calculated from 1990 audited financials, using beginning and end of year balances*

*(d) Weighted by the number of months in each period, except for the period ended March 31, 1990, which is weighted for 9 months*

*Sources: Exhibit 8A (Revised) (PX 1314); PX 1291; PX 980 at 57-58, PX 1250 at 14, September 30, 1994 10Q at 10 (PX 1148), and December 31, 1994 Quarterly Financials (PX 1315)*

PDX 71