# Fidelity's Yield on Adjustable Rate Securities Compared to Cost of Borrowings, Jul 1989-Dec 1994




*Note: Fidelity's rates on ARM MBS are weighted by principal balances including premiums; actual rates paid on reverse repos; advance rates from FHLB Des Moines*

*Source: Fidelity Monthly Investment Comittee Report Schedules, 1989-1994; FHLB of Des Moines (www.fhlbdm.com/rg_history.htm)*

PDX 72

# Fidelity's Spread on Adjustable Rate Securities Compared to Cost of Borrowings, Jul 1989-Dec 1994




*Note: Fidelity's rates on ARM MBS are weighted by principal balances including premiums; actual rates paid on reverse repos; advance rates from FHLB Des Moines*

*Source: Fidelity Monthly Investment Comittee Report Schedules, 1989-1994; FHLB of Des Moines (www.fhlbdm.com/rg_history.htm)*

PDX 73

# Adjustable Rate Mortgage-Backed Securities Portfolio
# August 1988 to December 1994 (Millions)




*Source: Fidelity Investment Committee Report Schedules, 1988-1994*

PDX 74

# Fidelity's Monthly Sales of Adjustable Rate MBS 1989-1992 (Millions)




*Source: Fidelity Investment Committee Report Schedules, 1989-1994*

PDX 75

# Fidelity's Cumulative Sales of Adjustable Rate MBS 1989-1992 (Millions)




*Source: Fidelity Investment Committee Report Schedules, 1989-1994*

PDX 76

# Borrowed Funds Ratios at Selected U.S. Thrift Institutions As of December 31, 1994 (Millions)

| | Institution | City | State | Total Assets | Total Deposits | Total Borrowings | Borrowings/ Assets |
|---|---|---|---|---|---|---|---|
| | Fidelity: | | | | | | |
| | Actual | Floral Park | NY | 1,919 | 1,092 | 708 | 37% |
| | Non-Breached(1) | | | 2,643 | 1,092 | 1,333 | 50% |
| 1 | New West FS&LA | Stockton | CA | 1,686 | 0 | 1,682 | 100% |
| 2 | ITT Federal Bank, FSB | Newport Beach | CA | 4,273 | 516 | 3,553 | 83% |
| 3 | Fifth Third SB of Western KY | Louisville | KY | 325 | 31 | 238 | 73% |
| 4 | Plaza Home Mtg Bank, A FSB | Santa Ana | CA | 662 | 197 | 436 | 66% |
| 5 | First Federal of Michigan | Detroit | MI | 8,384 | 2,724 | 5,079 | 61% |
| 6 | Bluebonnet Savings Bank FSB | Dallas | TX | 3,121 | 1,084 | 1,775 | 57% |
| 7 | Pocahontas FS&LA | Pocahontas | AR | 322 | 109 | 182 | 57% |
| 8 | Heritage S&LA | St George | UT | 148 | 23 | 76 | 52% |
| 9 | USAA FSB | San Antonio | TX | 4,770 | 1,698 | 2,465 | 52% |
| 10 | Bank of America, FSB | Portland | OR | 4,479 | 1,613 | 2,264 | 51% |
| | **Fidelity-Non-breached** | **Floral Park** | **NY** | **2,643** | **1,092** | **1,333** | **50%** |
| 11 | Standard Pacific Savings, FA | Newport Beach | CA | 424 | 188 | 207 | 49% |
| 12 | Glendale Federal Bank, FSB | Glendale | CA | 15,687 | 7,003 | 7,662 | 49% |
| 13 | Local Federal Bank, FSB | Oklahoma City | OK | 2,429 | 1,081 | 1,152 | 47% |

*(1) Total assets equal actual assets plus incremental assets of $625 million plus contractual goodwill of $98.8 million.*
*Total borrowings equal actual borrowings plus additional borrowings equal to the incremental assets of $625 million.*

*Source: Kaplan Report Exhibit Borrowed Funds Ratios (PX 1314); Fidelity Consolidated Financial Statements at Dec 31, 1994 (PX 1323); Kaplan Report Exhibit 9-revised (PX 1314), and Sheshunoff Information Services*

PDX 78