# Lost Profits Damages Before Astoria Merger (Millions)
# July 1, 1989 to December 31, 1994

| | Ending Balance Total Tangible Assets Actual | Ending Balance Total Tangible Assets Non-Breach | Forgone | Average Balance Forgone Assets | Return on Forgone Assets | Lost Profits on Forgone Assets |
|---|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) | (e) | (f) |
| Dec-88 | 1,846 | | | | | |
| Mar-89 | 1,850 | | | | | |
| Jun-89 | 1,844 | 1,844 | - | - | 0.80% | - |
| Sep-89 | 1,820 | 1,881 | 62 | 31 | 0.80% | 0.062 |
| Dec-89 | 1,847 | 1,919 | 72 | 67 | 0.80% | 0.134 |
| Mar-90 | 1,814 | 1,957 | 143 | 107 | 0.80% | 0.215 |
| Jun-90 | 1,825 | 1,996 | 171 | 157 | 0.80% | 0.314 |
| Sep-90 | 1,830 | 2,036 | 206 | 189 | 0.80% | 0.377 |
| Dec-90 | 1,835 | 2,077 | 242 | 224 | 0.80% | 0.448 |
| Mar-91 | 1,846 | 2,119 | 273 | 257 | 0.80% | 0.515 |
| Jun-91 | 1,856 | 2,161 | 304 | 289 | 0.80% | 0.577 |
| Sep-91 | 1,854 | 2,204 | 350 | 327 | 0.80% | 0.655 |
| Dec-91 | 1,857 | 2,248 | 391 | 370 | 0.80% | 0.741 |
| Mar-92 | 1,867 | 2,293 | 426 | 409 | 0.80% | 0.817 |
| Jun-92 | 1,861 | 2,339 | 478 | 452 | 0.80% | 0.904 |
| Sep-92 | 1,862 | 2,386 | 524 | 501 | 0.80% | 1.002 |
| Dec-92 | 1,853 | 2,433 | 581 | 552 | 0.80% | 1.104 |
| Mar-93 | 1,835 | 2,482 | 647 | 614 | 0.80% | 1.227 |
| Jun-93 | 1,858 | 2,532 | 673 | 660 | 0.80% | 1.320 |
| Sep-93 | 1,954 | 2,582 | 629 | 651 | 0.80% | 1.302 |
| Dec-93 | 2,007 | 2,634 | 627 | 628 | 0.80% | 1.256 |
| Mar-94 | 2,062 | 2,687 | 625 | 626 | 0.80% | 1.252 |
| Jun-94 | 1,983 | 2,608 | 625 | 625 | 0.80% | 1.250 |
| Sep-94 | 1,983 | 2,608 | 625 | 625 | 0.80% | 1.250 |
| Dec-94 | 1,917 | 2,542 | 625 | 625 | 0.80% | 1.250 |
| **Total** | | | | | | $ 17.973 |

*(a) From Thrift Financial Reports*
*(b) Assumes 8% annual growth rate (2% per quarter) through March 1994, actual dollar change in assets thereafter*
*(c) Column (b) minus (a).*
*(d) Average balance of column (c)*
*(e) Annual rate.*
*(f) Columns (d) times (e) divided by four (quarterly).*

PDX 79

*Source: Kaplan Report Exhibit 9 (Revised) (PX 1314)*

# VII. Lost Profits Damages After 1994

- Absent the breach, if Fidelity had not been acquired by Astoria, it would have continued to use its goodwill capital to support the incremental ARM MBS portfolio, which would decline steadily as the goodwill was amortized.
  - As of December 31, 1994, Fidelity would have had incremental assets of $625 million and remaining contractual goodwill of $98.7 million, a leverage percentage of 15.8%, i.e., $1 dollar of SGW would support $6.30 of assets.
  - Fidelity would have continued to earn a spread of at least 80 basis points to incremental assets.
  - The amount of that portfolio directly supported by the remaining contractual goodwill would diminish in size as the contractual goodwill was amortized.
- Absent the breach, if Astoria still purchased Fidelity:
  - Astoria would have acquired Fidelity's profitable $625 million wholesale asset portfolio, in addition to the Fidelity assets and liabilities it did acquire.
  - Astoria would have used its ample capital position to increase the size of the portfolio from $625 million to $963 million, based on its actual balance sheet leverage ratio.
  - Astoria would have earned at least the same 80 b.p. spread that Fidelity would have earned.
  - The amount of that portfolio directly supported by the remaining contractual goodwill would diminish in size as the contractual goodwill was amortized.
  - If Astoria chose to use the additional regulatory capital for other purposes, the economic conclusion would be that such purposes had a value equal to or greater than the forgone return of maintaining the wholesale portfolio.

