# In the United States Court of Federal Claims

No. 95-468C

(Filed: June 6, 2007)

```
**************************************** *
                                         *
ASTORIA FEDERAL SAVINGS &                *
LOAN ASSOCIATION,                        *
                                         *
                 Plaintiffs,             *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                 Defendant.              *
                                         *
**************************************** *
```

ORDER REGARDING POST-TRIAL
<u>BRIEFS AND ORAL ARGUMENT</u>

The Court concluded the trial on June 6, 2007, and closed the evidentiary record. As agreed with counsel at the close of trial, the post-trial briefing schedule shall be as follows:

1. Opening briefs from both parties shall be due within 60 days, on or before August 6, 2007.

2. Response briefs from both parties may be filed within 60 days thereafter, on or before October 5, 2007.

3. Oral argument will be scheduled shortly after response briefs are filed, on a date mutually agreeable to counsel for the parties.

The parties may organize their briefs as they desire, but the Opening Brief should include a Summary of Argument, Issues Presented, Proposed Findings of Fact, and Argument with applicable case law discussion. The Proposed Findings of Fact should include supporting transcript and exhibit citations. The transcript citations should include the name

of the witness, the page number(s), and the line numbers, such as (Vigna, Tr. 1243, lines 14-23). For multi-page exhibits, the exhibit citation should include a page number, and if applicable, a section description. The parties may, but are not required to, include in their briefings hyperlinks to PDF versions of the exhibits.

The parties should submit an electronic courtesy copy of each brief to the undersigned, preferably on a disk in Word Perfect 12 format. No page limitations will apply to the briefs. As the evidentiary record is closed, no attachments to the briefs are permitted.

The Court expects counsel to meet the briefing schedule set forth herein. Time extensions will not be granted absent a showing of unforeseen circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge