IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 95-468C (Judge Thomas C. Wheeler) |

**JOINT ADMITTED EXHIBIT LIST**

Consistent with the Court's instructions from the bench on June 6, 2007, Plaintiff hereby submits a joint exhibit list on behalf of both parties. The list has been reviewed and approved by both Plaintiff and Defendant.

As the Court requested, the list contains the following information: exhibit number; the witness through whom the exhibit was admitted; the date admitted; certain commentary, such as when a document was admitted for a limited purpose; and identification of which party offered the exhibit.

/s/ Frank J. Eisenhart

Frank J. Eisenhart
Counsel of Record
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Dechert LLP
1775 I Street, NW
Washington, DC 20006

June 8, 2007

Attorneys for Plaintiff
*Astoria Federal Savings & Loan Association*

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2007, a copy of the foregoing **Joint Admitted Exhibit List** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart

June 8, 2007

**_Astoria Federal v. United States_**

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

* Several exhibits were admitted more than once. This list records only the first admission of each exhibit.

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| DX 5 | Kaplan | 5/11/2007 | | Defendant | 3526 |
| DX 6 | Engelke | 5/17/2007 | | Defendant | 4447 |
| DX 19 | Engelke | 5/23/2007 | | Defendant | 5274 |
| DX 32 | Engelke | 5/17/2007 | | Defendant | 4522 |
| DX 34 | Kaplan | 5/11/2007 | | Defendant | 3627 |
| DX 63 | Lovely | 4/30/2007 | | Defendant | 1684 |
| DX 69A | Powderly | 4/24/2007 | | Defendant | 685-686 |
| DX 73 | Powderly | 4/24/2007 | | Defendant | 786 |
| DX 75 | Powderly | 4/24/2007 | | Defendant | 791 |
| DX 78 | Powderly | 4/23/2007 | | Plaintiff | 404 |
| DX 84 | Powderly | 4/25/2007 | | Defendant | 857 |
| DX 86 | Powderly | 4/25/2007 | | Defendant | 863 |
| DX 108 | Powderly | 4/25/2007 | | Defendant | 886 |
| DX 144 | Wesp | 5/2/2007 | | Defendant | 2094 |
| DX 197 | Stearns | 5/15/2007 | | Defendant | 3941 |
| DX 216 | Engelke | 5/17/2007 | | Defendant | 4514 |
| DX 219 | Engelke | 5/17/2007 | | Defendant | 4506-07 |
| DX 221 | Engelke | 5/17/2007 | | Defendant | 4516 |
| DX 233 | Amend | 5/18/2007 | | Defendant | 4695-96 |
| DX 236 | Amend | 5/18/2007 | | Defendant | 4699 |
| DX 241 | Amend | 5/18/2007 | | Defendant | 4701 |
| DX 244 | Amend | 5/18/2007 | | Defendant | 4702 |
| DX 246 | Amend | 5/18/2007 | | Defendant | 4704 |
| DX 249 | Amend | 5/16/2007 | | Defendant | 4230-31 |
| DX 251A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 252A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 253 | Finn | 5/15/2007 | | Plaintiff | 4038-39 |
| DX 254A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 254B | Engelke | 5/17/2007 | | Defendant | 4433, 4541-42 |
| DX 255A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 256B | Engelke | 5/17/2007 | | Defendant | 4457, 4541-42 |
| DX 257A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 257B | Engelke | 5/17/2007 | | Defendant | 4459, 4541-42 |
| DX 258A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 259A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 259B | Engelke | 5/17/2007 | | Defendant | 4464, 4541-42 |
| DX 260A | Engelke | 5/17/2007 | | Defendant | 4541-42 |
| DX 269 | Kaplan | 5/11/2007 | | Defendant | 3636 |
| DX 273 | Kaplan | 5/14/2007 | | Defendant | 3669 |
| DX 277 | Kaplan | 5/11/2007 | | Defendant | 3640 |
| DX 281 | Kaplan | 5/11/2007 | | Defendant | 3642 |
| DX 285 | Engelke | 5/17/2007 | | Defendant | 4576-77 |
| DX 289 | Kaplan | 5/14/2007 | | Defendant | 3699 |
| DX 294 | Vigna | 4/27/2007 | | Defendant | 1525 |
| DX 355A | Lovely | 5/1/2007 | | Defendant | 1818 |
| DX 362A | Vigna | 4/26/2007 | | Plaintiff | 1253 |
| DX 373A | Vigna | 4/26/2007 | | Plaintiff | 1303 |
| DX 406A | Spaid | 4/20/2007 | | Plaintiff | 217 |
| DX 507 | Rochester | 5/22/2007 | | Defendant | 5034 |
| DX 512 | Spaid | 4/20/2007 | | Defendant | 257 |
| DX 513 | Spaid | 4/20/2007 | | Defendant | 257 |
| DX 514 | Spaid | 4/20/2007 | | Defendant | 257 |
| DX 537 | Powderly | 4/24/2007 | | Defendant | 745 |
| DX 538 | Teurfs | 4/26/2007 | | Defendant | 1129 |
| DX 539 | Wesp | 5/2/2007 | | Defendant | 2042-43 |
| DX 544 | Engelke | 5/21/2007 | | Defendant | 4865 |
| DX 548 | Amend | 5/16/2007 | | Defendant | 4287 |
| DX 549 | Amend | 5/16/2007 | | Defendant | 4265-66 |
| DX 557 | Vigna | 5/8/2007 | | Defendant | 2767 |
| DX 581A | Kennedy | 5/22/2007 | | Defendant | 5211 |
| DX 581B | Kennedy | 5/22/2007 | | Defendant | 5212 |
| DX 587 | Engelke | 5/23/2007 | | Defendant | 5313 |
| DX 589 | Wesp | 5/3/2007 | | Defendant | 2169 |
| DX 590 | Wesp | 5/2/2007 | | Defendant | 2122 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| DX 591 | Wesp | 5/3/2007 | | Defendant | 2157 |
| DX 592 | Wesp | 5/3/2007 | | Defendant | 2168-69 |
| DX 593 | Wesp | 5/3/2007 | | Defendant | 2169 |
| DX 597 | Lovely | 4/30/2007 | | Defendant | 1703 |
| DX 599 | Albanese | 5/16/2007 | | Defendant | 4153 |
| DX 602 | Albanese | 5/16/2007 | | Defendant | 4140 |
| DX 614 | Rochester | 5/22/2007 | | Plaintiff | 5117 |
| DX 620 | Caporusso | 5/14/2007 | | Plaintiff | 3857 |
| DX 622 | Caporusso | 5/15/2007 | | Defendant | 3927 |
| DX 627 | Wesp | 5/2/2007 | | Defendant | 1982 |
| DX 628 | Wesp | 5/1/2007 | | Plaintiff | 1927-28 |
| DX 630 | Caporusso | 5/14/2007 | | Plaintiff | 3862-63 |
| DX 641 | Wesp | 5/1/2007 | | Plaintiff | 1902 |
| DX 647 | Albanese | 5/16/2007 | | Defendant | 4125 |
| DX 650 | Amend | 5/18/2007 | | Defendant | 4677-78 |
| DX 654 | Rochester | 5/22/2007 | | Defendant | 5037 |
| DX 657 | Kaplan | 5/10/2007 | | Defendant | 3260 |
| DX 665 | Kaplan | 5/10/2007 | | Defendant | 3408-09 |
| DX 666 | Kaplan | 5/10/2007 | | Defendant | 3414 |
| DX 671 | Caporusso | 5/15/2007 | | Defendant | 3918 |
| DX 674 | Caporusso | 5/15/2007 | | Defendant | 3921 |
| DX 680 | Caporusso | 5/15/2007 | | Defendant | 3922 |
| DX 687 | Vigna | 4/27/2007 | | Plaintiff | 1444 |
| DX 701 | Amend | 5/18/2007 | | Defendant | 4672 |
| DX 703 | Amend | 5/18/2007 | | Defendant | 4671 |
| DX 1105 | Lovely | 4/30/2007 | | Plaintiff | 1594 |
