# EXHIBIT 1

**FDIC**
Federal Deposit Insurance Corporation
Division of Supervision
452 Fifth Avenue, 21st Floor, New York, New York 10018-2796 New York Regional Office

March 21, 1990

NY/DOS/S&L:WLPollack:ev:03-22-90
cc: RD File
DRD Zamorski
ARD Dionne, Piracci
SLS (DOL) J. Palladino
File - OTS New York

Mr. Angelo A. Vigna
District Director
Office of Thrift Supervision
One World Trade Center, 103rd Floor
New York, New York 10048

Dear Mr. Vigna:

Enclosed is a listing of savings and loan associations in your district which the New York Office of the FDIC is currently projecting will be channelled to Resolution Trust Corporation in the next three years. We are attempting to project if any of these institution might be viable candidates for FDIC/RTC assistance either under 13 (c) or 13 (k) of the Federal Deposit Insurance Act. In both instances, we would require that the institution have core profitability (after assistance), have well regarded management and have a low risk profile. We would also be interested in institutions that do not presently meet the capital guidelines, but could survive with regulatory forebearance.

We would appreciate if you and your staff would review this list and make any recommendations along the following guidelines:

(a) Banks that are not included that you believe might be recommended to RTC in the next three years.

(b) Banks on the list that could be given 13 (c) assistance. Institutions in this category would tend to have low capital positions due to economic conditions and problems that were not brought about by high risk policies of management.

(c) Banks on the list that could be given 13 (k) assistance. Institutions in this category would tend to have low capital positions brought about by deducting goodwill acquired in mergers with other failing associations.

(d) Banks on the list that could be given non-financial assistance. Institutions in this category would be those whose capital plans have been or most likely will be approved.

We would appreciate if you could fax your response to Review Examiner William L. Pollack (fax 212 704-1343) at the earliest possible opportunity. If there are any questions, Mr. Pollack can be reached at 212 704-1457.

Very truly yours,

Nicholas J. Ketcha, Jr.

Nicholas J. Ketcha, Jr.
Regional Director

Enclosure

PLAINTIFF'S EXHIBIT
tabbies
2000
6-8-07

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
C-LI-A-0021037

PLAINTIFF'S EXHIBIT
LISB v. USA
Ex. 10
ALL-STATE LEGAL

GTP0104945

A201023

OFFICE OF THRIFT SUPERVISION
NEW YORK

| | | |
|---|---|---|
| 7814 | Anchor Savings Bank | Northport, NY |
| 2810 | Beacon Federal S/B | Baldwin, NY |
| 4153 | Central Federal Savings, FSB | Long Beach, NY |
| 1462 | Champlain Valley FS&LA of Plattsburgh | Plattsburgh, NY |
| 4209 | Columbia Banking FS&LA | Rochester, NY |
| 3671 | Eastern Federal S&L Association of Sayville | Sayville, NY |
| 2750 | Edison Federal Savings & Loan Association | New York, NY |
| 7966 | Ensign Bank, FSB | New York, NY |
| 0650 | Fidelity New York, FSB | Floral Park, NY |
| 2125 | First FS&LA of Rochester | Rochester, NY |
| 3444 | Flatbush Federal S&LA of Brooklyn | Brooklyn, NY |
| 5059 | Mohawk Valley, FSB | Ilion, NY |
| 1473 | Saranac Lake FS&LA | Saranac, NY |
| 3552 | Seneca FS&LA | Baldwinsville, NY |
| 3511 | The Homestead Savings, FA | Utica, NY |
| 2811 | The Long Island Savings Bank of Centereach, FSB | Centereach, NY |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
C-LI-A-0021038

| | | |
|---|---|---|
| 3032 | AmeriFederal S/B | Lawrenceville, NJ |
| 4895 | Berkeley Federal Savings & Loan | Millburn, NJ |
| 6230 | Cenlar Federal S/B | Princeton, NJ |
| 4881 | Center Savings & Loan Association | Clifton, NJ |
| 6944 | Chatham Savings & Loan Assoc. | Chatham, NJ |
| 4248 | Community Federal Savings & Loan Association | Ramsey, NJ |
| 0997 | First Jersey S&LA | Wyckoff, NJ |
| 6268 | Hausen Savings Bank, SLA | East Brunswick, NJ |
| 4825 | Irving Savings & Loan Association | Paterson, NJ |
| 5020 | Jersey Shore Savings & Loan Association | Toms River, NJ |
| 4964 | Monarch FS&LA | Kearney, NJ |
| 4809 | Mutual Aid Savings & Loan Assoc. | Manasquan, NJ |
| 6497 | Newton Savings Bank, SLA | Newton, NJ |
| 2264 | Nutley Savings Bank, SLA | Nutley, NJ |
| 5679 | Old Borough Savings & Loan Association | Trenton, NJ |
| 4545 | Palisades Savings Bank, SLA | Ridgefield Park, NJ |
| 5606 | Riverside Savings Bank, SLA | Riverside, NJ |
| 4980 | Security Savings Bank, SLA | Vineland, NJ |
| 4613 | Shadow Lawn Savings Bank, SLA | Long Branch, NJ |
| 5015 | Statewide Savings Bank, SLA | Jersey City, NJ |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
C-LI-A-0021039

| | | |
|---|---|---|
| 0005 | The United S&LA of Trenton, NJ | Trenton, NJ |
| 0182 | Volunteer S&LA of of Little Ferry, NJ | Clifton, NJ |
| 6344 | Caguas-Central Federal Savings Bank of PR | Caguas, PR |
| 7971 | Guaynabo Federal S/B | Guaynabo, PR |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
C-LI-A-0021040