# EXHIBIT 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

\- - - - - - - - - - - - - - - x
LONG ISLAND SAVINGS BANK :
and :
LONG ISLAND SAVINGS BANK OF :
CENTEREACH, :
Plaintiffs, : Number 92-517
vs. :
THE UNITED STATES OF AMERICA:
Defendant. :
\- - - - - - - - - - - - - - - x

HEARING, Volume 9

Courtroom 7
Court of Federal Claims
717 Madison Place NW
Washington, DC

Monday, February 14, 2005

The hearing commenced, pursuant to notice of the Judge, at 9:32 a.m., before the Honorable Charles F. Lettow, Judge for the United States Court of Federal Claims.

A I don't know exactly what it means, but I know what it is.
Q What is it?
A It's a cost analysis.
Q What type of cost analysis?
A In a failing bank situation.
Q Under what circumstances would a TAPA analysis have been undertaken?
A In the event of closure of the bank, or sale of the bank, I should say. Could have been closed.
Q Would that analysis have been undertaken in any other circumstances?
A I'm not sure what you're asking me.
Q Other than a closure or sale of the bank, which I believe you testified was when --
A Or anticipation of perhaps a sale or closure of a bank at some future date, it might have been done.
Q Other than the actual closure or sale or the anticipation of closure, would there have been any other reason to undertake that analysis?
A No.
Q Do you know --
A Not that I'm aware of.
Q Do you know whether a TAPA analysis was conducted on Centereach?



A I believe it was.
Q Why?
A Because all those banks that were on the list -- on this list that you showed me earlier would have been -- typically had a TAPA analysis.
Q Do you know what the result of the TAPA analysis for Centereach was?
A I don't recall.
MR. LEBLANC: That completes that section, your Honor. If you wanted to rule on the relevancy objection.
MR. OWSLEY: Still not sure I understand the relevance, your Honor.
THE COURT: It may or may not be material. I have my doubts. But within the broad range of relevancy, the Court will accept the testimony and not strike the answers.
MR. LEBLANC: Page 94. This is in reference, your Honor, back to tab 2, DX 89, LIP 119818, second paragraph. And I will actually just skip ahead to line 13, to avoid the issue with talking about this document.
BY MR. LEBLANC:
Q Do you recall telling Mr. Conway that in hindsight, not merging the banks was a wise decision?
A Yes.
Q Why do you believe that to be true?
A I said it with somewhat of a chuckle at the time,