**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 95-468C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING**
**OF POST-TRIAL MEMORANDUM OF FACT AND LAW ON CD-ROM**

Defendant, the United States, respectfully provides notice of its filing of a CD-ROM version of Defendant's Post Trial Memorandum Of Fact And Law, filed on August 6, 2007.

The CD-ROM contains hyperlinks to the testimony and exhibits cited in our Post Trial Memorandum of Fact and Law. In addition, the CD-ROM corrects various typographical errors. The corrections are as follows:

- At Table of Contents: "Summary Of Agreement" should be "Summary Of Argument."
- At pages 26 ¶ 8, 28 ¶¶ 11-12, 29 ¶¶ 12, 14: "PX 342" should read "DX 197." (PX 342 was not admitted; its counterpart is DX 197, which was admitted.)
- At page 32: "DX 3141 at WON758 0048" should read "DX 3141 at WON758 0098."
- At page 58 ¶ 130: "DX 5112" should read "DX 512."
- At page 72: "PX 69A" should read "DX 69A."
- At page 106: "DX 2510 at AST0308703-04" should read "DX 2510 at AST030289."

- At page 107: "Id. at AST002988" should read "Id. at AST002882."
- At page 134: "DX 1108" should be "PX 1108."
- At page 183: "PX 787 at PAA006" should read "PX 787 at PAA006 1593."
- At page 188: Our citation to Energy Capital Corp. v. United States, 302 F.3d. 1314, 1325 (2002) should read Energy Capital Corp. v. United States, 302 F.3d. 1316, 1325 (2002).
- At page 264: "PX 599 at AST048966" should read "PX 599 at AST048967."
- At page 264: "id. at PAA038 0276-77" should read "DX 591 at PAA038 0276-77."
- At page 281: "§ III C(4)(b)" should read "§ IV C(4)(b)" and link to page 217.
- At pages 281 and 285: "§ III C(4)(c)" should read "§ IV C(4)(c)" and link to page 219.

(We inadvertently misnumbered the sections in Law section of the brief; there is no Section III. Thus, our citations to Section III were meant to refer to the material located in Section IV).

Service of the CD-ROM will be made by hand-delivery to the Court and plaintiff.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax (202) 514-8640
Attorneys for Defendant

OF COUNSEL:
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

August 24, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of August, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF POST-TRIAL MEMORANDUM OF FACT AND LAW ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson