# In the United States Court of Federal Claims

## NOTICE

**ASTORIA FEDERAL**

**No. 95-468C**

**V.**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 13, 2007**

To Attorney of Record, Assistant Attorney General, and Judge Thomas C. Wheeler,

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on November 2, 2007.

The transcript has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.

Brian Bishop
Brian Bishop, Clerk