# In the United States Court of Federal Claims

No. 95-468C

(Filed: December 26, 2007)

*************************************** *
*
ASTORIA FEDERAL SAVINGS & LOAN *
ASSOCIATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

As the Court prepares to issue an Opinion and Order on damages in this case, it would be helpful for Plaintiff to submit exact calculations for Dr. Kaplan's Exhibits 9A and 9B, showing lost profits damages calculated on tangible non-breach assets beginning in 1989 and 1990 respectively. In their current form, these damages calculations are rounded to the nearest $100,000, and the Court would like to have the precise, unrounded calculations for consideration. Plaintiff is requested to submit this information at its earliest convenience, but not later than Tuesday, January 8, 2008.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge