IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**PLAINTIFF ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION'S SUBMISSION IN RESPONSE TO THE COURT'S ORDER OF DECEMBER 26, 2007**

On December 26, 2007, the Court directed the Plaintiff to submit revised versions of Exhibits 9A and 9B to the report of Plaintiff's expert witness, Dr. Donald Kaplan. The revised exhibits were to eliminate the "rounding" on the original exhibits, so that the Court would have more precise calculations of the lost profits reflected on those exhibits.

Attached are revised versions of Exhibits 9A and 9B on which the rounding has been eliminated.

January 4, 2008

Respectfully submitted,

/s/ Frank J. Eisenhart
Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Craig Falls
Dechert LLP
1775 I Street, NW
Washington, DC 20006
202.261.3300
202.261.3333 (Fax)

*Attorneys for Plaintiff*
*Astoria Federal Savings & Loan Association*