# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, a copy of the foregoing **Plaintiff Astoria Federal Savings & Loan Association's Submission In Response To The Court's Order Of December 26, 2007** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart

January 4, 2008