# Exhibit A - Revised Per Court's Order
## Kaplan Exhibit 9 (Revised)
## Lost Profits Damages Calculated on Tangible Non-Breach Assets
## Damages Begin in 1989
## (In Dollars)

| | Ending Balance Total Tangible Assets | | | Average Balance Forgone Assets | Return on Forgone Assets | Lost Profits on Forgone Assets |
|---|---|---|---|---|---|---|
| | Actual (a) | Non-Breach (b) | Forgone (c) | (d) | (e) | (f) |
| Dec-88 | 1,846,275,000 | 1,846,275,000 | - | | 0.80% | - |
| Mar-89 | 1,850,197,000 | 1,883,200,500 | 33,003,500 | 16,501,750 | 0.80% | 33,004 |
| Jun-89 | 1,844,282,000 | 1,920,864,510 | 76,582,510 | 54,793,005 | 0.80% | 109,586 |
| Sep-89 | 1,819,560,000 | 1,959,281,800 | 139,721,800 | 108,152,155 | 0.80% | 216,304 |
| Dec-89 | 1,846,780,000 | 1,998,467,436 | 151,687,436 | 145,704,618 | 0.80% | 291,409 |
| Mar-90 | 1,814,236,000 | 2,038,436,785 | 224,200,785 | 187,944,111 | 0.80% | 375,888 |
| Jun-90 | 1,825,006,000 | 2,079,205,521 | 254,199,521 | 239,200,153 | 0.80% | 478,400 |
| Sep-90 | 1,830,102,000 | 2,120,789,631 | 290,687,631 | 272,443,576 | 0.80% | 544,887 |
| Dec-90 | 1,834,794,000 | 2,163,205,424 | 328,411,424 | 309,549,527 | 0.80% | 619,099 |
| Mar-91 | 1,845,760,000 | 2,206,469,532 | 360,709,532 | 344,560,478 | 0.80% | 689,121 |
| Jun-91 | 1,856,385,000 | 2,250,598,923 | 394,213,923 | 377,461,727 | 0.80% | 754,923 |
| Sep-91 | 1,854,009,000 | 2,295,610,901 | 441,601,901 | 417,907,912 | 0.80% | 835,816 |
| Dec-91 | 1,857,426,000 | 2,341,523,119 | 484,097,119 | 462,849,510 | 0.80% | 925,699 |
| Mar-92 | 1,866,834,000 | 2,388,353,582 | 521,519,582 | 502,808,350 | 0.80% | 1,005,617 |
| Jun-92 | 1,861,043,000 | 2,436,120,653 | 575,077,653 | 548,298,617 | 0.80% | 1,096,597 |
| Sep-92 | 1,862,087,000 | 2,484,843,066 | 622,756,066 | 598,916,860 | 0.80% | 1,197,834 |
| Dec-92 | 1,852,911,000 | 2,534,539,928 | 681,628,928 | 652,192,497 | 0.80% | 1,304,385 |
| Mar-93 | 1,835,364,000 | 2,585,230,726 | 749,866,726 | 715,747,827 | 0.80% | 1,431,496 |
| Jun-93 | 1,858,356,000 | 2,636,935,341 | 778,579,341 | 764,223,033 | 0.80% | 1,528,446 |
| Sep-93 | 1,953,582,000 | 2,689,674,048 | 736,092,048 | 757,335,694 | 0.80% | 1,514,671 |
| Dec-93 | 2,007,203,000 | 2,743,467,529 | 736,264,529 | 736,178,288 | 0.80% | 1,472,357 |
| Mar-94 | 2,061,704,000 | 2,798,336,879 | 736,632,879 | 736,448,704 | 0.80% | 1,472,897 |
| Jun-94 | 1,982,557,000 | 2,719,189,879 | 736,632,879 | 736,632,879 | 0.80% | 1,473,266 |
| Sep-94 | 1,982,764,000 | 2,719,396,879 | 736,632,879 | 736,632,879 | 0.80% | 1,473,266 |
| Dec-94 | 1,916,719,000 | 2,653,351,879 | 736,632,879 | 736,632,879 | 0.80% | 1,473,266 |
| **Total** | | | | | | **22,318,234** |

(a) From Thrift Financial Reports. Total assets minus intangible assets.
(b) Assumes 8% annual growth rate (2% per quarter) through March 1994, actual dollar change in assets thereafter.
(c) Column (b) minus (a).
(d) Average balance of column (c)
(e) Annual rate.
(f) Columns (d) times (e) divided by four (quarterly)