# In the United States Court of Federal Claims

**Filed:**

**v.**

**THE UNITED STATES**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.

## E X H I B I T S

| PLAINTIFF EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PDX 1 | W/D | 1062 | Demonstrative |
| PDX 4 | -- | 2709 | Demonstrative chart admitted 5/7/07 |
| PDX 5 | -- | 2723 | Summary of key events (demonstrative) admitted 5/7/07 |
| PDX 6 | -- | 2726 | Demonstrative chart admitted 5/7/07 |
| PDX 7 | -- | 2731 | Report (demonstrative) admitted 5/7/07 |
| PDX 8 | -- | 2735 | Demonstrative Chart admitted 5/7/07 |
| PDX 9 | -- | 3229 | Demonstrative Chart (Revised) admitted 5/10/07 |
| PDX 9A | -- | 3228 | Revised Demonstrative chart |
| PDX 10 | -- | 2859 | Demonstrative admitted 5/8/07 |
| PDX 11 | -- | 2865 | Demonstrative admitted 5/8/07 |
| PDX 12 | -- | 2867 | Demonstrative admitted 5/8/07 |
| PDX 13 | -- | 2869 | Demonstrative admitted 5/8/07 |
| PDX 14 | -- | 2872 | Demonstrative admitted 5/8/07 |
| PDX 15 | -- | 2889 | Demonstrative admitted 5/8/07 |
| PDX 16 | -- | 2891 | Demonstrative admitted 5/8/07 |
| PDX 17 | -- | 2897 | Demonstrative admitted 5/8/07 |
| PDX 18 | -- | 2903 | Demonstrative admitted 5/8/07 |
| PDX 19 | -- | 2906 | Demonstrative admitted 5/8/07 |
| PDX 20 | -- | 2910 | Demonstrative admitted 5/8/07 |
| PDX 21 | -- | 2913 | Demonstrative admitted 5/8/07 |
| PDX 22 | -- | 2921 | Demonstrative admitted 5/8/07 |
| PDX 23 | -- | 2923 | Demonstrative admitted 5/8/07 |

## E X H I B I T S

| PLAINTIFF EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PDX 24 | -- | 2925 | Demonstrative admitted 5/8/07 |
| PDX 25 | -- | 2926 | Demonstrative admitted 5/8/07 |
| PDX 26 | -- | 2926 | Demonstrative admitted 5/8/07 |
| PDX 27 | -- | 2927 | Demonstrative admitted 5/8/07 |
| PDX 28 | -- | 2931 | Demonstrative admitted 5/8/07 |
| PDX 29 | -- | 2936 | Demonstrative admitted 5/8/07 |
| PDX 30 | -- | 2941 | Demonstrative admitted 5/8/07 |
| PDX 31 | -- | 2944 | Demonstrative admitted 5/8/07 |
| PDX 32 | -- | 2945 | Demonstrative admitted 5/8/07 |
| PDX 35 | -- | 2954 | Demonstrative admitted 5/8/07 |
| PDX 36 | -- | 2962 | Demonstrative admitted 5/8/07 |
| PDX 37 | -- | 2962 | Demonstrative admitted 5/8/07 |
| PDX 38 | -- | 2965 | Demonstrative admitted 5/8/07 |
| PDX 39 | -- | 2969 | Demonstrative admitted 5/8/07 |
| PDX 40 | -- | 2972 | Demonstrative admitted 5/8/07 |
| PDX 41 | -- | 2977 | Demonstrative admitted 5/8/07 |
| PDX 42 | -- | 2977 | Demonstrative admitted 5/8/07 |
| PDX 43 | -- | 2986 | Demonstrative admitted 5/8/07 |
| PDX 44 | -- | 2986 | Demonstrative admitted 5/8/07 |
| PDX 47 | -- | 2988 | Demonstrative admitted 5/8/07 |
| PDX 48 | -- | 2993 | Demonstrative admitted 5/8/07 |
| PDX 49 | -- | 3002 | Demonstrative admitted 5/9/07 |
| PDX 50 | -- | 3004 | Demonstrative admitted 5/9/07 |
| PDX 51 | -- | 3006 | Demonstrative admitted 5/9/07 |
| PDX 52 | -- | 3008 | Demonstrative admitted 5/9/07 |

E X H I B I T S

| PLAINTIFF EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PDX 58 | -- | 3034 | Demonstrative admitted 5/9/07 |
| PDX 59 | -- | 3038 | Demonstrative admitted 5/9/07 |
| PDX 60 | -- | 3044 | Demonstrative admitted 5/9/07 |
| PDX 61 | -- | 3048 | Demonstrative admitted 5/9/07 |
| PDX 62 | -- | 3051 | Demonstrative admitted 5/9/07 |
| PDX 63 | -- | 3055 | Demonstrative admitted 5/9/07 |
| PDX 64 | -- | 3061 | Demonstrative admitted 5/9/07 |
| PDX 65 | -- | 3066 | Demonstrative admitted 5/9/07 |
| PDX 66 | -- | 3075 | Demonstrative admitted 5/9/07 |
| PDX 67 | -- | 3087 | Demonstrative admitted 5/9/07 |
| PDX 68 | -- | 3091 | Demonstrative admitted 5/9/07 |
| PDX 69 | -- | 3093 | Demonstrative admitted 5/9/07 |
| PDX 70 | -- | 3095 | Demonstrative admitted 5/9/07 |
| PDX 71 | -- | 3102 | Demonstrative admitted 5/9/07 |
| PDX 72 | -- | 3112 | Demonstrative admitted 5/9/07 |
| PDX 73 | -- | 3112 | Demonstrative admitted 5/9/07 |
| PDX 74 | -- | 3124 | Demonstrative admitted 5/9/07 |
| PDX 75 | -- | 3124 | Demonstrative admitted 5/9/07 |
| PDX 76 | -- | 3124 | Demonstrative admitted 5/9/07 |
| PDX 80 | -- | 3135 | Demonstrative admitted 5/9/07 |
| PDX 81 | -- | 3156 | Demonstrative admitted 5/9/07 |
| PDX 82 | -- | 3159 | Demonstrative admitted 5/9/07 |
| PDX 84 | -- | 3161 | Demonstrative admitted 5/9/07 |
| PDX 85 | -- | 3167 | Demonstrative admitted 5/9/07 |
| PDX 86 | -- | 3229 | Revised Demonstrative admitted 5/10/07 |

E X H I B I T S

| PLAINTIFF EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| PDX 88 | -- | 3172 | Demonstrative admitted 5/9/07 |
| PDX 89 | -- | 3179 | Demonstrative admitted 5/9/07 |
| PDX 90 | -- | 3180 | Demonstrative admitted 5/9/07 |
| PDX 91 | -- | 3182 | Demonstrative admitted 5/9/07 |
| PDX 95 | -- | 3229 | Revised Demonstrative admitted 5/9/07 |
| PDX 96 | -- | 3184 | Demonstrative admitted 5/9/07 |
| PDX 97 | -- | 3193 | Demonstrative admitted 5/9/07 |
| PDX 98 | -- | 3201 | Demonstrative admitted 5/9/07 |
| PDX 99 | -- | 3201 | Demonstrative admitted 5/9/07 |
| PDX 100 | -- | 3203 | Demonstrative admitted 5/9/07 |
| PDX 101 | --- | 3211 | Demonstrative admitted 5/9/07 |
| PDX 102 | -- | 3211 | Demonstrative admitted 5/9/07 |
| PDX 103 | -- | 3211 | Demonstrative admitted 5/9/07 |
| PDX 104 | -- | 3211 | Demonstrative admitted 5/9/07 |
| PDX 105 | -- | 3212 | Demonstrative admitted 5/9/07 |
| PDX 106 | -- | 3213 | Demonstrative admitted 5/9/07 |
| PDX 107 | -- | 3229 | Revised demonstrative admitted 5/10/07 |
| 3 | -- | 3805 | Suburbia and Subsidiaries Consolidated Financial statements for period ended 3/31/80 - 3/31/79 |
| 4 | -- | 1258 | Letter (4/26/07) |
| 9 | -- | 3229 | Excerpt from Kaplan's Expert report |
| 10 | -- | 81 | FHLBB Annual Report 1980 |
| 11 | -- | 1263 | Letter (4/26/07) |

