IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**DEFENDANT'S MOTION FOR CLARIFICATION**

Defendant, the United States, respectfully requests clarification of the Court's opinion and order issued on January 8, 2008. In that opinion, the Court awarded damages to the plaintiff in the amount of $16,042,887, and ordered that the Clerk enter judgment for plaintiff. See Astoria Fed. Sav. & Loan Ass'n v. United States, 80 Fed. Cl. 65, 96 (2008). The Clerk, however, has not yet entered that judgment. We are unaware of any issue yet to be resolved by the Court in this case that would preclude the Clerk's issuance of the judgment. Accordingly, we request clarification from the Court with respect to the existence of any outstanding matter that might preclude the Clerk's entry of judgment.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

Trial Attorneys

March 7, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2008, a copy of the foregoing "Defendant's Motion for Clarification" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson