ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 7 2008
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 95-468C, which was ordered to be entered on January 8, 2008,[1] including (but not limited to): (1) the published opinion and order in No. 95-468C, entered on January 8, 2008; (2) the published opinion and order in No. 95-468C, entered on August 22, 2006.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

KENNETH M. DINTZER
Assistant Director

---

[1] Although directed to enter judgment for plaintiff, the Clerk has not yet done so. We file this notice to preserve our rights of appeal.

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 353-7972
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:

ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
BRIAN A. MIZOGUCHI
JOHN J. TODOR
SAMEER YERAWADEKAR

Trial Attorneys

March 7, 2008

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on March 7, 2008, I caused to be served by United States mail (first-class mail, postage prepaid), a copy of "Defendant's Notice of Appeal" addressed as follows:

Frank J. Eisenhart, Esq.
Dechert, LLP
1775 Eye St., N.W.
Washington, DC 20006-2401
(202) 261-3333 (fax)