**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 95-468C<br>(Judge Thomas C. Wheeler) |

**PLAINTIFF ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION'S RESPONSE TO DEFENDANT'S <u>MOTION FOR CLARIFICATION</u>**

Astoria does not oppose the Motion for Clarification filed by the Department of Justice. Astoria too knows of no reason why the judgment should not have been entered as directed by the Court. The Clerk should promptly enter judgment, and this matter should proceed in the Federal Circuit in accordance with the Notice of Appeal filed by the department on March 7, 2008.

March 10, 2008

Respectfully submitted,

/s/ Frank J. Eisenhart
Frank J. Eisenhart
*Counsel of Record*
Catherine Botticelli
Tara R. Kelly
Catherine Stahl
Craig Falls
Dechert LLP

1775 I Street, NW
Washington, DC 20006
202.261.3300
202.261.3333 (Fax)

*Attorneys for Plaintiff*
*Astoria Federal Savings & Loan Association*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, a copy of the foregoing **Plaintiff Astoria Federal Savings & Loan Association's Response To Defendant's Motion for Clarification** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart

March 10, 2008