## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, a copy of the foregoing **Plaintiff Astoria Federal Savings & Loan Association's Response To Defendant's Motion for Clarification** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frank J. Eisenhart

March 10, 2008