# In the United States Court of Federal Claims

**No. 95-468 C**

**ASTORIA FEDERAL SAVINGS & LOAN ASSOCIATION,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed January 8, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $16,042,887.00, consisting of $14,611,157.00 in expectancy damages and $1,431,730.00 in "wounded bank" damages. Costs are awarded to plaintiff.

John S. Buckley
Acting Clerk of Court

**March 10, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.