PDX 81

# Lost Profits Damages - Independent Fidelity, No Merger 1995 to 2014 (Dollars in Millions)

| Calendar Year | Contractual Goodwill And Capital Credit Ending Balance | Average Balance | Leverage Ratio | Forgone Earning Assets | Return on Forgone Assets | Lost Profits on Forgone Assets | Present Value of Lost Profits 10.50% |
|---|---|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) |
| 1994 | 98.783 | | | | | | |
| 1995 | 93.802 | 96.293 | 15.8% | 513 | 0.80% | 4.105 | 4.105 |
| 1996 | 88.821 | 91.312 | 15.8% | 487 | 0.80% | 3.893 | 3.893 |
| 1997 | 83.840 | 86.331 | 15.8% | 460 | 0.80% | 3.681 | 3.681 |
| 1998 | 78.859 | 81.350 | 15.8% | 434 | 0.80% | 3.468 | 3.468 |
| 1999 | 73.878 | 76.369 | 15.8% | 407 | 0.80% | 3.256 | 3.256 |
| 2000 | 68.897 | 71.388 | 15.8% | 380 | 0.80% | 3.043 | 3.043 |
| 2001 | 63.916 | 66.407 | 15.8% | 354 | 0.80% | 2.831 | 2.831 |
| 2002 | 58.935 | 61.426 | 15.8% | 327 | 0.80% | 2.619 | 2.619 |
| 2003 | 53.954 | 56.445 | 15.8% | 301 | 0.80% | 2.406 | 2.406 |
| 2004 | 48.973 | 51.464 | 15.8% | 274 | 0.80% | 2.194 | 2.194 |
| 2005 | 43.992 | 46.483 | 15.8% | 248 | 0.80% | 1.982 | 1.982 |
| 2006 | 39.011 | 41.502 | 15.8% | 221 | 0.80% | 1.769 | 1.769 |
| 2007 | 34.030 | 36.521 | 15.8% | 195 | 0.80% | 1.557 | 1.557 |
| | **Total Through 2007** | | | | | **36.804** | **36.804** |
| 2008 | 29.049 | 31.540 | 15.8% | 168 | 0.80% | 1.345 | 1.217 |
| 2009 | 24.068 | 26.559 | 15.8% | 142 | 0.80% | 1.132 | 0.927 |
| 2010 | 19.087 | 21.578 | 15.8% | 115 | 0.80% | 0.920 | 0.682 |
| 2011 | 14.106 | 16.597 | 15.8% | 88 | 0.80% | 0.708 | 0.475 |
| 2012 | 9.125 | 11.616 | 15.8% | 62 | 0.80% | 0.495 | 0.301 |
| 2013 | 4.144 | 6.635 | 15.8% | 35 | 0.80% | 0.283 | 0.155 |
| 2014 | - | 2.072 | 15.8% | 11 | 0.80% | 0.088 | 0.044 |
| | **Total After 2007** | | | | | **4.971** | **3.800** |
| | **Grand Total** | | | | | | **$ 40.604** |

*(a) See Exhibit 15*
*(b) Average balance of column (a)*
*(c) Equals Fidelity's remaining contractual goodwill of $98.783 million divided by forgone assets of $625 million (December 31, 1994) from Exhibits 9R & 15*
*(d) Column (b) divided by (c) minus (b) (goodwill is a nonbearing asset).*
*(f) ROAA times column (d)*
*(g) Column (f) discounted at 10.5% for the period after the year 2007.*

*Source: Kaplan Report Exhibit 16B (PX 1314)*

PDX 83

# Summary of Lost Earnings
## (Millions)

| | Independent Fidelity No Merger | With Astoria Merger |
|---|---|---|
| Lost Earnings: | | |
| Lost Profits on Forgone Assets 1989-1994 | $ 17.973 | $ 17.973 |
| Lost Profits on Forgone Assets 1995-2014 | 40.604 | 97.162 |
| Total | $ 58.577 | $ 115.135 |

*Source: Kaplan Report Exhibit 17 (revised) (PX 1314)*

PDX 86

# Total Lost Profits Damages
# (Dollars in Millions)

| | Independent Fidelity No Merger | Assuming Astoria Merger |
|---|---|---|
| Lost Earnings (1989-1994) *(Exhibit 9-Revised)* | $ 17.973 | $ 17.973 |
| Lost Earnings (1995-2014) *(Exhibits 16, 16-B)* | 40.604 | 97.162 |
| Total Lost Earnings | 58.577 | 115.135 |
| Wounded Bank Damages *(Exhibits 10 & 11)* | 1.432 | 1.432 |
| Loss from Premature FHLMC Stock Sale *(Exhibit 12)* | 10.863 | 10.863 |
| Total | 12.295 | 12.295 |
| Total Lost Profits | $ 70.872 | $ 127.430 |

*Source: Kaplan Report Exhibit 17 (Revised) (PX 1314)*

PDX 95

# Summary of Damages
## (Millions)

| | Independent Fidelity No Merger | With Astoria Merger |
|---|---|---|
| Lost Profits: | | |
| Lost Profits on Forgone Assets 1989-1994 | 17.973 | 17.973 |
| Lost Profits on Forgone Assets 1995-2014 | 40.604 | 97.162 |
| Loss from Premature Sale of FHLMC Stock | 10.863 | 10.863 |
| Wounded Bank Costs | 1.432 | 1.432 |
| Total | $ 70.872 | $ 127.430 |

| | |
|---|---|
| Restitution: | |
| Avoided Liquidation Costs (Net) | $ 128.259 |
| Wounded Bank Costs | 1.432 |
| Total | $ 129.691 |
| Reliance: | |
| Investment in Suburbia (Net) | $ 140.416 |
| Wounded Bank Costs | 1.432 |
| Total | $ 141.848 |

*Source: Kaplan Report Exhibits 17 (revised), 18, 22 (PX 1314)*

PDX 107