| DX 1106 | Lovely | 4/30/2007 | | Plaintiff | 1594 |
| DX 1107 | Vigna | 5/8/2007 | Admitted for limited purpose | Defendant | 2819-20 |
| DX 1108 | Vigna | 5/8/2007 | Admitted for limited purpose | Defendant | 2819-20 |
| DX 1147 | Carron | 5/24/2007 | | Defendant | 5658-59 |
| DX 1147A | Carron | 5/24/2007 | | Defendant | 5633 |
| DX 1150 | Kennedy | 5/22/2007 | | Defendant | 5210 |
| DX 1199 | Kaplan | 5/14/2007 | | Defendant | 3761 |
| DX 1203 | Powderly | 4/24/2007 | | Defendant | 728 |
| DX 1411 | Vigna | 5/8/2007 | | Defendant | 2763 |
| DX 1415 | Amend | 5/18/2007 | Admitted including handwritten notes | Defendant | 4634 |
| DX 1427 | Powderly | 4/23/2007 . | | Plaintiff | 505 |
| DX 1448 | Vigna | 5/8/2007 | | Defendant | 2795 |
| DX 1501 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1516 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1520 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1526 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1532 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1534 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1544 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1546 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1558 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1595 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1607 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1615 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1617 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1627 | Kaplan | 5/14/2007 | | Defendant | 3740-41 |
| DX 1641 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1651 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1654 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1657 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1661 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1670 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1671 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1674 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 1842 | Kaplan | 5/14/2007 | | Defendant | 3662 |
| DX 1844 | Engelke | 5/17/2007 | | Defendant | 4553-54 |
| DX 1845 | Kaplan | 5/14/2007 | | Defendant | 3665 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| DX 1937 | Engelke | 5/17/2007 | | Defendant | 4409 |
| DX 1945 | Wesp | 5/4/2007 | | Defendant | 2416-17 |
| DX 1949 | Engelke | 5/17/2007 | | Defendant | 4446 |
| DX 1986 | Vigna | 4/27/2007 | | Plaintiff | 1341 |
| DX 1988 | Vigna | 4/27/2007 | | Plaintiff | 1396 |
| DX 2024 | Engelke | 5/17/2007 | | Defendant | 4430 |
| DX 2035 | Powderly | 4/23/2007 | | Plaintiff | 458 |
| DX 2053 | Vigna | 5/8/2007 | | Plaintiff | 2842 |
| DX 2102 | Vigna | 5/8/2007 | | Defendant | 2800 |
| DX 2104 | Vigna | 5/8/2007 | | Defendant | 2801 |
| DX 2111 | Vigna | 5/8/2007 | | Defendant | 2802 |
| DX 2112 | Vigna | 5/8/2007 | | Defendant | 2803 |
| DX 2119 | Vigna | 5/8/2007 | | Defendant | 2804 |
| DX 2297 | Lovely | 4/30/2007 | | Defendant | 1700 |
| DX 2321 | Wesp | 5/2/2007 | | Defendant | 1986 |
| DX 2324 | Wesp | 5/2/2007 | | Defendant | 1991 |
| DX 2329 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| DX 2334 | Powderly | 4/24/2007 | | Defendant | 773 |
| DX 2336 | Wesp | 5/2/2007 | | Defendant | 2039 |
| DX 2338 | Powderly | 4/24/2007 | | Defendant | 779 |
| DX 2341 | Engelke | 5/17/2007 | | Defendant | 4364 |
| DX 2343A | Powderly | 4/25/2007 | Defendant corrected the exhibit and submitted it as DX 2343A | Defendant | 843 |
| DX 2345 | Kaplan | 5/11/2007 | | Defendant | 3531 |
| DX 2346 | Engelke | 5/17/2007 | | Defendant | 4366 |
| DX 2347 | Powderly | 4/24/2007 | | Defendant | 782 |
| DX 2348 | Wesp | 5/2/2007 | | Defendant | 2063-64 |
| DX 2350 | Engelke | 5/17/2007 | | Defendant | 4368 |
| DX 2351 | Wesp | 5/2/2007 | | Defendant | 2065 |
| DX 2353 | Powderly | 4/24/2007 | | Defendant | 784-85 |
| DX 2355 | Engelke | 5/17/2007 | | Defendant | 4369-70 |
| DX 2356 | Wesp | 5/2/2007 | | Defendant | 2067 |
| DX 2363 | Wesp | 5/2/2007 | | Defendant | 2068 |
| DX 2368 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| DX 2371 | Wesp | 5/2/2007 | | Defendant | 2075-76 |
| DX 2379 | Wesp | 5/2/2007 | | Defendant | 2084 |
| DX 2380 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| DX 2399 | Engelke | 5/17/2007 | | Defendant | 4450 |
| DX 2428 | Wesp | 5/3/2007 | | Defendant | 2191-92 |
| DX 2441 | Wesp | 5/3/2007 | | Defendant | 2209-10 |
| DX 2448 | Wesp | 5/3/2007 | | Defendant | 2216 |
| DX 2450 | Wesp | 5/3/2007 | | Defendant | 2224 |
| DX 2454 | Wesp | 5/3/2007 | | Defendant | 2229 |
| DX 2460 | Wesp | 5/3/2007 | | Defendant | 2234 |
| DX 2463 | Wesp | 5/3/2007 | | Defendant | 2249 |
| DX 2466 | Wesp | 5/3/2007 | | Defendant | 2251 |
| DX 2467 | Wesp | 5/3/2007 | | Defendant | 2256 |
| DX 2470 | Wesp | 5/3/2007 | | Defendant | 2260 |
| DX 2472 | Wesp | 5/3/2007 | | Defendant | 2266-67 |
| DX 2475 | Wesp | 5/3/2007 | | Defendant | 2268 |
| DX 2478 | Wesp | 5/3/2007 | | Defendant | 2290 |
| DX 2485 | Engelke | 5/23/2007 | | Defendant | 5249 |
| DX 2486 | Wesp | 5/3/2007 | | Defendant | 2294 |
| DX 2487 | Wesp | 5/3/2007 | | Defendant | 2294-95 |
| DX 2492 | Wesp | 5/3/2007 | | Defendant | 2302 |
| DX 2500 | Wesp | 5/3/2007 | | Defendant | 2303 |
| DX 2510 | Wesp | 5/3/2007 | | Defendant | 2313 |
| DX 2516 | Wesp | 5/3/2007 | | Defendant | 2316 |
| DX 2522 | Wesp | 5/3/2007 | | Defendant | 2319 |
| DX 2525 | Wesp | 5/3/2007 | | Defendant | 2320 |
| DX 2539 | Wesp | 5/3/2007 | | Defendant | 2324 |
| DX 2541 | Wesp | 5/3/2007 | | Defendant | 2328-29 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| DX 2582 | Wesp | 5/3/2007 | | Defendant | 2345-46 |
| DX 2590 | Engelke | 5/23/2007 | | Defendant | 5250-51 |
| DX 2595 | Wesp | 5/3/2007 | | Defendant | 2346-47 |
| DX 2602 | Engelke | 5/23/2007 | | Defendant | 5251-52 |
| DX 2633 | Wesp | 5/3/2007 | | Defendant | 2366 |
| DX 2647 | Wesp | 5/3/2007 | | Defendant | 2370-71 |
| DX 2744 | Wesp | 5/3/2007 | | Defendant | 2394 |
| DX 2748 | Powderly | 4/25/2007 | | Defendant | 952 |
| DX 2755 | Wesp | 5/3/2007 | | Defendant | 2401 |
| DX 2758 | Powderly | 4/25/2007 | | Defendant | 954 |
| DX 2762 | Powderly | 4/25/2007 | | Defendant | 959 |
| DX 2772 | Kaplan | 5/11/2007 | | Defendant | 3624 |