# EXHIBITS

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 12 | -- | 1268 | FHLBB evaluation |
| 16 | -- | 1269 | Letter (4/26/07) |
| 20 | -- | 4237 | FHLBB Report of Examination of Dollar Service Corp |
| 21 | -- | 1286 | Letter (4/26/07) |
| 22 | -- | 1275 | Letter (4/26/07) |
| 26 | -- | 1279 | Memo |
| 27 | -- | 1285 | Letter (4/26/07) |
| 28 | -- | 3813 | Suburbia Board of Directors Meeting minutes |
| 31 | -- | 1289 | Letter (4/26/07) |
| 35 | -- | 147 | Memo 4/19/07 |
| 36 | -- | 1294 | Letter (4/26/07) |
| 40 | -- | 4238 | FHLBB Report of Examination |
| 42 | -- | 191 | FHLBB Annual Report 1981 |
| 45 | -- | 1299 | Letter (4/26/07) |
| 52 | -- | 1301 | Letter (4/26/07) |
| 76 | -- | 1311 | Letter (4/26/07) |
| 83 | -- | 1180 | Speech by H. Brent Beesley |
| 90 | -- | 1508 | FHLBB Report of Examination for Fidelity |
| 102 | -- | 1314 | Letter (4/26/07) |
| 112 | -- | 1203 | Memo |
| 113 | -- | 149 | FHLBB Annual Report 1982 |
| 115 | -- | 1400 | Letter (4/27/07) |
| 121 | -- | 4120 | Letter from Robert Albanese |
| 132 | -- | 1342 | Memo (4/27/07) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 139 | -- | 3806 | 1983 Suburbia FHLBB Report of Examination |
| 145 | -- | 4124 | Letter from Bobby L. Hughes |
| 146 | -- | 4231 | FHLBB Report of Examination for 1983 (12/30/83) |
| 159 | -- | 1348 | Letter (4/27/07) |
| 163 | -- | 1352 | Letter (4/27/07) |
| 166 | -- | 4128 | Letter from Robert Albanese |
| 169 | -- | 1355 | Letter (4/27/07) |
| 180 | -- | 3807 | FHLBB Quarterly Financial Report for Fidelity as of 6/30/84 |
| 183 | -- | 1676 | Letter (4/30/07) |
| 184 | -- | 4130 | Letter from Robert Albanese |
| 185 | -- | 1363 | Letter (4/27/07) |
| 186 | -- | 1371 | Letter (4/27/07) |
| 197 | -- | 1373 | Suburbia application for Capital Assistance |
| 205 | -- | 1374 | Letter (4/27/07) |
| 210 | -- | 3349 | Memo 5/10/07 |
| 214 | -- | 4131 | Letter from Bobby L. Hughes |
| 232 | -- | 1376 | Supervisory (S) Memo |
| 237 | -- | 234 | Issues (I) Memo |
| 238 | -- | 238 | Executive summary |
| 253 | -- | 1657 | Assistance agreement between FSLIC and Fidelity |
| 268 | -- | 1521 | FSLIC/Fidelity Assistance agreement |
| 274 | -- | 1518 | Letter (4/27/07) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 277 | -- | 1121 | Memo (4/26/07) |
| 286 | -- | 1195 | FHLBB Annual Report 1983 |
| 289 | -- | 1041 | Letter (4/25/07) |
| 299 | -- | 3814 | FHLBB Quarterly Financial Report as of 12/31/84 |
| 303 | -- | 1391 | Memo (4/27/07) |
| 310 | -- | 4139 | Letter from Robert Albanese |
| 311 | -- | 1394 | Letter (4/27/07) |
| 313 | -- | 1044 | Letter (4/25/07) |
| 318 | -- | 1395 | Letter (4/27/07) |
| 335 | -- | 660 | FHLBB Report of Examination 7/5/1985 |
| 360 | -- | 1704 | Letter (4/30/07) |
| 370 | -- | 1512 | Memo (4/27/07) |
| 375 | -- | 3950 | FHLBB Annual Report 1985 |
| 383 | -- | 3840 | Officer profile Data of Vito Caporusso |
| 403 | -- | 681 | Fidelity Exec Committee Meeting Minutes |
| 427 | -- | 4142 | Letter from Bruno Greco |
| 433 | -- | 745 | Memo (4/24/07) |
| 436 | -- | 1780 | Letter (5/1/07) |
| 447 | -- | 358 | Fidelity Three-Year Business Plan (4/23/07) |
| 461 | -- | 2034 | Fidelity Investment Committee Meeting Materials 5/2/07 |
| 462 | -- | 767 | Letter (4/24/07) |
| 465 | -- | 368 | Letter (4/23/07) |