| DX 2776 | Kaplan | 5/11/2007 | | Defendant | 3626 |
| DX 2781 | Kaplan | 5/11/2007 | | Defendant | 3632 |
| DX 2823 | Engelke | 5/23/2007 | | Defendant | 5276 |
| DX 2904 | Engelke | 5/17/2007 | | Defendant | 4530 |
| DX 2917 | Engelke | 5/17/2007 | | Defendant | 4554 |
| DX 2931 | Lovely | 4/30/2007 | | Plaintiff | 1585 |
| DX 2953 | Powderly | 4/23/2007 | | Plaintiff | 536 |
| DX 2962 | Vigna | 5/8/2007 | | Defendant | 2789 |
| DX 2965 | Engelke | 5/17/2007 | | Defendant | 4586 |
| DX 2971 | Wesp | 5/2/2007 | | Defendant | 2051 |
| DX 2971A | Wesp | 5/2/2007 | | Defendant | 2051 |
| DX 2983 | Wesp | 5/4/2007 | | Defendant | 2481 |
| DX 3017 | Engelke | 5/17/2007 | | Defendant | 4477-78 |
| DX 3026 | Powderly | 4/24/2007 | | Defendant | 675 |
| DX 3027 | Amend | 5/16/2007 | | Defendant | 4287-88 |
| DX 3031 | Finn | 5/15/2007 | | Plaintiff | 4021 |
| DX 3033 | Engelke | 5/17/2007 | | Defendant | 4440 |
| DX 3034 | Finn | 5/15/2007 | | Plaintiff | 4026 |
| DX 3048 | Amend | 5/18/2007 | | Defendant | 4688 |
| DX 3050 | Amend | 5/18/2007 | | Defendant | 4689 |
| DX 3051 | Amend | 5/18/2007 | | Defendant | 4691-92 |
| DX 3053 | Amend | 5/18/2007 | | Defendant | 4708 |
| DX 3054 | Carron | 5/25/2007 | | Defendant | 5744 |
| DX 3070 | Engelke | 5/21/2007 | | Defendant | 4864 |
| DX 3071 | Powderly | 4/25/2007 | | Defendant | 915-16 |
| DX 3080 | Kaplan | 5/11/2007 | | Defendant | 3615 |
| DX 3083 | Engelke | 5/17/2007 | | Defendant | 4521 |
| DX 3109 | Engelke | 5/17/2007 | | Defendant | 4563 |
| DX 3110 | Kaplan | 5/14/2007 | | Defendant | 3690 |
| DX 3111 | Kaplan | 5/14/2007 | | Defendant | 3697 |
| DX 3112 | Engelke | 5/17/2007 | | Defendant | 4571 |
| DX 3113 | Vigna | 4/26/2007 | | Plaintiff | 1305 |
| DX 3117 | Vigna | 4/27/2007 | | Plaintiff | 1332 |
| DX 3118 | Vigna | 4/27/2007 | | Plaintiff | 1335 |
| DX 3119 | Vigna | 4/27/2007 | | Plaintiff | 1337 |
| DX 3120 | Vigna | 4/27/2007 | | Plaintiff | 1338-39 |
| DX 3128 | Albanese | 5/16/2007 | | Defendant | 4118 |
| DX 3141 | Albanese | 5/16/2007 | | Defendant | 4122 |
| DX 3148 | Vigna | 4/27/2007 | | Defendant | 1514 |
| DX 3159 | Vigna | 5/8/2007 | | Defendant | 2754 |
| DX 3172 | Albanese | 5/16/2007 | | Defendant | 4131-32 |
| DX 3187 | Vigna | 5/8/2007 | | Defendant | 2753 |
| DX 3205 | Lovely | 4/30/2007 | | Defendant | 1652 |
| DX 3219 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 3233 | Amend | 5/18/2007 | | Defendant | 4679 |
| DX 3237 | Engelke | 5/17/2007 | | Defendant | 4381 |
| DX 3270 | Engelke | 5/21/2007 | | Defendant | 4865-66 |
| DX 3330 | Powderly | 4/25/2007 | | Defendant | 876-77 |
| DX 3332 | Finn | 5/15/2007 | | Plaintiff | 4030 |
| DX 3344 | Caporusso | 5/15/2007 | | Defendant | 3889 |
| DX 3348 | Powderly | 4/24/2007 | | Defendant | 783 |
| DX 3357 | Moran | 5/21/2007 | | Defendant | 4907 |
| DX 3358 | Moran | 5/21/2007 | | Defendant | 4910 |
| DX 3359 | Moran | 5/21/2007 | | Defendant | 4918 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| DX 3361 | Moran | 5/21/2007 | | Defendant | 4920 |
| DX 3371 | Vigna | 5/8/2007 | | Defendant | 2781 |
| DX 3389 | Albanese | 6/6/2007 | Previously discussed at tr. pp. 4203-06 | Plaintiff | 5876-77 |
| DX 3407 | Kaplan | 5/14/2007 | | Defendant | 3755 |
| DX 3453 | Carron | 5/24/2007 | | Defendant | 5660 |
| DX 3478 | Wesp | 5/3/2007 | | Defendant | 2337 |
| DX 3479 | Wesp | 5/3/2007 | | Defendant | 2340-41 |
| DX 3481 | Kennedy | 5/23/2007 | | Defendant | 5348 |
| DX 3484 | Kaplan | 5/10/2007 | | Defendant | 3417 |
| DX 3488 | Defendant's Greco Dep Desig | 5/24/2007 | | Defendant | 5629-30 |
| DX 3489 | Defendant's Quakenbush Dep Desig | 5/21/2007 | | Defendant | 4870 |
| DX 3490 | Defendant's Kane Dep Desig | 5/21/2007 | | Defendant | 4869 |
| DX 3491 | Defendant's Drewitz Depo Desig | 5/21/2007 | | Defendant | 4867 |
| DX 4000 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4001 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4002 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4003 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4004 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4005 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4006 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4007A | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4007B | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4007C | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4008 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4009 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 4010 | Rochester | 5/22/2007 | | Defendant | 5040-41 |
| DX 5000 | Kennedy | 5/22/2007 | | Defendant | 5214 |
| DX 5001 | Kennedy | 5/22/2007 | | Defendant | 5218 |
| DX 5002 | Kennedy | 5/22/2007 | | Defendant | 5220-21 |
| DX 5003 | Kennedy | 5/22/2007 | | Defendant | 5227 |
| DX 5004 | Kennedy | 5/22/2007 | | Defendant | 5228 |
| DX 5005 | Kennedy | 5/23/2007 | | Defendant | 5338 |
| DX 5006 | Kennedy | 5/23/2007 | | Defendant | 5357 |
| DX 5007 | Kennedy | 5/23/2007 | | Defendant | 5364 |
| DX 5008 | Kennedy | 5/23/2007 | | Defendant | 5367 |
| DX 5009 | Kennedy | 5/23/2007 | | Defendant | 5369 |
| DX 5010 | Kennedy | 5/23/2007 | | Defendant | 5375 |
| DX 5011 | Kennedy | 5/23/2007 | | Defendant | 5377 |
| DX 5012 | Kennedy | 5/23/2007 | | Defendant | 5378 |
| DX 5013 | Kennedy | 5/23/2007 | | Defendant | 5381 |
| DX 5014 | Kennedy | 5/23/2007 | | Defendant | 5399 |
| DX 5015 | Kennedy | 5/23/2007 | | Defendant | 5404 |
| DX 5016 | Kennedy | 5/23/2007 | | Defendant | 5414 |
| DX 5017 | Kennedy | 5/23/2007 | | Defendant | 5417 |
| DX 5018 | Kennedy | 5/24/2007 | | Defendant | 5454 |
| DX 5019 | Kennedy | 5/24/2007 | | Defendant | 5469 |
| DX 5020 | Kennedy | 5/24/2007 | | Defendant | 5470 |
| DX 5021 | Kennedy | 5/24/2007 | | Defendant | 5472 |
| DX 5022 | Kennedy | 5/24/2007 | | Defendant | 5474 |
| DX 5023 | Kennedy | 5/24/2007 | | Defendant | 5488 |
| DX 6000 | Carron | 5/24/2007 | | Defendant | 5647 |
| DX 6001 | Carron | 5/24/2007 | | Defendant | 5663 |
| DX 6002 | Carron | 5/25/2007 | | Defendant | 5693 |
| DX 6003 | Carron | 5/25/2007 | | Defendant | 5689-90 |
| DX 6004 | Carron | 5/25/2007 | | Defendant | 5736 |
| DX 6005 | Carron | 5/25/2007 | | Defendant | 5741-42 |
| DX 6006 | Carron | 5/25/2007 | | Defendant | 5780 |