# E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 467 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 472 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 474 | -- | 2515 | Fidelity investment committee Meeting materials |
| 476 | -- | 1052 | Consolidated Financial statements and Auditor's Report |
| 477 | -- | 2049 | Fidelity Investment Committee Meeting minutes |
| 482 | -- | 1826 | Letter (5/1/07) |
| 483 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 486 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 493 | -- | 2515 | Fidelity investment committee meeting minutes |
| 497 | -- | 1834 | Fidelity investment committee meeting minutes |
| 501 | -- | 2114 | FDIC report of examination |
| 502 | -- | 752 | OTS Thrift Financial Report |
| 505 | -- | 2515 | Fidelity investment committee meeting minutes |
| 508 | -- | 1401 | Letter (4/27/07) |
| 509 | -- | 376 | OTS Report of Examination |
| 511 | -- | 1410 | Regulatory Release |
| 513 | -- | 2515 | Fidelity Investment committee agenda |
| 516 | -- | 1418 | Letter (4/27/07) |
| 519 | -- | 2087 | Fidelity Investment committee meeting minutes |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 520 | -- | 1419 | Memo (4/27/07) |
| 521 | -- | 2515 | Fidelity Investment committee meeting minutes |
| 526 | -- | 757 | Letter with exhibits |
| 527 | -- | 3815 | OTS Thrift Financial Report |
| 533 | -- | 793 | Fidelity Special Board of Directors meeting minutes |
| 538 | -- | 2515 | Fidelity Investment Committee meeting minutes |
| 539 | -- | 1437 | Letter (4/27/07) |
| 542 | -- | 1440 | Letter (4/27/07) |
| 545 | -- | 425 | Letter (4/23/07) |
| 549 | -- | 2100 | Fidelity Investment Committee Meeting Minutes |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 550 | -- | 1535 | Letter (4/27/07) |
| 556 | -- | 2104 | Fidelity Investment Committee meeting minutes |
| 557 | -- | 4621 | Letter from Walter Amend |
| 562 | -- | 434 | Letter (4/23/07) |
| 564 | -- | 2117 | Fidelity Investment committee meeting minutes |
| 569 | -- | 1054 | Reconciliation worksheet for Fidelity Goodwill |
| 590 | -- | 428 | Letter (4/23/07) |
| 591 | -- | 1450 | Letter (4/27/07) |
| 594 | 3901 | 3902 | Fidelity Rate Committee Meeting minutes |
| 608 | -- | 2515 | Fidelity Investment Committee meeting minutes |
| 611 | -- | 1457 | Letter (4/27/07) |
| 615 | -- | 2207 | Fidelity Investment committee meeting minutes |
| 618 | -- | 391 | Letter (4/23/07) |
| 620 | -- | 2221 | Fidelity Asset/Liability committee meeting minutes |
| 627 | -- | 453 | Letter (4/23/07) |
| 634 | -- | 2515 | Fidelity investment committee Meeting minutes |
| 643 | -- | 856 | Letter (4/25/07) |
| 647 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 648 | -- | 4624 | Letter from Walter Amend |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 655 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 659 | -- | 1460 | Letter (4/27/07) |
| 662 | -- | 2515 | Fidelity investment committee meeting materials |
| 666 | -- | 2450 | Redemption agreement between Fidelity and FDIC |
| 671 | -- | 461 | Fidelity Capital plan - Comparison of Plan Data to Actual Data |
| 679 | -- | 2272 | Fidelity Investment Committee Meeting Materials |
| 684 | -- | 461 | Letter (4/23/07) |
| 686 | -- | 464 | Letter (4/23/07) |
| 687 | -- | 1463 | Letter (4/27/07) |
| 689 | -- | 471 | Letter (4/23/07) |
| 691 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 692 | -- | 3884 | Fidelity Asset/Liability Committee Meeting Minutes |
| 701 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 703 | -- | 479 | Letter (4/23/07) |
| 706 | -- | 486 | Fidelity Comparison of Plan Data to actual Data |
| 707 | -- | 1056 | Consolidated Financial Statements for years ending 3/31/90 - 3/31/91 |
| 708 | -- | 3815 | OTS Thrift Financial Report |
| 711 | -- | 867 | OTS Report of Examination of Fidelity |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 714 | -- | 2278 | Fidelity Revised Securities and Investment Policy |
| 716 | -- | 483 | Letter (4/23/07) |
| 721 | -- | 2307 | Fidelity Investment Committee Meeting Minutes |
| 725 | -- | 486 | Letter (4/23/07) |
| 728 | -- | 2315 | Fidelity Investment Committee Meeting Minutes |
| 733 | -- | 488 | Memo (4/23/07) |
| 734 | -- | 875 | Memo (4/25/07) |
| 735 | -- | 513 | FDIC Report of Examination for Fidelity New York |
| 736 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 738 | -- | 4878 | Memo |
| 740 | -- | 496 | Fidelity Comparison of Plan Data to Actual Data |
| 744 | -- | 1890 | Letter (5/1/07) |
| 746 | -- | 495 | Letter (4/23/07) |
| 750 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 753 | -- | 4884 | Memo from John LaFalce |
| 759 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 763 | -- | 880 | Letter (4/25/07) |
| 766 | -- | 2335 | Fidelity Investment Committee Meeting |
| 770 | -- | 497 | OTS Report of Examination |
| 771 | -- | 3816 | OTS Thrift Financial Report |
| 773 | -- | 1892 | Letter (5/1/07) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 774 | -- | 1466 | Letter (4/27/07) |
| 781 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 785 | -- | 511 | Letter (4/23/07) |
| 787 | -- | 882 | Letter (4/25/07) |
| 788 | -- | 3817 | OTS Thrift Financial Report |
| 790 | -- | 513 | Letter (4/23/07) |
| 792 | -- | 3817 | OTS Thrift Financial Report |
| 793 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 795 | -- | 519 | Letter (4/23/07) |
| 798 | -- | 1898 | Letter (5/1/07) |
| 799 | -- | 3818 | OTS Thrift Financial Report |
| 802 | -- | 1904 | Letter (5/1/07) |
| 803 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 805 | -- | 1907 | Letter (5/1/07) |
| 806A | -- | 1471 | Letter (4/27/07) |
| 809 | -- | 3819 | OTS Thrift Financial Report |
| 812 | -- | 1911 | Letter (5/1/07) |
| 813 | -- | 529 | Letter (4/23/07) |
| 816 | -- | 2342 | Fidelity Investment Committee Meeting Minutes |
| 817 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 821 | -- | 530 | Letter (4/23/07) |
| 822 | -- | 1914 | Letter (5/1/07) |
| 825 | -- | 533 | OTS Examination Report |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 826 | -- | 1921 | Letter (5/1/07) |
| 827 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 830 | -- | 1474 | Letter (4/27/07) |
| 839 | -- | 2348 | Fidelity Investment Committee Meeting Minutes |
| 841 | -- | 1922 | Letter (5/1/07) |
| 844 | -- | 546 | Fidelity Comparison of Capital Plan Data to actual Data |
| 845 | -- | 538 | Letter (4/23/07) |
| 847 | -- | 539 | Letter (4/23/07) |
| 851 | -- | 558 | OTS Report of Examination Fidelity New York |
| 852 | -- | 540 | Letter (4/23/07) |
| 860 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 864 | -- | 546 | Letter (4/23/07) |
| 866 | -- | 547 | Letter (4/23/07) |
| 872 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 874 | -- | 909 | Supervisory Agreement between OTS and Fidelity |
| 876 | -- | 551 | Letter (4/23/07) |
| 877 | -- | 1478 | Letter (4/27/07) |
| 881 | -- | 1481 | Letter (4/27/07) |
| 882 | -- | 1923 | Letter (5/1/07) |
| 884 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 886 | -- | 1930 | Letter (5/1/07) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 887 | -- | 3500 | Consolidated Financial Statements and Auditor's Report for 3/31/92 and 1991 |
| 890 | -- | 4640 | Letter from William Wesp |
| 891 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 894 | -- | 556 | Letter (4/23/07) |
| 895 | -- | 4642 | Letter from Walter Amend |
| 899 | -- | 2351 | Letter (5/3/07) |
| 901 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 904 | -- | 1817 | Letter (5/1/07) |
| 909 | -- | 2357 | Fidelity Investment Committee Meeting Minutes |
| 912 | -- | 1485 | Report (4/27/07) |
| 914 | -- | 575 | Fidelity Capital Plan Comparison of Plan Data to Actual Data |
| 915 | -- | 581 | Salomon Brothers presentation |
| 919 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 923 | -- | 574 | Letter (4/24/07) |
| 927 | -- | 1491 | Memo (4/27/07) |
| 930 | -- | 2361 | Fidelity Investment Committee Meeting Minutes |