**Astoria Federal v. United States**

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| DX 6008 | Carron | 5/25/2007 | | Defendant | 5756 |
| DX 6010 | Carron | 5/25/2007 | | Defendant | 5726 |
| DX 6011 | Carron | 5/25/2007 | | Defendant | 5726 |
| DX 6012 | Carron | 5/25/2007 | | Defendant | 5726 |
| DX 6013 | Carron | 5/25/2007 | | Defendant | 5730 |
| DX 6014 | Carron | 5/25/2007 | | Defendant | 5741-42 |
| DX 6015 | Carron | 5/25/2007 | | Defendant | 5744 |
| PDX 4 | Kaplan | 5/7/2007 | | Plaintiff | 2709 |
| PDX 5 | Kaplan | 5/7/2007 | | Plaintiff | 2723 |
| PDX 6 | Kaplan | 5/7/2007 | | Plaintiff | 2726 |
| PDX 7 | Kaplan | 5/7/2007 | Admitted as background | Plaintiff | 2731 |
| PDX 8 | Kaplan | 5/7/2007 | Admitted as background | Plaintiff | 2735 |
| PDX 9 REVISED | Kaplan | 5/10/2007 | | Plaintiff | 3229 |
| PDX 10 | Kaplan | 5/8/2007 | | Plaintiff | 2858-59 |
| PDX 11 | Kaplan | 5/8/2007 | | Plaintiff | 2865 |
| PDX 12 | Kaplan | 5/8/2007 | | Plaintiff | 2867 |
| PDX 13 | Kaplan | 5/8/2007 | | Plaintiff | 2869 |
| PDX 14 | Kaplan | 5/8/2007 | | Plaintiff | 2872 |
| PDX 15 | Kaplan | 5/8/2007 | | Plaintiff | 2889 |
| PDX 16 | Kaplan | 5/8/2007 | | Plaintiff | 2891 |
| PDX 17 | Kaplan | 5/8/2007 | | Plaintiff | 2896-97 |
| PDX 18 | Kaplan | 5/8/2007 | | Plaintiff | 2903 |
| PDX 19 | Kaplan | 5/8/2007 | | Plaintiff | 2906 |
| PDX 20 | Kaplan | 5/8/2007 | | Plaintiff | 2910 |
| PDX 21 | Kaplan | 5/8/2007 | | Plaintiff | 2913 |
| PDX 22 | Kaplan | 5/8/2007 | | Plaintiff | 2921 |
| PDX 23 | Kaplan | 5/8/2007 | | Plaintiff | 2923 |
| PDX 24 | Kaplan | 5/8/2007 | | Plaintiff | 2925 |
| PDX 25 | Kaplan | 5/8/2007 | | Plaintiff | 2925-26 |
| PDX 26 | Kaplan | 5/8/2007 | | Plaintiff | 2926 |
| PDX 27 | Kaplan | 5/8/2007 | | Plaintiff | 2927-28 |
| PDX 28 | Kaplan | 5/8/2007 | | Plaintiff | 2931 |
| PDX 29 | Kaplan | 5/8/2007 | | Plaintiff | 2936 |
| PDX 30 | Kaplan | 5/8/2007 | | Plaintiff | 2941 |
| PDX 31 | Kaplan | 5/8/2007 | | Plaintiff | 2944 |
| PDX 32 | Kaplan | 5/8/2007 | | Plaintiff | 2945 |
| PDX 35 | Kaplan | 5/8/2007 | | Plaintiff | 2954 |
| PDX 36 | Kaplan | 5/8/2007 | | Plaintiff | 2961-62 |
| PDX 37 | Kaplan | 5/8/2007 | | Plaintiff | 2961-62 |
| PDX 38 | Kaplan | 5/8/2007 | | Plaintiff | 2965 |
| PDX 39 | Kaplan | 5/8/2007 | | Plaintiff | 2969 |
| PDX 40 | Kaplan | 5/8/2007 | | Plaintiff | 2972 |
| PDX 41 | Kaplan | 5/8/2007 | | Plaintiff | 2977 |
| PDX 42 | Kaplan | 5/8/2007 | | Plaintiff | 2977 |
| PDX 43 | Kaplan | 5/8/2007 | | Plaintiff | 2986 |
| PDX 44 | Kaplan | 5/8/2007 | | Plaintiff | 2986 |
| PDX 47 | Kaplan | 5/8/2007 | | Plaintiff | 2988 |
| PDX 48 | Kaplan | 5/8/2007 | | Plaintiff | 2993 |
| PDX 49 | Kaplan | 5/9/2007 | | Plaintiff | 3002 |
| PDX 50 | Kaplan | 5/9/2007 | | Plaintiff | 3004 |
| PDX 51 | Kaplan | 5/9/2007 | | Plaintiff | 3006 |
| PDX 52 | Kaplan | 5/9/2007 | | Plaintiff | 3008 |
| PDX 58 | Kaplan | 5/9/2007 | | Plaintiff | 3034 |
| PDX 59 | Kaplan | 5/9/2007 | | Plaintiff | 3038 |
| PDX 60 | Kaplan | 5/9/2007 | | Plaintiff | 3044 |
| PDX 61 | Kaplan | 5/9/2007 | | Plaintiff | 3047-48 |
| PDX 62 | Kaplan | 5/9/2007 | | Plaintiff | 3051 |
| PDX 63 | Kaplan | 5/9/2007 | | Plaintiff | 3055 |
| PDX 64 | Kaplan | 5/9/2007 | | Plaintiff | 3061 |
| PDX 65 | Kaplan | 5/9/2007 | | Plaintiff | 3066 |
| PDX 66 | Kaplan | 5/9/2007 | | Plaintiff | 3080 |
| PDX 67 | Kaplan | 5/9/2007 | | Plaintiff | 3087 |