| 932 | -- | 1489 | Letter (4/27/07) |
| 937 | -- | 594 | Salomon Brothers presentation |
| 941 | -- | 594 | Fidelity Board of Directors Meeting Materials |
| 943 | -- | 597 | Fidelity Special Board of Directors Meeting Minutes (page 1) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 946 | -- | 2366 | Fidelity Investment Committee Meeting Materials |
| 949 | -- | 1057 | Consolidated Financial Statements and Independent Auditors Report for Fidelity 3/31/91, 1992 and period ending 12/31/92 |
| 950 | -- | 531 | Fidelity Comparison of Capital Plan Data to Actual Data |
| 954 | -- | 2369 | Fidelity Investment Committee Meeting Minutes |
| 958 | -- | 577 | Letter (4/24/07) |
| 964 | -- | 2489 | Application for 1993 Conversion |
| 965 | -- | 599 | Letter (4/24/07) |
| 966 | -- | 4657 | Memo from Robert Francis Baffour |
| 967 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 970 | -- | 1492 | Memo (4/27/07) |
| 974 | -- | 601 | Letter (4/24/07) |
| 976 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 986 | -- | 602 | Fidelity Subscription Offering Circular. |
| 991 | -- | 620 | Fidelity 10-Q for 3/31/93 |
| 995 | -- | 633 | FDIC Report of Examination for Fidelity New York 4/5/1993 |
| 996 | -- | 2372 | OTS Examination of Fidelity |
| 1005 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1010 | -- | 611 | Fidelity Board of Directors Resolution |
| 1012 | -- | 617 | Letter (4/24/07) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1013 | -- | 653 | OTS Examination Report for Fidelity 4/5/93 - 6/3/93 |
| 1015 | -- | 618 | Letter (4/24/07) |
| 1017 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1018 | -- | 1498 | OTS Docket No. 0650 |
| 1020 | -- | 630 | Letter (4/24/07) |
| 1021 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1027 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1029 | -- | 978 | Letter (4/25/07) |
| 1031 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1035 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1038 | -- | 635 | Letter (4/24/07) |
| 1043 | -- | 2383 | Fidelity Investment Committee Meeting Minutes |
| 1044 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1045 | -- | 2386 | Fidelity Investment Committee Meeting Minutes |
| 1048 | -- | 4479 | Astoria Annual Report |
| 1056 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1058 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1061 | -- | 2387 | Fidelity Investment Committee Meeting Minutes |
| 1065 | -- | 636 | OTS Examination Report for Fidelity for 5/31/94 - 7/29/94 |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1066 | -- | 3820 | OTS Thrift Financial Report for Fidelity |
| 1070 | -- | 2793 | Letter (5/8/07) |
| 1071 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 1072 | -- | 936 | Fidelity Board of Directors Meeting Materials |
| 1076 | -- | 5243 | Information Filing from H-Res |
| 1078 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1080 | -- | 929 | OTS Report of Examination Fidelity New York 5/31/94 |
| 1081 | -- | 934 | 1994 Fidelity Business Plan |
| 1085 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1100 | -- | 938 | Salomon Brothers Presentation |
| 1107 | -- | 639 | Astoria Board of Directors Meeting Minutes |
| 1108 | -- | 640 | Fidelity Board of Directors Special Meeting Minutes |
| 1109 | -- | 641 | Fidelity Form 8-K |
| 1113 | -- | 644 | Astoria Press Release |
| 1117 | -- | 2393 | Fidelity Investment Committee Meeting Minutes |
| 1118 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 1119 | -- | 644 | Fidelity Press Release |
| 1120 | -- | 4585 | Investor Conference Call presentation |
| 1126 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 1140 | -- | 2515 | Fidelity Investment Committee Meeting Materials |
| 1148 | -- | 3822 | Form 10-Q Filed with OTS for Fidelity |
| 1155 | -- | 941 | Fidelity Proxy Statement for special meeting |
| 1162 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1166 | -- | 2396 | News Release |
| 1170 | -- | 5261 | Letter from Astoria |
| 1177 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |
| 1186 | -- | 4491 | Astoria 10-K |
| 1187 | -- | 2515 | Fidelity Investment Committee Meeting Minutes |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1190 | -- | 4492 | Astoria Financial 1994 Annual Report |
| 1191 | -- | 960 | Memo (4/25/07) |
| 1209 | -- | 5263 | Astoria Board of Directors Meeting Minutes |
| 1218 | -- | 3824 | OTS Thrift Financial Report for quarter of December 1984 for Fidelity New York |
| 1224 | -- | 3631 | Astoria Board of Directors Meeting Minutes |
| 1227 | -- | 2806 | OTS Report on Astoria |
| 1228 | -- | 3634 | 1995 Astoria Annual Report |
| 1230 | -- | 2812 | Letter (5/8/07) |
| 1241 | -- | 1644 | FHLBB Report of Examination ad Correspondence |
| 1242 | -- | 1671 | FHLBB Report of Examination and Correspondence |
| 1243 | -- | 193 | FHLBB Institution Analysis 1984; Suburbia FS&LA/Fidelity New York FA |
| 1245 | -- | 3301 | Proposed Merger Plan Fidelity, Suburbia Federal Savings and Loan Association |
| 1247A | -- | 1026 | KPMG Work Papers from 1988 Audit |
| 1247B | -- | 1031 | KPMG Work Papers from 1988 Audit |
| 1247C | -- | 1037 | KPMG Work Papers from 1988 Audit |
| 1247D | -- | 1042 | KPMG Work Papers from 1988 Audit |
| 1249 | -- | 925 | Fidelity New York 1993 Annual Report |
| 1270A | -- | 578 | Correspondence (4/24/07) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1270B | -- | 609 | Correspondence (4/24/07) |
| 1273 | -- | 889 | Supervisory Agreement and Letter |
| 1274 | -- | 4679 | 12/30/90 TFR |
| 1283 | -- | 1049 | Consolidated Financial Statements and Schedules for Fidelity New York |
| 1284 | -- | 1055 | Consolidated Financial Statements and Schedules for Fidelity New York |
| 1285 | -- | 1055 | Consolidated Financial Statemens and Schedules for Fidelity New York |
| 1287 | -- | 3808 | Suburbia Consolidated Financial Statements and Schedules |
| 1288 | -- | 3809 | Suburbia Consolidated Financial Statements and Schedules |
| 1289 | -- | 3810 | Suburbia Consolidated Financial statements and schedules |
| 1290 | -- | 3811 | Suburbia Consolidated Financial Statements and schedules |
| 1299 | -- | 4679 | 9/30/90 TFR |
| 1312 | -- | 2770 | FIRREA implementing regulations |
| 1314A | -- | 2693 | Final Expert report of Dr. Donald M. Kaplan with corrected exhibits 1-22 |
| 1316 | -- | 3812 | Suburbia FS&LA Thrift Financial Report |
| 1317 | -- | 3825 | Fidelity New York Quarterly Financial Report |
| 1318 | -- | 4679 | Fidelity NY Thrift Financial Report |
| 1321 | -- | 3015 | Veribanc Inc Thrift Financial Reports CD-ROM, 1979-1999 |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1322 | -- | 3016 | OTS 1998 Fact Book - Thrift Data |
| 1323 | -- | 1058 | Fidelity New York Consolidated Financial Statements |
| 1332 | -- | 2006 | Investment Committee Meeting Minutes |
| 1333 | -- | 2010 | Investment Committee Meeting Minutes |
| 1336 | -- | 90 | Hearings before the Committee on Banking, Housing, Urban Affairs, the HOR, First Session. Excerpts pages: Cover Page and pgs 34-63 |
| 1337 | -- | 121 | Hearings before a Senate Subcommittee on the Committee on Government Operations, House of Representatives |
| 1339 | -- | 140 | Transcript from Subcommittee on Housing and Community Development |
| 1341 | -- | 93 | Hearings before Subcommittee of Committee on Appropriations of the Senate 11 R Bill 6956 part 2. Excerpt pages: Cover page and pgs 1230-1267 |
| 1350 | -- | 143 | Statement of Richard T.Pratt. Chairman of FHLBB |
| 1352 | -- | 101 | Agenda for Reform |
| 1352A | -- | 101 | Agenda for Reform |
| 1352B | -- | 101 | Agenda for Reform |
| 1357 | -- | 3001 | Plaintiff's Deposition Designations for Bruno Greco |
| 1358 | -- | 2857 | Plaintiff's Depo Designations for Andrew Kane, Jr |
| 1359 | -- | 2857 | Plaintiff's Depo Designations for Christopher Quackenbush |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2000 | 5875 | 5875 | (For identification purpose) |