| PDX 68 | Kaplan | 5/9/2007 | | Plaintiff | 3091 |
| PDX 69 | Kaplan | 5/9/2007 | | Plaintiff | 3092-93 |
| PDX 70 | Kaplan | 5/9/2007 | | Plaintiff | 3095 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| PDX 71 | Kaplan | 5/9/2007 | | Plaintiff | 3102 |
| PDX 72 | Kaplan | 5/9/2007 | | Plaintiff | 3112 |
| PDX 73 | Kaplan | 5/9/2007 | | Plaintiff | 3112 |
| PDX 74 | Kaplan | 5/9/2007 | | Plaintiff | 3124 |
| PDX 75 | Kaplan | 5/9/2007 | | Plaintiff | 3124 |
| PDX 76 | Kaplan | 5/9/2007 | | Plaintiff | 3124 |
| PDX 80 | Kaplan | 5/9/2007 | | Plaintiff | 3135 |
| PDX 81 | Kaplan | 5/9/2007 | | Plaintiff | 3156-57 |
| PDX 82 | Kaplan | 5/9/2007 | | Plaintiff | 3159 |
| PDX 84 | Kaplan | 5/9/2007 | | Plaintiff | 3161 |
| PDX 85 | Kaplan | 5/9/2007 | | Plaintiff | 3167 |
| PDX 86 REVISED | Kaplan | 5/10/2007 | | Plaintiff | 3229 |
| PDX 87 | Kaplan | 5/9/2007 | | Plaintiff | 3171 |
| PDX 88 | Kaplan | 5/9/2007 | | Plaintiff | 3172 |
| PDX 89 | Kaplan | 5/9/2007 | | Plaintiff | 3179 |
| PDX 90 | Kaplan | 5/9/2007 | | Plaintiff | 3180 |
| PDX 91 | Kaplan | 5/9/2007 | | Plaintiff | 3182 |
| PDX 95 REVISED | Kaplan | 5/10/2007 | | Plaintiff | 3229 |
| PDX 96 | Kaplan | 5/9/2007 | | Plaintiff | 3184 |
| PDX 97 | Kaplan | 5/9/2007 | | Plaintiff | 3193 |
| PDX 98 | Kaplan | 5/9/2007 | | Plaintiff | 3201 |
| PDX 99 | Kaplan | 5/9/2007 | | Plaintiff | 3201 |
| PDX 100 | Kaplan | 5/9/2007 | | Plaintiff | 3203 |
| PDX 101 | Kaplan | 5/9/2007 | | Plaintiff | 3211 |
| PDX 102 | Kaplan | 5/9/2007 | | Plaintiff | 3211 |
| PDX 103 | Kaplan | 5/9/2007 | | Plaintiff | 3211 |
| PDX 104 | Kaplan | 5/9/2007 | | Plaintiff | 3211 |
| PDX 105 | Kaplan | 5/9/2007 | | Plaintiff | 3212 |
| PDX 106 | Kaplan | 5/9/2007 | | Plaintiff | 3213 |
| PDX 107 REVISED | Kaplan | 5/10/2007 | | Plaintiff | 3229 |
| PX 3 | Kaplan | 5/14/2007 | | Plaintiff | 3805 |
| PX 4 | Vigna | 4/26/2007 | | Plaintiff | 1258 |
| PX 9A REVISED | Kaplan | 5/10/2007 | | Plaintiff | 3228 |
| PX 10 | Pratt | 4/19/2007 | | Plaintiff | 80-81 |
| PX 11 | Vigna | 4/26/2007 | | Plaintiff | 1263 |
| PX 12 | Vigna | 4/26/2007 | | Plaintiff | 1268 |
| PX 16 | Vigna | 4/26/2007 | | Plaintiff | 1269 |
| PX 20 | Amend | 5/16/2007 | | Defendant | 4237 |
| PX 21 | Vigna | 4/26/2007 | | Plaintiff | 1286 |
| PX 22 | Vigna | 4/26/2007 | | Plaintiff | 1275 |
| PX 26 | Vigna | 4/26/2007 | | Plaintiff | 1279 |
| PX 27 | Vigna | 4/26/2007 | | Plaintiff | 1285 |
| PX 28 | Kaplan | 5/14/2007 | | Plaintiff | 3813 |
| PX 31 | Vigna | 4/26/2007 | | Plaintiff | 1289 |
| PX 35 | Pratt | 4/19/2007 | | Defendant | 147 |
| PX 36 | Vigna | 4/26/2007 | | Plaintiff | 1294 |
| PX 40 | Amend | 5/16/2007 | | Defendant | 4238 |
| PX 42 | Pratt | 4/20/2007 | Extraneous page 2 removed from admitted exhibit. | Plaintiff | 191 |
| PX 45 | Vigna | 4/26/2007 | | Plaintiff | 1299 |
| PX 52 | Vigna | 4/26/2007 | | Plaintiff | 1301 |
| PX 76 | Vigna | 4/26/2007 | | Plaintiff | 1311 |
| PX 83 | Beesley | 4/26/2007 | | Plaintiff | 1180 |
| PX 90 | Vigna | 4/27/2007 | | Defendant | 1508 |
| PX 102 | Vigna | 4/26/2007 | | Plaintiff | 1314 |
| PX 112 | Beesley | 4/26/2007 | | Defendant | 1203 |
| PX 113 | Pratt | 4/19/2007 | | Defendant | 149 |
| PX 115 | Vigna | 4/27/2007 | | Plaintiff | 1399-1400 |
| PX 121 | Albanese | 5/16/2007 | | Defendant | 4119-20 |
| PX 132 | Vigna | 4/27/2007 | | Plaintiff | 1342 |
| PX 139 | Kaplan | 5/14/2007 | | Plaintiff | 3806 |