## EXHIBITS

| DEFENDANTS EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 5 | -- | 3526 | Document (Kaplan witness admitted 5/11/07) |
| 6 | -- | 4447 | Astoria's September 25, 1989 OTS report of examination |
| 19 | -- | 5274 | Astoria's September 20, 1995 board of directors meeting minutes |
| 32 | -- | 4522 | AFC's 1996 annual report |
| 34 | -- | 3627 | Minutes to Astoria's 7/19/95 Board of Directors meeting (Kaplan witness admitted 5/11/07) |
| 63 | -- | 1684 | Document to Fidelity (Lovely witness admitted 4/30/07) |
| 69A | -- | 686 | Report of examination from the Federal Home Loan Bank (Powderly witness admitted 4/24/07) |
| 73 | -- | 786 | Board of Directors Minutes meeting (Powderly witness admitted 4/24/07) |
| 75 | -- | 791 | Fidelity Board of Directors minutes meeting (Powderly witness admitted 4/24/07) |
| 78 | -- | 404 | Capital plan document (Powderly witness admitted 4/23/07) |
| 84 | -- | 857 | Fidelity Board minutes (Powderly witness admitted 4/25/07) |
| 86 | -- | 863 | Minutes of Board of Directors meeting, 5/15/91 (Powderly witness admitted 4/25/07) |
| 108 | -- | 886 | Fidelity meeting minutes, 5/20/92 (Powderly witness admitted 4/25/07) |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 144 | -- | 2094 | Minutes of the asset and liability committee meeting, 2/20/90 (Wesp witness admitted 5/2/07) |
| 197 | -- | 3941 | 1984 Report |
| 216 | -- | 4514 | Asset-liability management committee meeting minutes from May 15, 1995 |
| 219 | -- | 4506 | Minutes of Astoria's asset and liability committee meeting dated August 14, 1995 |
| 221 | -- | 4516 | Minutes of Astoria's assets and liability committee meeting dated October 13, 1995 |
| 233 | -- | 4696 | October 15, 1999 report or memo from examiner Christopher Dunn to Mr. Lavelle |
| 236 | -- | 4699 | Examination as of March 12, 2001 of Astoria Federal Savings and Loan Association. |
| 241 | -- | 4701 | Responsibilities with respect to Astoria for exam as of September 22, 2003? |
| 244 | -- | 4702 | Report of examination of Astoria as of 12/13/04 |
| 246 | -- | 4704 | February 21, 2006 report of examination |
| 249 | -- | 4230 | Report of examination in 1986 |
| 251A | -- | 4541 | Board of Directors meeting minutes (12/19/90) |
| 252A | -- | 4541 | Board of Directors meeting minutes (1/16/91) |
| 253 | -- | 4038 | Mr. Engleke documents |
| 254A | -- | 4541 | Board of Directors meeting minutes on July 17, 1991. |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 254B | -- | 4541 | Memo to Board of Directors (7/17/91 ) |
| 255A | -- | 4541 | Board of Directors meeting minutes (12/18/91) |
| 256B | -- | 4541 | Annual meeting minutes (3/18/92) |
| 257A | -- | 4541 | Board of Directors meeting (4/15/92) |
| 257B | -- | 4541 | Letter from Engleke to Ketcha (3/30/92) |
| 258A | -- | 4541 | Board of Directors meeting minutes (8/19/92) |
| 259A | -- | 4541 | Annual meeting (3/17/93) |
| 259B | -- | 4541 | Report from President of Astoria (12/31/92) |
| 260A | -- | 4541 | Board of Director meeting (3/17/92) |
| 269 | -- | 3636 | Astoria's annual report and form 10-K for year 2000 (Kaplan witness admitted 5/11/07) |
| 273 | -- | 3669 | Astoria's annual report for 2001 (Kaplan witness admitted 5/14/07) |
| 277 | -- | 3640 | Astoria's annual report for 2002 and Form 10-K (Kaplan witness admitted 5/11/07) |
| 281 | -- | 3642 | Astoria's annual report for 2003 (Kaplan witness admitted 5/11/07) |
| 285 | -- | 4577 | AFC 2004 Form 10-K |
| 289 | -- | 3699 | Form 10-K for fiscal year ending 12/31/05 (Kaplan witness admitted 5/14/07) |

## E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 294 | -- | 1525 | Fidelity/Suburbia merger memo (Vigna witness admitted 4/27/07) |
| 355A | -- | 1818 | Page 1705 of transcript, lines 17-18 (Lovely witness admitted 5/1/07) |
| 362A | -- | 1253 | Letter dated 3/14/80 to Board of Directors of Suburbia Federal (Vigna witness admitted 4/26/07) |
| 373A | -- | 1303 | Letter from Mr. Kane regarding consent resolution (Vigna witness admitted 4/26/07) |
| 406A | -- | 217 | A Memo (Spaid witness admitted 4/20/07) |
| 507 | -- | 5034 | Copy of Dr. Rochester's report (no handwriting) |
| 512 | -- | 257 | One-Year treasury constant maturity rate (Spaid witness admitted 4/20/07) |
| 513 | -- | 257 | Three-Year treasury constant maturity rate (Spaid witness admitted 4/20/07) |
| 514 | -- | 257 | Sixth-month Treasury constant maturity rate (Spaid witness admitted 4/20/07) |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 537 | -- | 745 | Page from Federal Register, 12/15/88 (Powderly witness admitted 4/24/07) |
| 538 | -- | 1129 | Original pronouncements of accounting standards (Teurfs witness admitted 4/26/07) |
| 539 | -- | 2042 | Investment committee meeting minutes, 3/13/89 (Wesp witness admitted 5/2/07) |
| 544 | -- | 4865 | Astoria Financial Corporation's October 26, 2004 Form 8-K and report of unscheduled material events or corporate changes. |
| 548 | -- | 4287 | Letter from Fidelity to the Federal Home Loan Bank of New York |
| 549 | -- | 4265 | Supervisory agent institution rating |
| 557 | -- | 2767 | FIRREA legislation copy (Vigna witness admitted 5/8/07) |
| 581 | -- | 2178 | Current CV (Kennedy witness admitted 5/22/07) |
| 581A | -- | 5211 | Response to Kaplan affidavit (8/20/03) |
| 581B | -- | 5212 | David A. Kennedy CV |
| 587 | -- | 5313 | Group of historic summaries of deposits for Astoria as reported to the FDIC. |
| 589 | -- | 2169 | 1989 purchases and sales transactions (Wesp witness admitted 5/3/07) |
| 590 | -- | 2122 | Transactions sheets for Fidelity security transactions (Wesp witness admitted 5/2/07) |
| 591 | -- | 2157 | 1991 transactions sheets (Wesp witness admitted 5/3/07) |

## E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 592 | -- | 2168 | 1992 transactions based on purchases and sales of mortgage-backed securities (Wesp witness admitted 5/3/07) |
| 593 | -- | 2169 | 1993 transactions (Wesp witness admitted 5/3/07) |
| 594 | -- | 2181 | Rate committee meeting minutes |
| 595 | -- | 2184 | Rate committee meeting (6/5/90) |
| 597 | -- | 1703 | Robert Albanese letter (Love witness admitted 4/30/07) |
| 599 | -- | 2186 | Memo to Mr. Sievewright (Albanese witness admitted 5/16/07) |
| 602 | -- | 4140 | Robert Albanese letter to Mr. Lovely (11/16/87) |
| 614 | -- | 5117 | Peter Finn letter to NY State Department of Taxation and Finance (4/26/96) |
| 620 | -- | 3857 | Sale of student loans memo (Caporusso witness admitted 5/14/07) |
| 622 | -- | 3927 | Fidelity interoffice memo dated 3/7 from Dan Hueglin to Ann Assante. |
| 627 | -- | 1982 | Outstanding Ginnie Mae and Freddie Mac claims pending (Wesp witness admitted 5/2/07) |
| 628 | -- | 1927 | OTS memo regarding Freddie Mac ARMs sale (Wesp witness admitted 5/1/07) |
| 630 | -- | 3863 | Thomas Powderly memo (Caporusso witness admitted 5/14/07) |
| 641 | -- | 1902 | Short letter to Mr. Amend (Wesp witness admitted 5/1/07) |
| 647 | -- | 4125 | Robert Albanese letter to Mr. Nightingale (4/6/84) |