**Astoria Federal v. United States**

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| PX 145 | Albanese | 5/16/2007 | | Defendant | 4124 |
| PX 146 | Amend | 5/16/2007 | | Defendant | 4231 |
| PX 159 | Vigna | 4/27/2007 | | Plaintiff | 1348 |
| PX 163 | Vigna | 4/27/2007 | | Plaintiff | 1352 |
| PX 166 | Albanese | 5/16/2007 | | Defendant | 4128 |
| PX 169 | Vigna | 4/27/2007 | | Plaintiff | 1354-55 |
| PX 180 | Kaplan | 5/14/2007 | | Plaintiff | 3807 |
| PX 183 | Lovely | 4/30/2007 | | Defendant | 1676 |
| PX 184 | Albanese | 5/16/2007 | | Defendant | 4130 |
| PX 185 | Vigna | 4/27/2007 | | Plaintiff | 1363 |
| PX 186 | Vigna | 4/27/2007 | | Plaintiff | 1370-71 |
| PX 197 | Vigna | 4/27/2007 | | Plaintiff | 1372-73 |
| PX 205 | Vigna | 4/27/2007 | | Plaintiff | 1374 |
| PX 210 | Kaplan | 5/10/2007 | | Defendant | 3349 |
| PX 214 | Albanese | 5/16/2007 | | Defendant | 4131 |
| PX 232 | Vigna | 4/27/2007 | | Plaintiff | 1376 |
| PX 237 | Spaid | 4/20/2007 | | Plaintiff | 234 |
| PX 238 | Spaid | 4/20/2007 | | Plaintiff | 238 |
| PX 253 | Lovely | 4/30/2007 | | Defendant | 1656-57 |
| PX 268 | Vigna | 4/27/2007 | | Defendant | 1521 |
| PX 274 | Vigna | 4/27/2007 | | Defendant | 1518 |
| PX 277 | Teurfs | 4/26/2007 | | Defendant | 1121 |
| PX 286 | Beesley | 4/26/2007 | | Plaintiff | 1195 |
| PX 289 | Teurfs | 4/25/2007 | | Plaintiff | 1040-41 |
| PX 299 | Kaplan | 5/14/2007 | | Plaintiff | 3814 |
| PX 303 | Vigna | 4/27/2007 | | Plaintiff | 1390-91 |
| PX 310 | Albanese | 5/16/2007 | | Defendant | 4139 |
| PX 311 | Vigna | 4/27/2007 | | Plaintiff | 1394 |
| PX 313 | Teurfs | 4/25/2007 | | Plaintiff | 1043-44 |
| PX 318 | Vigna | 4/27/2007 | | Plaintiff | 1395 |
| PX 335 | Powderly | 4/24/2007 | | Defendant | 660 |
| PX 360 | Lovely | 4/30/2007 | | Defendant | 1704 |
| PX 370 | Vigna | 4/27/2007 | | Defendant | 1512 |
| PX 375 | Stearns | 5/15/2007 | | Defendant | 3950 |
| PX 383 | Caporusso | 5/14/2007 | | Plaintiff | 3840 |
| PX 403 | Powderly | 4/24/2007 | | Defendant | 680-81 |
| PX 427 | Albanese | 5/16/2007 | | Defendant | 4142 |
| PX 433 | Powderly | 4/24/2007 | | Defendant | 744-45 |
| PX 436 | Wesp | 5/1/2007 | | Plaintiff | 1780 |
| PX 447 | Powderly | 4/23/2007 | | Plaintiff | 358 |
| PX 461 | Wesp | 5/2/2007 | | Defendant | 2034 |
| PX 462 | Powderly | 4/24/2007 | | Defendant | 767 |
| PX 465 | Powderly | 4/23/2007 | | Plaintiff | 368 |
| PX 467 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 472 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 474 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 476 | Teurfs | 4/25/2007 | | Plaintiff | 1051-52 |
| PX 477 | Wesp | 5/2/2007 | | Defendant | 2049 |
| PX 482 | Wesp | 5/1/2007 | | Plaintiff | 1826 |
| PX 483 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 486 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 493 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 497 | Wesp | 5/1/2007 | | Plaintiff | 1834 |
| PX 501 | Wesp | 5/2/2007 | | Defendant | 2114 |
| PX 502 | Powderly | 4/24/2007 | | Defendant | 752 |
| PX 505 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 508 | Vigna | 4/27/2007 | | Plaintiff | 1401 |
| PX 509 | Powderly | 4/23/2007 | | Plaintiff | 375-76 |
| PX 511 | Vigna | 4/27/2007 | | Plaintiff | 1409-10 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| PX 513 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 516 | Vigna | 4/27/2007 | | Plaintiff | 1418 |
| PX 519 | Wesp | 5/2/2007 | | Defendant | 2087 |
| PX 520 | Vigna | 4/27/2007 | | Plaintiff | 1419 |
| PX 521 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 526 | Powderly | 4/24/2007 | | Defendant | 756-57 |
| PX 527 | Kaplan | 5/14/2007 | | Plaintiff | 3815 |
| PX 533 | Powderly | 4/24/2007 | | Defendant | 793 |
| PX 538 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 539 | Vigna | 4/27/2007 | | Plaintiff | 1437 |
| PX 542 | Vigna | 4/27/2007 | | Plaintiff | 1440 |
| PX 545 | Powderly | 4/23/2007 | | Plaintiff | 425 |
| PX 549 | Wesp | 5/2/2007 | | Defendant | 2100 |
| PX 550 | Vigna | 4/27/2007 | | Defendant | 1535 |
| PX 556 | Wesp | 5/2/2007 | | Defendant | 2103-04 |
| PX 557 | Amend | 5/18/2007 | | Defendant | 4621 |
| PX 562 | Powderly | 4/23/2007 | | Plaintiff | 434 |
| PX 564 | Wesp | 5/2/2007 | | Defendant | 2117 |
| PX 569 | Teurfs | 4/25/2007 | | Plaintiff | 1054 |
| PX 581 | Wesp | 5/3/2007 | | Defendant | 2178-79 |
| PX 590 | Powderly | 4/23/2007 | | Plaintiff | 428 |
| PX 591 | Vigna | 4/27/2007 | | Plaintiff | 1450 |
| PX 594 | Wesp | 5/3/2007 | | Defendant | 2181 |
| PX 595 | Wesp | 5/3/2007 | | Defendant | 2184 |
| PX 599 | Wesp | 5/3/2007 | | Defendant | 2186 |
| PX 608 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 611 | Vigna | 4/27/2007 | | Plaintiff | 1457 |
| PX 615 | Wesp | 5/3/2007 | | Defendant | 2207 |
| PX 618 | Powderly | 4/23/2007 | | Plaintiff | 391 |
| PX 620 | Wesp | 5/3/2007 | | Defendant | 2221 |
| PX 627 | Powderly | 4/23/2007 | | Plaintiff | 453 |
| PX 634 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 643 | Powderly | 4/25/2007 | | Defendant | 856 |
| PX 647 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 648 | Amend | 5/18/2007 | | Defendant | 4624 |
| PX 655 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 659 | Vigna | 4/27/2007 | | Plaintiff | 1460 |
| PX 662 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 666 | Wesp | 5/4/2007 | | Defendant | 2450 |
| PX 671 | Powderly | 4/23/2007 | | Plaintiff | 461 |
| PX 679 | Wesp | 5/3/2007 | | Defendant | 2272 |
| PX 684 | Powderly | 4/23/2007 | | Plaintiff | 461 |
| PX 686 | Powderly | 4/23/2007 | | Plaintiff | 464 |
| PX 687 | Vigna | 4/27/2007 | | Plaintiff | 1463 |
| PX 689 | Powderly | 4/23/2007 | | Plaintiff | 471 |
| PX 691 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 692 | Caporusso | 5/15/2007 | | Plaintiff | 3884 |
| PX 701 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 703 | Powderly | 4/23/2007 | | Plaintiff | 479 |
| PX 706 | Powderly | 4/23/2007 | | Plaintiff | 486 |
| PX 707 | Teurfs | 4/25/2007 | | Plaintiff | 1056 |
| PX 708 | Kaplan | 5/14/2007 | | Plaintiff | 3815-16 |
| PX 711 | Powderly | 4/25/2007 | | Defendant | 867 |
| PX 714 | Wesp | 5/3/2007 | | Defendant | 2277-78 |
| PX 716 | Powderly | 4/23/2007 | | Plaintiff | 483 |
| PX 721 | Wesp | 5/3/2007 | | Defendant | 2307 |