## E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 650 | -- | 4677 | Schedule of aggregate annual provisions for losses and year-end valuation allowances for the years ended December 31, 1985 through December 31, 1994. |
| 654 | -- | 5037 | Supplemental update (2/8/07) |
| 657 | -- | 3260 | Federal Reserve statistical release document (Kaplan witness admitted 5/10/07) |
| 665 | -- | 3409 | Regulatory handbook for thrift activities by OTS (Kaplan witness admitted 5/10/07) |
| 666 | --- | 3414 | Handbook excerpt to Frank Fabozzi (Kaplan witness admitted 5/10/07) |
| 671 | -- | 3918 | Memo to the rate committee |
| 674 | -- | 3921 | September 25, 1990 memo from Andrew Jarchin to the management asset-liability committee |
| 680 | -- | 3922 | April 29, 1991 memo from Andrew Jarchin to management asset-liability committee |
| 687 | -- | 1444 | 5/8/90 letter to Nicholas Ketcha (Vigna witness admitted 4/27/07) |
| 701 | -- | 4672 | Fidelity aggregate losses with respect to Glick Bayside mall associates loan |
| 703 | -- | 4671 | Summary exhibit from OTS (represents a loss estimate on the Glick 14th Street property that bank suffered) |
| 1105 | -- | 1594 | Thomas Dixon Lovely document (admitted 4/30/07) |

# E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1106 | -- | 1594 | Consent order of prohibition (Lovely witness admitted 4/30/07) |
| 1107 | -- | 2819 | Stipulation and consent to issuance of consent order (Vigna witness admitted 5/8/07) |
| 1108 | -- | 2820 | Part of stipulation in exhibit 1107 (Vigna witness admitted 5/8/07) |
| 1147 | -- | 5659 | Dr. Andrew Carron expert report |
| 1147A | -- | 5633 | Dr. Andrew Carron resume |
| 1150 | -- | 5210 | David A. Kennedy expert report |
| 1199 | -- | 3761 | Fidelity's 1993 annual report (Kaplan witness admitted 5/14/07) |
| 1203 | -- | 728 | 1988 corporate goals (Powderly witness admitted 4/24/07) |
| 1411 | -- | 2763 | Regulatory Plan Report Retrieval (Vigna witness admitted 5/8/07) |
| 1415 | -- | 4634 | Cover letter to PX 711 exam |
| 1427 | -- | 505 | Amend documents (Powderly witness admitted 4/23/07) |
| 1448 | -- | 2795 | (No description) (Vigna witness admitted 5/8/07) |
| 1501 | -- | 4679 | 6/30/90 TFR |
| 1516 | -- | 4679 | 3/31/90 TFR |
| 1520 | -- | 4679 | 6/30/90 TFR |
| 1526 | -- | 4679 | 9/30/90 TFR |
| 1532 | -- | 4679 | 12/31/90 TFR |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1534 | -- | 4679 | 12/90 TFR |
| 1544 | -- | 4679 | 3/31/90 TFR |
| 1546 | -- | 4679 | 3/91 TFR |
| 1558 | -- | 4679 | 6/91 TFR |
| 1595 | -- | 4679 | 3/31/92 TFR |
| 1607 | -- | 4679 | 6/30/92 TFR |
| 1615 | -- | 4679 | 9/30/92 TFR |
| 1617 | -- | 4679 | 9/30/92 TFR |
| 1627 | -- | 3740 | Lost profits growth (Kaplan witness admitted 5/14/07) |
| 1641 | -- | 4679 | 3/31/93 TFR |
| 1651 | -- | 4679 | 6/30/93 TFR |
| 1654 | -- | 4679 | 9/30/93 TFR |
| 1657 | -- | 4679 | 12/31/93 TFR |
| 1661 | -- | 4679 | 3/31/94 TFR |
| 1670 | -- | 4679 | 6/30/94 TFR |
| 1671 | -- | 4679 | 9/94 TFR |
| 1674 | -- | 4679 | 12/31/94 TFR |
| 1842 | -- | 3662 | Astoria's 1997 annual report (Kaplan witness admitted 5/14/07) |
| 1844 | -- | 4554 | AFC 1998 Annual report |
| 1845 | -- | 3665 | Astoria's 1999 annual report (Kaplan witness admitted 5/14/07) |
| 1937 | -- | 4409 | Astoria's audited consolidated financial statements 12/31/89 and 12/31/90 |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1945 | -- | 2416 | 1/90 Capital Plan (Wesp witness admitted 5/4/07) |
| 1949 | -- | 4446 | Astoria Federal Savings Business Plan (12/91) |
| 1986 | -- | 1341 | Andrew Kane letter (Vigna witness admitted 4/27/07) |
| 1988 | -- | 1396 | Letter to Board of Directors 3/22/83 (Vigna witness admitted 4/27/07) |
| 2024 | -- | 4430 | Mr. Redman memo (4/19/90) |
| 2035 | -- | 458 | Angela Vigna letter (Powderly witness admitted 4/23/07) |
| 2053 | -- | 2842 | Risk exposure document (Vigna witness admitted 5/8/07) |
| 2102 | -- | 2800 | Angelo Vigna letter (admitted 5/8/07) |
| 2104 | -- | 2801 | Frank Baffour internal memo (Vigna witness admitted 5/8/07) |
| 2111 | -- | 2802 | Astoria letter, 4/25/95 (Vigna witness admitted 5/8/07) |
| 2112 | -- | 2803 | Francis Baffour internal memo (Vigna witness admitted 5/8/07) |
| 2119 | -- | 2804 | Letter dated 12/22/95 to Frank Vigna ( admitted 5/8/07) |
| 2297 | -- | 1700 | Minutes of Board of Directors meeting, 11/20/85 (Lovely witness admitted 4/30/07) |
| 2321 | -- | 1986 | Meeting minutes of investment committee, 9/14/88 (Wesp witness admitted 5/2/07) |
| 2324 | -- | 1991 | Minutes of investment committee, 10/19/88 (Wesp witness admitted 5/2/07) |
| 2329 | -- | 2515 | (No description given) (Wesp witness admitted 5/4/07) |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2334 | -- | 773 | Fidelity Board of Director meeting minutes, 1/18/89 (Powderly witness admitted 4/24/07) |
| 2336 | -- | 2039 | Investment committee meeting minutes 2/13/89 (Wesp witness admitted 5/2/07) |
| 2338 | -- | 779 | Board of Directors meeting minutes 2/15/89 (Powderly witness admitted 4/24/07) |
| 2341 | -- | 4364 | 3/15/89 annual meeting minutes |
| 2343A | -- | 843 | (No description) (Powderly witness admitted 4/25/07) |
| 2345 | -- | 3531 | Fidelity investment committee agenda (Kaplan witness admitted 5/11/07) |
| 2346 | -- | 4366 | 4/19/89 Board of Directors meeting |
| 2347 | -- | 782 | Board of Directors meeting minutes 4/19/89 (Powderly witness admitted 4/24/07) |
| 2348 | -- | 2063 | Investment committee minutes 5/15/89 (Wesp witness admitted 5/2/07) |
| 2350 | -- | 4368 | 5/17/89 Board of Directors meeting minutes |
| 2351 | -- | 2065 | Investment committee meeting minutes 6/19/89 (Wesp witness admitted 5/2/07) |
| 2353 | -- | 785 | Board of Director meeting minutes, 6/21/89 (Powderly witness admitted 4/24/07) |
| 2355 | -- | 4369 | 6/23/89 Board of Directors meeting minutes |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2356 | -- | 2067 | Minutes of Investment committee 7/14/89 (Wesp witness admitted 5/2/07) |
| 2363 | -- | 2068 | Investment committee meeting minutes, 8/15/89 (Wesp witness admitted 5/2/07) |
| 2368 | -- | 2515 | (No description given) (Wesp witness admitted 5/4/07) |
| 2371 | -- | 2075 | Investment committee meeting minutes 10/16/89 (Wesp witness admitted 5/2/07) |
| 2379 | -- | 2084 | Investment committee meeting minutes 11/13/89 (Wesp witness admitted 5/2/07) |
| 2380 | -- | 2515 | (No description given) (Wesp witness admitted 5/4/07) |
| 2399 | -- | 4450 | 2/21/91 Board of Directors meeting minutes |
| 2428 | -- | 2191 | Minutes of Asset-Liability committee (Wesp witness admitted 5/3/07) |
| 2441 | -- | 2209 | Investment committee meeting minutes 8/10/89 (Wesp witness admitted 5/3/07) |
| 2448 | -- | 2216 | Minutes of Asset-Liability committee, 8/28/90 (Wesp witness admitted 5/3/07) |
| 2450 | -- | 2224 | Investment committee meeting minutes, 9/17/90 (Wesp witness admitted 5/3/07) |
| 2454 | -- | 2229 | Investment committee meeting minutes, 10/15/90 (Wesp witness admitted 5/3/07) |
| 2460 | -- | 2234 | Asset and Liability committee meeting, 11/13/90 (Wesp witness admitted 5/3/07) |