**_Astoria Federal v. United States_**

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| PX 725 | Powderly | 4/23/2007 | | Plaintiff | 486 |
| PX 728 | Wesp | 5/3/2007 | | Defendant | 2315 |
| PX 733 | Powderly | 4/23/2007 | | Plaintiff | 488 |
| PX 734 | Powderly | 4/25/2007 | | Defendant | 875 |
| PX 735 | Powderly | 4/23/2007 | | Plaintiff | 512-13 |
| PX 736 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 738 | Moran | 5/21/2007 | | Defendant | 4878 |
| PX 740 | Powderly | 4/23/2007 | | Plaintiff | 496 |
| PX 744 | Wesp | 5/1/2007 | | Plaintiff | 1890 |
| PX 746 | Powderly | 4/23/2007 | | Plaintiff | 494-95 |
| PX 750 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 753 | Moran | 5/21/2007 | | Defendant | 4884 |
| PX 759 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 763 | Powderly | 4/25/2007 | | Defendant | 880 |
| PX 766 | Wesp | 5/3/2007 | | Defendant | 2335 |
| PX 770 | Powderly | 4/23/2007 | | Plaintiff | 497 |
| PX 771 | Kaplan | 5/14/2007 | | Plaintiff | 3816 |
| PX 773 | Wesp | 5/1/2007 | | Plaintiff | 1892-93 |
| PX 774 | Vigna | 4/27/2007 | | Plaintiff | 1466 |
| PX 781 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 785 | Powderly | 4/23/2007 | | Plaintiff | 510-11 |
| PX 787 | Powderly | 4/25/2007 | | Defendant | 882 |
| PX 788 | Kaplan | 5/14/2007 | | Plaintiff | 3817 |
| PX 790 | Powderly | 4/23/2007 | | Plaintiff | 512-13 |
| PX 792 | Kaplan | 5/14/2007 | | Plaintiff | 3817 |
| PX 793 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 795 | Powderly | 4/23/2007 | | Plaintiff | 519 |
| PX 798 | Wesp | 5/1/2007 | | Plaintiff | 1898 |
| PX 799 | Kaplan | 5/14/2007 | | Plaintiff | 3818 |
| PX 802 | Wesp | 5/1/2007 | | Plaintiff | 1904-05 |
| PX 803 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 805 | Wesp | 5/1/2007 | | Plaintiff | 1907-08 |
| PX 806A | Vigna | 4/27/2007 | Original exhibit was incomplete; Plaintiff cured with new copy | Plaintiff | 1471 |
| PX 809 | Kaplan | 5/14/2007 | | Plaintiff | 3819 |
| PX 812 | Wesp | 5/1/2007 | | Plaintiff | 1911-12 |
| PX 813 | Powderly | 4/23/2007 | | Plaintiff | 528-29 |
| PX 816 | Wesp | 5/3/2007 | | Defendant | 2342-43 |
| PX 817 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 821 | Powderly | 4/23/2007 | | Plaintiff | 530 |
| PX 822 | Wesp | 5/1/2007 | | Plaintiff | 1914 |
| PX 825 | Powderly | 4/23/2007 | | Plaintiff | 533 |
| PX 826 | Wesp | 5/1/2007 | | Plaintiff | 1920-21 |
| PX 827 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 830 | Vigna | 4/27/2007 | | Plaintiff | 1474 |
| PX 839 | Wesp | 5/3/2007 | | Defendant | 2348 |
| PX 841 | Wesp | 5/1/2007 | | Plaintiff | 1922 |
| PX 844 | Powderly | 4/23/2007 | | Plaintiff | 546 |
| PX 845 | Powderly | 4/23/2007 | | Plaintiff | 538 |
| PX 847 | Powderly | 4/23/2007 | | Plaintiff | 539 |
| PX 851 | Powderly | 4/23/2007 | | Plaintiff | 558 |
| PX 852 | Powderly | 4/23/2007 | | Plaintiff | 540 |
| PX 860 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 864 | Powderly | 4/23/2007 | | Plaintiff | 546 |
| PX 866 | Powderly | 4/23/2007 | | Plaintiff | 547 |

**_Astoria Federal v. United States_**

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| PX 872 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 874 | Powderly | 4/25/2007 | | Defendant | 909 |
| PX 876 | Powderly | 4/23/2007 | | Plaintiff | 551 |
| PX 877 | Vigna | 4/27/2007 | | Plaintiff | 1478 |
| PX 881 | Vigna | 4/27/2007 | | Plaintiff | 1481 |
| PX 882 | Wesp | 5/1/2007 | | Plaintiff | 1923 |
| PX 884 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 886 | Wesp | 5/1/2007 | | Plaintiff | 1930 |
| PX 887 | Kaplan | 5/11/2007 | | Defendant | 3500 |
| PX 890 | Amend | 5/18/2007 | | Defendant | 4640 |
| PX 891 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 894 | Powderly | 4/23/2007 | | Plaintiff | 556 |
| PX 895 | Amend | 5/18/2007 | | Defendant | 4642 |
| PX 899 | Wesp | 5/3/2007 | | Defendant | 2351 |
| PX 901 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 904 | Lovely | 5/1/2007 | | Defendant | 1817 |
| PX 909 | Wesp | 5/3/2007 | | Defendant | 2357-58 |
| PX 912 | Vigna | 4/27/2007 | | Plaintiff | 1484-85 |
| PX 914 | Powderly | 4/24/2007 | | Plaintiff | 575 |
| PX 915 | Powderly | 4/24/2007 | | Plaintiff | 581 |
| PX 919 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 923 | Powderly | 4/24/2007 | | Plaintiff | 574 |
| PX 927 | Vigna | 4/27/2007 | | Plaintiff | 1491 |
| PX 930 | Wesp | 5/3/2007 | | Defendant | 2361 |
| PX 932 | Vigna | 4/27/2007 | | Plaintiff | 1488-89 |
| PX 937 | Powderly | 4/24/2007 | | Plaintiff | 594 |
| PX 941 | Powderly | 4/24/2007 | | Plaintiff | 594 |
| PX 943A | Powderly | 4/25/2007 | Admitted first page only | Plaintiff | 597 |
| PX 946 | Wesp | 5/3/2007 | | Defendant | 2366 |
| PX 949 | Teurfs | 4/25/2007 | | Plaintiff | 1057 |
| PX 950 | Powderly | 4/23/2007 | | Plaintiff | 531 |
| PX 954 | Wesp | 5/3/2007 | Admitted excluding any handwriting | Defendant | 2369 |
| PX 958 | Powderly | 4/24/2007 | | Plaintiff | 577 |
| PX 964 | Wesp | 5/4/2007 | | Defendant | 2489 |
| PX 965 | Powderly | 4/24/2007 | | Plaintiff | 599 |
| PX 966 | Amend | 5/18/2007 | | Defendant | 4657 |
| PX 967 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 970 | Vigna | 4/27/2007 | | Plaintiff | 1492 |
| PX 974 | Powderly | 4/24/2007 | | Plaintiff | 601 |
| PX 976 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 986 | Powderly | 4/24/2007 | | Plaintiff | 602 |
| PX 991 | Powderly | 4/24/2007 | | Plaintiff | 620 |
| PX 995 | Powderly | 4/24/2007 | | Plaintiff | 632-33 |
| PX 996 | Wesp | 5/3/2007 | | Defendant | 2372 |
| PX 1005 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1010 | Powderly | 4/24/2007 | | Plaintiff | 610-11 |
| PX 1012 | Powderly | 4/24/2007 | Admitted excluding any handwriting | Plaintiff | 617 |
| PX 1013 | Powderly | 4/24/2007 | | Defendant | 652-53 |
| PX 1015 | Powderly | 4/24/2007 | | Plaintiff | 618 |
| PX 1017 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1018 | Vigna | 4/27/2007 | | Plaintiff | 1498 |
| PX 1020 | Powderly | 4/24/2007 | | Plaintiff | 630 |
| PX 1021 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| PX 1027 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1029 | Powderly | 4/25/2007 | | Plaintiff | 978 |
| PX 1031 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1035 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1038 | Powderly | 4/24/2007 | | Plaintiff | 635 |
| PX 1043 | Wesp | 5/3/2007 | | Defendant | 2383 |
| PX 1044 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1045 | Wesp | 5/3/2007 | | Defendant | 2386 |
| PX 1048 | Engelke | 5/17/2007 | | Defendant | 4479 |
| PX 1056 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1058 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1061 | Wesp | 5/3/2007 | | Defendant | 2387 |
| PX 1065 | Powderly | 4/24/2007 | | Plaintiff | 636 |
| PX 1066 | Kaplan | 5/14/2007 | | Plaintiff | 3820-21 |
| PX 1070 | Vigna | 5/8/2007 | | Defendant | 2793 |
| PX 1071 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1072 | Powderly | 4/25/2007 | | Defendant | 936 |
| PX 1076 | Engelke | 5/23/2007 | | Defendant | 5243 |
| PX 1078 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1080 | Powderly | 4/25/2007 | | Defendant | 929 |
| PX 1081 | Powderly | 4/25/2007 | | Defendant | 934 |
| PX 1085 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1100 | Powderly | 4/25/2007 | | Defendant | 938 |
| PX 1107 | Powderly | 4/24/2007 | | Plaintiff | 639 |
| PX 1108 | Powderly | 4/24/2007 | | Plaintiff | 640 |
| PX 1109 | Powderly | 4/24/2007 | | Plaintiff | 640-41 |
| PX 1113 | Powderly | 4/24/2007 | | Plaintiff | 644 |
| PX 1117 | Wesp | 5/3/2007 | | Defendant | 2393 |
| PX 1118 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1119 | Powderly | 4/24/2007 | | Plaintiff | 644 |
| PX 1120 | Engelke | 5/17/2007 | | Defendant | 4585 |
| PX 1126 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1140 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1148 | Kaplan | 5/14/2007 | | Plaintiff | 3822 |
| PX 1155 | Powderly | 4/25/2007 | | Defendant | 941 |
| PX 1162 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1166 | Wesp | 5/3/2007 | | Defendant | 2396 |
| PX 1170 | Engelke | 5/23/2007 | | Defendant | 5261 |
| PX 1177 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1186 | Engelke | 5/17/2007 | | Defendant | 4491 |
| PX 1187 | Wesp | 5/4/2007 | Admitted excluding any handwriting | Plaintiff | 2515-16 |
| PX 1190 | Engelke | 5/17/2007 | | Defendant | 4492 |
| PX 1191 | Powderly | 4/25/2007 | | Defendant | 960-61 |
| PX 1209 | Engelke | 5/23/2007 | | Defendant | 5263 |
| PX 1218 | Kaplan | 5/14/2007 | | Plaintiff | 3823-24 |
| PX 1224 | Kaplan | 5/11/2007 | | Defendant | 3631 |
| PX 1227 | Vigna | 5/8/2007 | | Defendant | 2806 |
| PX 1228 | Kaplan | 5/11/2007 | | Defendant | 3633-34 |
| PX 1230 | Vigna | 5/8/2007 | | Defendant | 2812 |
| PX 1241 | Lovely | 4/30/2007 | | Defendant | 1644-45 |
| PX 1242 | Lovely | 4/30/2007 | | Defendant | 1671 |