# E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2463 | -- | 2249 | Investment committee meeting minutes, 11/19/90 (Wesp witness admitted 5/3/07) |
| 2466 | -- | 2251 | Asset-Liability committee meeting minutes, 11/27/90 (Wesp witness admitted 5/3/07) |
| 2467 | -- | 2256 | Asset-Liability committee meeting minutes, 12/4/90 (Wesp witness admitted 5/3/07) |
| 2470 | -- | 2260 | Investment committee meeting minutes, 12/17/90 (Wesp witness admitted 5/3/07) |
| 2472 | -- | 2266 | Asset-Liability committee meeting minutes, 12/18/90 (Wesp witness admitted 5/3/07) |
| 2475 | -- | 2268 | Asset-Liability committee minutes, 1/8/91 (Wesp witness admitted 5/3/07) |
| 2478 | -- | 2290 | Asset-Liability committee minutes, 1/15/91 (Wesp witness admitted 5/3/07) |
| 2485 | -- | 5249 | 2/8/91 asset-liability management committee meeting minutes |
| 2486 | -- | 2294 | Asset-Liability committee meeting minutes, 2/12/91 (Wesp witness admitted 5/3/07) |
| 2487 | -- | 2294 | Investment committee meeting minutes, 2/15/89 (Wesp witness admitted 5/3/07) |
| 2492 | -- | 2302 | Asset-Liability committee meeting minutes, 3/5/91 (Wesp witness admitted 5/3/07) |
| 2500 | -- | 2303 | 4/2/91 asset-liability committee meeting minutes |
| 2510 | -- | 2313 | 5/7 asset-liability minutes |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2516 | -- | 2316 | 6/4/91 asset-liability committee meeting minutes |
| 2522 | -- | 2319 | 6/18/91 asset-liability committee meeting minutes |
| 2525 | -- | 2320 | 7/2/91 asset-liability committee meeting minutes |
| 2539 | -- | 2324 | 8/16/91 investment committee minutes |
| 2541 | -- | 2328 | 8/17/91 investment committee minutes |
| 2582 | -- | 2345 | 1/14/92 asset-liability committee meeting minutes |
| 2590 | -- | 5250 | 2/12/92 asset-liability committee meeting minutes |
| 2595 | -- | 2346 | 3/11/92 asset-liability committee meeting minutes |
| 2602 | -- | 5251 | 4/10/92 asset-liability committee meeting minutes |
| 2633 | -- | 2366 | 10/20/92 asset-liability committee meeting minutes |
| 2647 | -- | 2370 | 2/9/93 asset-liability committee meeting minutes |
| 2744 | -- | 2394 | Minutes of Investment committee (9/21/94) |
| 2748 | -- | 952 | 10/17/94 Board of Directors meeting |
| 2755 | -- | 2401 | 11/16/94 Investment committee meeting minutes |
| 2758 | -- | 954 | 11/16/94 Minutes of Special Meeting of Stockholders |
| 2772 | -- | 3624 | 3/15/95 Board of Directors meeting minutes |
| 2776 | -- | 3626 | 6/21/95 Board of Directors meeting minutes |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 2781 | -- | 3632 | 10/18/95 Board of Directors meeting minutes |
| 2823 | -- | 5276 | 12/13/96 asset-liability committee meeting minutes |
| 2904 | -- | 4530 | 12/16/98 Board of Directors meeting minutes |
| 2917 | -- | 4556 | 7/16/99 asset-liability committee meeting minutes |
| 2931 | -- | 1585 | Howard J. Levitz affidavit |
| 2953 | -- | 536 | Walter Amend letter to Fidelity Board of Directors (3/26/92) |
| 2962 | -- | 2789 | AFC Prospectus |
| 2965 | -- | 4586 | 11/16/94 Fidelity proxy statement |
| 2971 | -- | 2051 | Thrift Bulletin 13 |
| 2971A | -- | 2051 | Appendix to Thrift Bulletin 13 |
| 2983 | -- | 2481 | Regulatory compliance document |
| 3017 | -- | 4478 | Application for conversion document |
| 3026 | -- | 675 | Federal Home Loan Bank Board, Office of Examinations and Supervision 7/25/86 |
| 3027 | -- | 4288 | Report of examination |
| 3031 | -- | 4021 | Copy of the FDIC's exam report of for period ending 12/31/89 |
| 3033 | -- | 4440 | 4/29/91 OTS report of examination |
| 3034 | -- | 4026 | FDIC exam report for period ending 6/17/91 |
| 3038 | -- | 4521 | AFC 1995 10K |
| 3048 | -- | 4688 | 1/21/97 examination |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 3050 | -- | 4689 | Holding Company document |
| 3051 | -- | 4691 | 7/13/98 examination |
| 3053 | -- | 4708 | 2000 OTS Fact Book |
| 3054 | -- | 5744 | Plight of Thrift institutions book |
| 3070 | -- | 4864 | 12/31/93 10-K |
| 3071 | -- | 916 | Office of Thrift Supervision, Washington, D.C., form 10-K, annual report, 12/31/93 Fidelity New York |
| 3080 | -- | 3615 | 10-Q for quarter ending 5/31/95 |
| 3083 | -- | 4866 | 1995 10-K |
| 3109 | -- | 4563 | 2000 Form 10-K |
| 3110 | -- | 3690 | 10-K for fiscal year ending 12/31/01 |
| 3111 | -- | 3697 | 10-K for fiscal year ending 12/31/02 |
| 3112 | -- | 4571 | 2003 10-K |
| 3113 | -- | 1305 | Mr. O'Connell memo regarding Suburbia (7/8/82) |
| 3117 | -- | 1332 | 1/18/83 letter from Donald L. Thomas to Angelo A. Vigna |
| 3118 | -- | 1335 | 1/20/83 letter from John Hall of Washington law firm of Muldoon Murphy Bray & Faucette. |
| 3119 | -- | 1337 | Letter from Maurice Kincaid to Angelo A. Vigna (1/21/83) |
| 3120 | -- | 1339 | Letter from Vincent H. Crawford to Angelo A. Vigna (1/21/83) |
| 3128 | -- | 4118 | 5/19/83 letter from Robert Albanese to Andrew Kane |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 3141 | -- | 4122 | 11/1/83 letter from Robert Albanese to Andrew Kane |
| 3148 | -- | 1514 | Proposed merger plan |
| 3159 | -- | 2754 | Net worth certificate |
| 3172 | -- | 4132 | 10/4/84 letter from Robert Albanese to Mr. Nightingale |
| 3187 | -- | 2753 | Application for net worth certificates |
| 3205 | -- | 1652 | Fidelity 1984 tax return |
| 3219 | -- | 4679 | 6/30/84 TFR Report |
| 3233 | -- | 4679 | 6/30/89 TFR Report |
| 3237 | -- | 4381 | Office of Thrift Supervision, thrift financial report, statement of condition, schedule SC, Marc 1990 |
| 3270 | -- | 4865 | Schedule SC statement of condition for its 1995 thrift financial report, March 1995 |
| 3330 | -- | 877 | FDIC report of examination for Fidelity New York FSB, 6/11/91 |
| 3332 | -- | 4030 | Copy of the FDIC exam report of period 6/1/92 |
| 3344 | -- | 3889 | Lending activity board minutes |
| 3348 | -- | 783 | Minutes of the board of directors meeting, 5/17/89 |
| 3357 | -- | 4907 | Review of Astoria's CMO portfolio as of the end of 1994. |
| 3358 | -- | 4910 | Summary of interest rate risk involving Neal F. Moran and Peter Dietrich |
| 3359 | -- | 4918 | Memo from Neal F. Moran to David Dorgan (7/6/95) |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 3361 | -- | 4920 | Memo involving June 1995 quarter (10/25/95) |
| 3371 | -- | 2781 | 1/26/93 letter to Fidelity Board, re: Termination of Supervisory Agreement |
| 3389 | -- | 5876 | 10/30/89 document to Robert Albanese regarding Albanese examination dated 9/25/89 |
| 3407 | -- | 3755 | Thrift Bulletin 48 (9/6/90) "Guidelines for implementation of 12 CFR parts 502 and 563d pertaining to assessments." |
| 3453 | -- | 5660 | Rebuttal expert report of Andrew S. Carron (4/15/05) |
| 3478 | -- | 2337 | Investment committee meeting minutes (10/11/91) |
| 3479 | -- | 2340 | Unidentified document (left out from 12/91 investment committee minutes) |
| 3481 | -- | 5348 | Demonstrative with Dr. Kaplan |
| 3484 | -- | 3417 | 10-year historical chart displaying constant maturity Treasury rates versus mortgage refinancing |
| 3488 | -- | 5629 | Greco deposition designations |
| 3489 | -- | 4870 | Christopher Quackenbush designation |
| 3490 | -- | 4869 | Andrew Kane designation |
| 3491 | -- | 4867 | Henry Drewitz designation |
| 4000 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4001 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 4002 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4003 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4004 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4005 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4006 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4007 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4008 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4009 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 4010 | -- | 5040 | Demonstrative (offered as a book by Brian Mizoguchi, Esquire) |
| 5000 | -- | 5214 | Summary of Dr. Kaplan's damage calculations |
| 5001 | -- | 5218 | Demonstrative to calculate Dr. Kaplan's formula for premerger lost profits) |
| 5002 | -- | 5221 | Dr. Kaplan's support for 80 basis point spread |
| 5003 | -- | 5227 | Graphical depiction of 153 basis points |