***Astoria Federal v. United States***

**No. 95-468 C**

**Joint Admitted Exhibit List***

**June 8, 2007**

| Exhibit # | Witness | Date Admitted | Comments | Plaintiff or Defendant Admitted | Transcript Page |
|---|---|---|---|---|---|
| PX 1243 | Spaid | 4/20/2007 | | Plaintiff | 193 |
| PX 1245 | Kaplan | 5/10/2007 | | Defendant | 3301 |
| PX 1247A | Teurfs | 4/25/2007 | | Plaintiff | 1026 |
| PX 1247B | Teurfs | 4/25/2007 | | Plaintiff | 1031 |
| PX 1247C | Teurfs | 4/25/2007 | | Plaintiff | 1037 |
| PX 1247D | Teurfs | 4/25/2007 | Admitted excluding any handwriting | Plaintiff | 1042 |
| PX 1249 | Powderly | 4/25/2007 | | Defendant | 925 |
| PX 1270A | Powderly | 4/24/2007 | | Plaintiff | 578 |
| PX 1270B | Powderly | 4/24/2007 | | Plaintiff | 609 |
| PX 1273 | Powderly | 4/25/2007 | Admitted without the 5/16/1980 appended document | Defendant | 888 |
| PX 1274 | Amend | 5/18/2007 | | Defendant | 4679 |
| PX 1283 | Teurfs | 4/25/2007 | | Plaintiff | 1049 |
| PX 1284 | Teurfs | 4/25/2007 | | Plaintiff | 1055 |
| PX 1285 | Teurfs | 4/25/2007 | | Plaintiff | 1055 |
| PX 1287 | Kaplan | 5/14/2007 | | Plaintiff | 3808 |
| PX 1288 | Kaplan | 5/14/2007 | | Plaintiff | 3809 |
| PX 1289 | Kaplan | 5/14/2007 | | Plaintiff | 3810 |
| PX 1290 | Kaplan | 5/14/2007 | | Plaintiff | 3811 |
| PX 1299 | Amend | 5/18/2007 | | Defendant | 4679 |
| PX 1312 | Vigna | 5/8/2007 | | Defendant | 2770 |
| PX 1314A | Kaplan | 5/7/2007 | | Plaintiff | 2692-93 |
| PX 1316 | Kaplan | 5/14/2007 | | Plaintiff | 3812 |
| PX 1317 | Kaplan | 5/14/2007 | | Plaintiff | 3825 |
| PX 1318 | Amend | 5/18/2007 | | Defendant | 4679 |
| PX 1321 | Kaplan | 5/9/2007 | | Plaintiff | 3015 |
| PX 1322 | Kaplan | 5/9/2007 | | Plaintiff | 3016 |
| PX 1323 | Teurfs | 4/25/2007 | | Plaintiff | 1058 |
| PX 1332 | Wesp | 5/2/2007 | | Defendant | 2006 |
| PX 1333 | Wesp | 5/2/2007 | | Defendant | 2010 |
| PX 1336 | Pratt | 4/19/2007 | | Plaintiff | 90 |
| PX 1337 | Pratt | 4/19/2007 | | Plaintiff | 121 |
| PX 1339 | Pratt | 4/19/2007 | | Defendant | 140 |
| PX 1341 | Pratt | 4/19/2007 | | Plaintiff | 93 |
| PX 1350 | Pratt | 4/19/2007 | | Defendant | 143 |
| PX 1352 | Pratt | 4/19/2007 | | Plaintiff | 101 |
| PX 1352A | Pratt | 4/19/2007 | | Plaintiff | 101 |
| PX 1352B | Pratt | 4/19/2007 | | Plaintiff | 101 |
| PX 1357 | Plaintiff's Dep Desig, Greco | 5/9/2007 | | Plaintiff | 3001 |
| PX 1358 | Plaintiff's Dep Desig, Kane | 5/8/2007 | | Plaintiff | 2857 |
| PX 1359 | Plaintiff's Dep Desig, Quackenbush | 5/8/2007 | | Plaintiff | 2857 |
| PX 2000 | (No witness) | 6/6/2007 | For identification purposes | Plaintiff | 5875 |
| | | | | | |
| | | | | | |