# E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 5004 | -- | 5228 | First opinion regarding lost profits and premerger lost profits |
| 5005 | -- | 5338 | Graphical depiction of Dr. Kaplan's PDX 72 and 73 |
| 5006 | -- | 5357 | Table from David A. Kennedy's expert report |
| 5007 | -- | 5364 | Graphical depiction of Dr. Kaplan 8.25% growth rate |
| 5008 | -- | 5367 | In reference to the growth rate on Dr. Kaplan's assumption that absent the breach |
| 5009 | -- | 5369 | Numbers on Fidelity's total assets, mortgage-backed securities and borrowed funds and summary income statement |
| 5010 | -- | 5375 | Capital position of Astoria and all thrifts as of March 1990 |
| 5011 | -- | 5377 | Capital position of Astoria and all thrifts as of March 1994 |
| 5012 | -- | 5378 | Astoria's and Fidelity's unadjusted tangible asset growth rate |
| 5013 | -- | 5381 | Similar to demonstrative exhibit 5012 (excludes acquisition of Whitestone and the capital raise) |
| 5014 | -- | 5399 | Cumulative losses due to Fidelity's asset quality problems |
| 5015 | -- | 5404 | Buildup of 34,207 million that was eliminated by nonbreaching provisions of FIRREA |
| 5016 | -- | 5414 | Mr. Kaplan formula to determine lost profits |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 5017 | -- | 5417 | Dr. Kaplan's post-merger lost profits data |
| 5018 | -- | 5454 | Opinions regarding Kaplan's calculations of reliance damages |
| 5019 | -- | 5469 | Fidelity's direct identifiable benefits |
| 5020 | -- | 5470 | Gains from sale of Suburbia loans |
| 5021 | -- | 5472 | Display of total mortgage loan discounts |
| 5022 | -- | 5474 | Actual tax benefit from Fidelity regarding Suburbia's net operating loss |
| 5023 | -- | 5488 | Opinions about Dr. Kaplan's calculation of wounded bank damages. |
| 6000 | -- | 5647 | Carron demonstratives |
| 6001 | -- | 5663 | Summary of Dr. Carron's opinions |
| 6002 | -- | 5694 | Analysis of Dr. Kaplan's lost profit calculation |
| 6003 | -- | 5690 | Chart from Dr. Kaplan's reports displaying Fidelity's actual tangible assets ( refer to blue line) |
| 6004 | -- | 5736 | Asset quality analysis |
| 6005 | -- | 5741 | Multiple analysis of Fidelity's acquisition of Suburbia |
| 6006 | -- | 5780 | Fidelity benefits as a result of Suburbia's acquisition |
| 6008 | -- | 5756 | Two data series taken from OTS data (interest income, interest expense) |

E X H I B I T S

| DEFENDANTS EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 6010 | -- | 5726 | Originally Exhibit 7A (color chart) (Fidelity's tangible capital-to-assets ratio) |
| 6011 | -- | 5726 | Chart of the ratio of Fidelity's core capital to assets. |
| 6012 | -- | 5726 | Chart of Fidelity's risk-based capital ratio. |
| 6013 | -- | 5730 | Astoria's three capital ratios calculated using FIRREA's standards |
| 6014 | -- | 5741 | Chart displaying number of liquidations for 1980-1989 by Federal Home Loan Bank Board district. |
| 6015 | -- | 5744 | Chart displaying FSLIC solutions to problem institutions in the 1980s |